EXHIBIT A

# 2015 Hebron District, West Bank Special Report: Crimes committed against Palestinians by the Israeli occupation forces and Israeli settlers.

- *The area covers 375,000 acres (1.5 million dunams)*
- *The Palestinian population includes 706,000+.*
- *Many types of military occupation attacks are described*

*2014 was described as the year of settlement expansion.  2015 is the year of the settlement expansion and street executions.  These were done by experienced, senior Israeli military officers.   Young Palestinian men, women, and children bled to death as military officials prevented ambulances from reaching them.  The reprehensible atrocities committed by the 'finest' military in the world is described below.*

## Palestinians killed:  54 Martyrs

**Land confiscation and dredging operations: 1181 acres (military and settlers)**

| | |
|---|---|
| 1. | Uprooting or burning of trees: **7335 trees**, close to Yatta, Halhul, Dahria, Bet Ula, Shukh, and Dura |
| 2. | Preventing of field work (agriculture): 22 cases |
| 3. | Damage to agricultural crops: 6 cases,: **225 acres destroyed** |
| 4. | Construction of units & caravans: Added 115 new housing units & multiple caravans |
| 5. | The construction settler roads: **1 case** |
| 6. | Military orders  39  in the old city of Hebron, **2** in Yatta, **3** in Dahria, **2** in Tarqumia, **2** near Kiryat Arba  =  **976 Acres** |
| 7. | Stop building  and demolition notices:  **215 orders** , in Idna, Bet Ula, Yatta, Halhul, Hebron, Ramadin, Dahria, Al Kom, Bet Umer, Karma, and Dura |

**The Demolition of Homes and Bombing Attacks**

| | |
|---|---|
| 1. | Demolition of houses / barracks rooms / agricultural structures / factories / caves / tents: 52 cases |
| 2. | Demolition water wells: **11 wells** |
| 3. | Stop building orders: **235 orders** |
| 4. | Evacuation orders: **34 cases covering 538 acres** primarily in Dura, Dhariya and Beit |

|   | Ummar |
|---|---|
| 5. | Destroying / dynamiting doors of homes or shops: **178 doors** |
| 6. | Private homes seized for military barracks: **190 homes** |
| 7. | Closure of shops under gun threats: **17 shops** |
| **8.** | Breaking into shops and smashing contents: **70 shops** |
| 9. | Confiscation of farm machinery:  **4 cases** |

**Military operations**

| 1. | Raids of private homes:  **2598 raid attacks** throughout Hebron district |
|---|---|
| 2. | Shooting at homes and civilians, theft of property, stealing of gold coins, smashing contents of homes, taking computers, mobile devices, cameras, and DVD players, raiding institutional supplies, gas stations, 1067 cases |
| **3.** | Raids of schools: **15 cases** |
| 4. | Raids of institutions and factories: **75 cases** |
| **5.** | Mixing food contents so it is inedible by the family: **12 cases** |
| **6.** | Storming villages / towns / refugee camps: **1890 storming operations** |
| **7.** | Shooting at citizens: **472 cases** |
| 8. | Gas bombs used: **590 cases** |
| 9. | Stun grenades used: **382** cases *(170 decibels, hearing loss at 120 decibels)* |

**Arrest of citizens: up to 1600, many released in hours, others still in custody**

| **1.** | Beating of citizens: **367 citizens** |
|---|---|
| 2. | Chasing pedestrians in army jeeps: **3 cases, running over 4 of them** |
| **3.** | Chasing workers on the job: **54 workers** |
| 4. | Forcing citizens to undress: **123** cases |
| **5.** | Attacking on worshipers:  **On daily basis** |

| |
|---|
| 6. Assault on school students, teachers, university students: **42 cases** |
| 7. Attacks on farmers - **54** cases, journalists – **28** cases, foreigners –**4** cases, demonstrators – **23** cases |
| 8. Using citizens as human shields: **15** cases |
| 9. **Kidnapping of citizens: 6 citizens** |
| 10. **Joint army attacks with settlers: 20 cases** |
| 11. Blocking ambulance and fire crews , **45 cases** |
| 12. Closure of roads / entrances to villages and towns: **1000 cases, some are still closed** |
| 13. **Detention of Palestinian vehicles: 590 vehicles** |
| 14. **Preventing access to the Tomb of the Patriarchs: DAILY** |
| 15. **Declaration of closed military zones: 39 cases** |
| 16. Storming of mosques: **2 cases** |
| 17. Destruction of water networks and  Electricity networks : 7 cases |
| 18. Closure of institutions: **5 cases** |
| 19. **Erecting new military Towers: 3 case** |
| 20. Prohibiting access to farmland: **5 cases** |
| 21. Landing military aircraft: **4 cases of operations** |

**Settler Attacks and Outpost Thugs**

| |
|---|
| 1. Attacking homes: **220 cases** |
| 2. Smashing cars: **29** cars |
| 3. Uprooting and stealing  trees: **800 trees** |
| 4. Beating Palestinian citizens: **83 citizens** |
| 5. Attacks on farmers, school students, children, shopkeepers, ambulance crews, shepherds: 177 cases |
| 6. Sexual provocation: **80 cases** |

| |
|---|
| 7. Assault on graves: **1 case** |
| 8. Block roads.: **16 cases** |
| 9. Attacks people : **38 cases** |
| 10. Death threats: **10 cases** |
| 11. Smashing Solar Cells: **6 cases** |
| 12. Storming villages and towns :**14 cases** |
| 13. Acts of provocation and Orgy: **111 cases** |
| 14. Running over citizens and children: **18 cases** |

Registering of Palestinians in Hebron's Old City with numbers next to their identity (to intimidate). This procedure initiated in Nazi Germany.

**Prepared by Abdulhadi Hantash**
*Expert on Land and Settlement*
*Land Surveyor and Cartographer for the Palestinian Authority*
*[hantasha@hotmail.com](hantasha@hotmail.com)*
*0599- 83 81 80*

**All rights reserved**