CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Miko Peled, et. al
　　　Plaintiff(s)

Civil Action No. 17-cv-260-RBW

vs.

Benjamin Netanyahu, et. al
　　　Defendant(s)

### AFFIDAVIT OF MAILING

I, Martin F. McMahon, hereby state that:

On the 6th day of April, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Kushner Family Foundation, Inc., 200 Central Avenue, Mountainside, NJ 07902-1926

I have received the receipt for the certified mail, No. 70133020000071249085 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 8th day of April, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

4/10/2017
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MOUNTAINSIDE, NJ 07092
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.85 | 0233 |
| | $2.75 | 55 |
| Certified Fee | $0.00 | |
| | $0.00 | Postmark |
| Return Receipt Fee (Endorsement Required) | $0.00 | Here |
| | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $7.60 | |
| Total Postage & Fees | $ $13.70 | 04/06/2017 |

Sent To: Kushner Family Foundation, Inc.
Street, Apt. No.; or PO Box No.: 200 Central Avenue
City, State, ZIP+4: Mountainside, NJ 07092-1925

PS Form 3800, August 2006          See Reverse for Instructions

7013 3020 0000 7124 9085

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70133020000071249085

> Delivered

**Expected Delivery Day:** Saturday, April 8, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Return Receipt
Up to $50 insurance included
Restrictions Apply

See tracking for related item: 9590940226636336627886
(/go/TrackConfirmAction?tLabels=9590940226636336627886)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 8, 2017, 11:53 am | Delivered, Front Desk/Reception | MOUNTAINSIDE, NJ 07092 |

Your item was delivered to the front desk or reception area at 11:53 am on April 8, 2017 in MOUNTAINSIDE, NJ 07092.

| | | |
|---|---|---|
| April 7, 2017, 4:31 pm | Arrived at USPS Destination Facility | KEARNY, NJ 07032 |
| April 7, 2017, 6:26 am | Departed USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| April 6, 2017, 10:50 pm | Arrived at USPS Origin Facility | SOUTHERN MD FACILITY, MD 20797 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.