CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Miko Peled, et. al
Plaintiff(s)

vs.

Benjamin Netanyahu, et. al
Defendant(s)

Civil Action No. 17-cv-260-RBW

## AFFIDAVIT OF MAILING

I, Martin F. McMahon, hereby state that:

On the 6th day of April, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

David Friedman, Esq., Kasoqitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019

I have received the receipt for the certified mail, No. 70133020000071249085 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 10th day of April, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

4/10/2017
(Date)

_____
(Signature)

**U.S. Postal Service ™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10019

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.35 | 0233 |
| Certified Fee | $2.75 | 55 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.10 $13.20 | 04/06/2017 |

7013 3020 0000 7124 9054

Sent To: David Friedman, Esq.y ) Kusowitz, Benson, torres Friedman, LLP
Street, Apt. No.; or PO Box No. 1633 Broadway
City, State, ZIP+4 New York, NY 10019

PS Form 3800, August 2006        See Reverse for Instructions

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70133020000071249054

▶ ▶ ▶ Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Return Receipt
Up to $50 insurance included
Restrictions Apply ⓘ

See tracking for related item: 9590940226636336627930
(/go/TrackConfirmAction?tLabels=9590940226636336627930)

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **April 10, 2017, 5:17 am** | **Delivered, PO Box** | **NEW YORK, NY 10019** |

Your item has been delivered and is available at a PO Box at 5:17 am on April 10, 2017 in NEW YORK, NY 10019.

| | | |
| --- | --- | --- |
| April 8, 2017, 7:13 pm | Business Closed | NEW YORK, NY 10019 |
| April 8, 2017, 10:33 am | Out for Delivery | NEW YORK, NY 10019 |
| April 8, 2017, 10:23 am | Sorting Complete | NEW YORK, NY 10019 |

See More ⌄

## Available Actions

Text Updates ⌄

Email Updates ⌄

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.