CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Miko Peled, et. al
    Plaintiff(s)

Civil Action No. 17-cv-260-RBW

vs.

Benjamin Netanyahu, et. al
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Martin F. McMahon, hereby state that:

On the 6th day of April, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

American Friends of Bet El Institutions, 6827 Juno St., Forest Hills NY 11375

I have received the receipt for the certified mail, No. 70133020000071249078 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 8th day of April, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

4/10/2017
(Date)

_[Signature]_
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

FOREST HILLS, NY 11375

| | |
|---|---|
| Postage | $3.35 |
| Certified Fee | $2.75 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.60 |

0233
55
Postmark Here
04/06/2017

$13.70

Sent To: American Friends of Bet EL Institutions
Street, Apt. No.; or PO Box No.: 6827 Juno St.
City, State, ZIP+4: Forest Hills, NY 11375

7013 3020 0000 7124 9078

PS Form 3800, August 2006       See Reverse for Instructions

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70133020000071249078

▶ ▶ ▶ **Delivered**

On Time
**Updated Delivery Day:** Saturday, April 8, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Return Receipt
Up to $50 Insurance included
Restrictions Apply ⓘ

See tracking for related item: 9590940226636336627954
(/go/TrackConfirmAction?tLabels=9590940226636336627954)

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **April 8, 2017, 11:15 am** | **Delivered, Left with Individual** | **FOREST HILLS, NY 11375** |

Your item was delivered to an individual at the address at 11:15 am on April 8, 2017 in FOREST HILLS, NY 11375.

| | | |
| --- | --- | --- |
| April 8, 2017, 9:08 am | Out for Delivery | FOREST HILLS, NY 11375 |
| April 8, 2017, 8:58 am | Sorting Complete | FOREST HILLS, NY 11375 |
| April 8, 2017, 7:02 am | Arrived at Unit | FOREST HILLS, NY 11375 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.