IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------X

MIKO PELED, *et al.*,

                    Plaintiff,

          -against-

BENJAMIN NETANYAHU, *et al.*,

                    Defendants.

Docket No:
1:17-CV-260 (RBW)

-----------------------------------------------------------------------X

## MOTION ON CONSENT REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW defendant Billet Feit & Preis P.C., and requests an extension of time to respond to the Complaint until June 6, 2017.

The plaintiffs have not filed an affidavit of service for the summons and complaint, however moving defendant believes its answer is due May 3, 2017. Defendant retained counsel on May 1, 2017. On the same day, defendant's counsel contacted plaintiffs' counsel and requested consent to an extension. Plaintiffs' counsel consented to an extension of time to respond to the complaint through June 6, 2017. Plaintiffs' counsel also confirmed that several defendants have not yet been served. According to the ECF docket, no notice of appearance – or any other document – has yet been filed on behalf of any of the defendants.

Defendant Billet Feit & Preis P.C. respectfully requests that the Court enter an order accordingly granting an extension of time to respond to the complaint through June 6, 2017.

Dated:   Brooklyn, New York
           May 2, 2017

-2-

        Respectfully submitted,

        THE BERKMAN LAW OFFICE, LLC
        *Attorneys for Defendant*
        *Billet Feit & Preis P.C.*

        by: /s/ Robert J. Tolchin
        Robert J. Tolchin

        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        718-855-3627

OF COUNSEL:

RIVKIN LAW GROUP pllc
By: Oleg Rivkin, Esq. (admission to the Bar of this Court pending)
*Attorneys for Defendant Billet Feit & Preis P.C.*
800 Third Avenue, Suite 2501
New York, New York 10022
(212) 231-9776

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
　　　　 May 2, 2017

_____
Robert J. Tolchin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------X

MIKO PELED, *et al.*,

                Plaintiff,

-against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

-----------------------------------------------------------------------X

Docket No:
1:17-CV-260 (RBW)

## ORDER

On the motion of defendant Billet Feit & Preis P.C., and plaintiffs' consent, defendant Billet Feit & Preis P.C.'s time to respond to the Complaint is extended until and through June 6, 2017.

Dated: May ___, 2017

                                                                                   REGGIE B. WALTON
                                                                                   United States District Judge