AFFIDAVIT OF AVRAHAM "MIKO" PELED
========================================

1. My name is Avraham "Miko" Peled, and I am over the age of 18. I personally testify before the federal court, and make this statement, testimony and affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of my knowledge.

2. Based on my personal experience and knowledge, having grown up in Israel and spending many years traveling and staying in Palestine (i.e., the West Bank and the Gaza Strip), locating an individual address in Palestine is a very difficult task. There are no zip codes, and the home addresses are not definitive in nature. Often, when you ask where somebody lives, the best they can do is to state that they live in a certain neighborhood or village. Thus, it requires a carrier to navigate by asking people in the street where such person lives in order to deliver him such a post. There is no sort of law enforcement to impose post boxes with zip codes on Palestinian people who are living in Palestine.

3. When it comes to Gaza and the refugee camps, the post system is even more uncertain. The Palestinian official agencies, such as the post office, have rarely provided services to the refugee camps. Combining that with the general nonexistence of a functioning infrastructure and the damage caused to large swaths of Gaza through Israel's three invasions over the past decade, it is hardly surprising that many Palestinians do not have

1


addresses with street names, building numbers, or zip codes like those found in the United States.

## OATH

I do solemnly declare and affirm under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Avraham "Miko" Peled
Date:
Address:

District of Columbia
~~COUNTY OF~~ _____ ~~to wit:~~

Sworn to and subscribed before me by _____ (affiant) on this _11_ day of _May_, 20_17_.

_____
Signature of Notary Public
Notary Public
My Commission expires: 4/14/2020

MUHAMMAD ASLAM
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2020

