**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Miko Peled**, *et al.*,  )  <br> )  <br>  Plaintiffs,  )  <br> )  <br>  v.  )  <br> )  <br> **BENJAMIN NETANYAHU**, *et al.*,  )  <br> )  <br>  Defendants.  )  | Case No. 1:17-cv-260 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Counsel's Memorandum in Opposition to Defendant Billet Feit & Preis P.C.'s Motion for Relief Under Local Rule 5.1(c)(1), for the reasons set forth therein, the Court is of the opinion and finds that Defendant's Motion for Relief Under Local Rule 5.1(c)(1) should be denied. Accordingly, it is this _____ day of _____, 2017,

ORDERED that the Defendant Billet Feit & Pries P.C.'s Motion for Relief Under Local Rule 5.1(c)(1), be and hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE