# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **BASSEM AL-TAMIMI;** ) | |
|     **Palestine** ) | |
| **SUSAN ABULHAWA;** ) | |
|     **Pennsylvania, U.S.A** ) | |
| **DOA'A ABU AMER, as next of kin of** ) | |
|     **ALI S. A.** ) | |
|     **HUDA H. A.** ) | |
|     **JAD A. A.** ) | |
|     **LEEN A. A.** ) | |
|     **MAJD A. A.** ) | |
|     **LUBNA A. A.** ) | |
|     **SUFIAN A. A.** ) | |
|     **SARAH S. A.** ) | |
|     **SA'ED H. A.** ) | Case No. 1:16-cv-00445 |
|     **ZEID W. A.** ) | |
|     **RAMI W. A.** ) | |
|     **HASSAN W. A** ) | |
|     **ALA'A W. A. and** ) | |
|     **YOUSSEF W. A.;** ) | |
|     **Palestine** ) | |
| **JIHAN ANDONI;** ) | |
|     **Palestine** ) | |
| **HIBA  BARGHOUTHI, as next of kin of** ) | |
|     **ABDELRAHMAN BARGHOUTHI;** ) | |
|     **Next to the big mosque of Abood,** ) | |
|     **The Main Rd.,** ) | |
|     **Abood Village, Ramallah** ) | |
| **DR. ISMAIL DEIK, as personal representative** ) | |
|     **of the FAMILY HUSSEINI;** ) | |
|     **Al-Wadi Dates Company,** ) | |
|     **Al-Maghtass, Jericho, Palestine** ) | |
| **ABDUR-RAHIM DUDAR;** ) | |
|     **U.S.A** ) | |
| **ADAM HAMDAN;** ) | |
|     **Palestine** ) | |
| **ABBAS HAMIDEH;** ) | |
|     **Palestine** ) | |
| **KHULUDE ISAAC;** ) | |

1

|  |  |
|---|---|
| Palestine | ) |
| **MINA ISHAQ;** | ) |
| Palestine | ) |
| **QAIS ISHAQ;** | ) |
| Palestine | ) |
| **RA'FAT ISHAQ;** | ) |
| Palestine | ) |
| **LINDA KATEEB;** | ) |
| Ohio, U.S.A | ) |
| **WAFA NIJMEDDIN;** | ) |
| Palestine | ) |
| **ALAA NOFAL;** | ) |
| Palestine | ) |
| **IBRAHIM SABIH;** | ) |
| Next to Al-Khader Gate, | ) |
| Al-khader Village, | ) |
| Bethlehem, Palestine | ) |
| **EMAD SHUJAIA;** | ) |
| Nest to the Elementary School, | ) |
| Dir Jareer Village, | ) |
| Ramallah, Palestine | ) |
| **EMAAN TOPPAZZINI;** | ) |
| Canada | ) |
| **VILLAGE COUNCIL OF THE VILLAGES OF:** | ) |
| ABU AL-'ASJA | ) |
| ABU AL-GHAZLAN | ) |
| ABU AL-'ARQAN | ) |
| KARZA | ) |
| RABOUD; | ) |
| Eastern Entrance, | ) |
| Next to Abo Al-asjja Mosque | ) |
| **HASHIM YOUSEF, in his official capacity as** | ) |
| President of THE SOCIETY FOR | ) |
| FARMERS' RIGHTS AND THE | ) |
| PRESERVATION OF PALESTINE'S | ) |
| ENVIRONMENT; | ) |
| **AHMED AL-ZEER** | ) |
| Al-Naseem building, 1ˢᵗ Floor | ) |
| Next to Selwad boys' elementary school, | ) |
| Main Road, Ramallah | ) |
| **JAMAL DARDUNA** | ) |
| Sala Dardonah St, Al-Slam Neighborhood | ) |

2

| | |
|---|---|
| **Jabalia Town, Gaza** | ) |
| **IBRAHIM AL-NADIR** | ) |
| **Near Kebaa' Mosque** | ) |
| **Old Gaza St. Jabalia Town, Gaza** | ) |
| **RASHAD TAWEELA** | ) |
| **Abi Tawilah St., near Al-Shajaiah Mosque** | ) |
| **Al-Mansorah St., Al-Shajaiah, Gaza** | ) |
| **KHALIL AL-'ASH** | ) |
| **Near Al-Tawfiq Mosque** | ) |
| **Baghdad St. Al-Shajaiah, Gaza** | ) |
| **BASSAM AL-NAWIRI** | ) |
| **Near Omar Ben Abed Al-Aziz Mosque** | ) |
| **The Sea St. Al-Hussiniah Neighborhood** | ) |
| **Al-Nssirat, Gaza** | ) |
| **MUSA AL-SHINBARI** | ) |
| **Near Beit Hanoon Hospital, Al-Quds Rd.** | ) |
| **Al-Shabat Neighborhood, Biet Hanoon,** | ) |
| **Gaza** | ) |
| **MUSA AL-KAFARNA** | ) |
| **Al-Kafarna St, Boret Al-Shaowa** | ) |
| **Beit Hanoon,Gaza** | ) |
| **BASSEM BARAKA** | ) |
| **Abo Noyerah School, Al-Zannah St.** | ) |
| **Bani Suhilah Neighborhood** | ) |
| **Khan-Younis,Gaza** | ) |
| **ANWAR DAHALEEZ** | ) |
| **Near Annas Ben Malik Mosque,** | ) |
| **Emam Ali St. Zoa'rob circle** | ) |
| **Western Rafah-Rafah, Gaza strip** | ) |
| **IBRAHIM RAMADAN** | ) |
| **193 P, near Herz Allah Stores** | ) |
| **Karm Al-Bolbs, Rafah, Gaza** | ) |
| **NIDAL SALAH** | ) |
| **Main St, Abo Amer Neighborhood** | ) |
| **AbbasanAl-Kaberah, Khan-Younis, Gaza** | ) |
| **HAYAT ABU-DHARIFA** | ) |
| **Abo Tharifah St,** | ) |
| **Abo Tharifah Neighborhood** | ) |
| **Abbassan Al-Kaberah, Gaza** | ) |
| **MUHAMMAD ABU-MUTLAQ** | ) |
| **Abo Ridat St. Al-Bassatin Neighborhood** | ) |
| **Khazaa'h, Khan-Younis, Gaza** | ) |

**IBRAHIM ABU-EID**                                    )
      **Main St. Tabbash Neighborhood**              )
      **Abbasan Al-Kaberah, Khan-Younis, Gaza**)
**NAZEEH TABASH**                                      )
      **Near Abo-Barakah Mosque**                     )
      **Abo Taaimah Neighborhood**                    )
      **Abbasan Al-Kaberah, Khan-Younis, Gaza**)
**YOUNIS ABU-TEER**                                    )
      **Near Abo Baker Al-Sedik Mosque,**            )
      **Al-nasser St. Mid-downtown**                  )
      **Abbasa Al-Kaberah, Khan-Younis, Gaza**   )
**TAGRID ABU-TEER**                                    )
      **Al-kedeeh transaction,**                      )
      **abo Al-nasser Kdeeh Internal St.**            )
      **Abo Al-nasser neighborhood**                  )
      **Abbasan Al-kaberah, Gaza**                    )
**HAMZA ABU-TEER;**                                    )
      **Al-kedeeh transaction,**                      )
      **abo Al-nasser Kdeeh Internal St.**            )
      **Abo Al-nasser neighborhood**                  )
      **Abbasan Al-kaberah, Gaza**                    )
**HAMZA ABU-MUTLAQ**                                   )
      **Abo Ridat St. Abo Metlek Neighborhood**  )
      **Khazaa'h, Khan-younis, Gaza**                )
**EYAD ABU-TEER**                                      )
      **Near Al-kedeeh transaction,**                 )
      **Abo Al-nasser Kdeeh Internal St.**            )
      **Abo Al-nasser neighborhood,**                 )
      **Abbasa Al-kaberah, Gaza**                     )
**SAFWAT ABU-TEER**                                    )
      **Al-Eslah St., Abbasan Al-Kaberah**            )
      **Khan-younis, Gaza**                           )
**AMANI ABU-TEER**                                     )
      **Near Al-kedeeh transaction,**                 )
      **Abo Al-nasser Kdeeh Internal St.**            )
      **Abo Al-nasser neighborhood,**                 )
      **Abbasa Al-kaberah, Gaza**                     )
**SAMI ABU-TEER**                                      )
      **Near Al-kedeeh transaction,**                 )
      **Abo Al-nasser Kdeeh Internal St.**            )
      **Abo Al-nasser neighborhood,**                 )
      **Abbasa Al-kaberah, Gaza**                     )

**RAMI ABU-TEER**                                                )
    **Near Abo Baker Al-sedik, Mosque**              )
    **Al-Eslah St. Mid downtown**                    )
    **Abbasan Al-Kaberah, Khan-younis, Gaza** )
**FATHI NAIM**                                                  )
    **Near the ratification**                        )
    **and the Decomentation Organization**           )
    **(Al-Ta'leef w Al-Tawtheek),**                  )
    **Zmo St. Beit Hanoon, Gaza**                    )
**KHALID NAIM**                                                 )
    **Near the ratification**                        )
    **and the Decomentation Organization**           )
    **(Al-Ta'leef w Al-Tawtheek),**                  )
    **Zmo St. Beit Hanoon, Gaza**                    )
**AWAD NAIM**                                                   )
    **Near the ratification**                        )
    **and the Decomentation Organization**           )
    **(Al-Ta'leef w Al-Tawtheek),**                  )
    **Zmo St. Beit Hanoon, Gaza**                    )
**SALIM ABU-SALAH**                                             )
    **Near Al-Sunati st. Abo-salah neighborhood**)
    **Abbasan Al-Kaberah,**                          )
    **Khan-younis, Gaza**                            )
**KHALIL TABASH**                                               )
    **Near Palestine Bakery, the Main St.**          )
    **Abbasan Al-Kaberah, Khan-younis, Gaza** )
**HUSSEIN TABASH**                                              )
    **Tabbash St. Tabbash Neighborhood,**            )
    **Abbasan Al-Kaberah,**                          )
    **Khan-younis, Gaza**                            )
**FALASTIN MADI, as next of kin of**                            )
    **SAMI MADI**                                    )
    **Near Ibn Taimia Mosque,**                      )
    **Asskar Neighborhood,**                         )
    **Al-remal, Dir Al-balah, Gaza**                 )
**REHAM AL-BUR'I, as next of kin of**                           )
    **A'ID AL-BUR'I**                                )
    **Near Moa'sskar Jabalia,**                      )
    **Jabalia downtown, Gaza**                       )
**MAMDOUH AL-QARA, as next of kin of**                          )
    **WALA'A AL-QARA and**                           )
    **MUHAMMAD AL-QARA**                             )

5

Near Al-zannah St., Al-Kara St.          )
    Abbasan Al-Kaberah,                      )
    Khan-younis, Gaza                        )
**MAJID ABU-TEER,** as next of kin of          )
    MUHAMMAD ABU-TEER No. 1 and              )
    MUHAMMAD ABU TEER No. 2;                 )
    Near Al-shalaf St.,                      )
    Southern Abbasan,                        )
    Khan-younis, Gaza                        )
**HAYAT ABU-DHARIFA,** as next of kin of       )
    ISMAIL ABU-DHARIFA;                      )
    Abo Tharifah St.,                        )
    Abo Tharifah Neighborhood,               )
    Abbassan Al-kaberah, Gaza                )
**MUHAMMAD ABU-TEER** No. 3, as next of        )
    kin of SULEIMAN ABU-TEER;                )
    near al-Shalaf St., Abbasan Al-Kaberah,  )
    Khan-younis, Gaza                        )
**ABDULLAH ABU-SALAH,** as next of kin of      )
    AHMED ABU-SALAH;                         )
    Near Abo-Salah neighborhood,             )
    Abbasan Al-kaberah,                      )
    Khan-younis, Gaza                        )
**ALI ABU-TEER,** as next of kin of            )
    SHADI ABU-TEER;                          )
    Near Osama ben Zied mosque,              )
    Al-sunati St. Abbasan Al-kaberah,        )
    Khan-younis, Gaza                        )
**SHIREEN QABLAN,** as next of kin of          )
    IBRAHIM ABU-QABLAN;                      )
    Near Khaleel Al-rahman mosque,           )
    Abo teer al-shalaf neighborhood,         )
    Abbasan Al-kaberah,                      )
    Khan-younis, Gaza                        )
**AMAL QABLAN,** as next of kin of             )
    IBRAHIM QABLAN;                          )
    Abo musbeh neighborhood,                 )
    Abbasan Al-kaberah,                      )
    Khan-younis, Gaza                        )
**DHARIFA SAHAMOUR,** as next of kin of        )
    AHMED SAHAMOUR;                          )
    Near Main St., Ben Suhilah neighborhood)

Khan-younis, Gaza   )
**RA'FAT BARAKA,** as next of kin of   )
    MUHAMMAD BARAKA;   )
    Near Bank of Palestine, the Main St.   )
    Al-Zeer Neighborhood,   )
    Abbasan Al-Saghirah,   )
    Khan-younis, Gaza   )
**SAFWAT ABU-TEER,** as next of kin of   )
    NOUR ABU-TEER and   )
    ZEINAB ABU-TEER;   )
    Near Osama ben Zied mosque,   )
    Al-sunati St. Abbasan Al-kaberah,   )
    Khan-younis, Gaza   )
**IBRAHIM ABU-TEER,** as next of kin of   )
    KAMAL ABU-TEER and   )
    AHMAD ABU-TEER;   )
    Near Khaleel Al-rahman mosque,   )
    Abo-Mattar Neighborhood,   )
    Abbasan Al-kaberah,   )
    Khan-younis, Gaza   )
**MEDHAT ABU-YOUSEF,** as next of kin of   )
    HANAFI ABU-YOUSEF;   )
    Near Atawbah mosque, Abo Hanafi St.   )
    Abo yousif Neighborhood,   )
    Abbasan Al-kaberah   )
    Khan-younis, Gaza   )
**NADHAMI ABU-TEER,** as next of kin of   )
    HUDHIFA ABU-TEER,   )
    Near Khaleel Mosque, Al-Shalaf St.   )
    Abo teer neighborhood,   )
    Abbasan Al-kaberah,   )
    Khan-younis, Gaza   )
**WADDAH SOFAN**   )
    Palestine   )
**ALI ALI**   )
    724 Edward Werth Drive   )
    Rodeo, CA 94572   )
**SAAD MALLEY**   )
    13564 S. Shannon Dr.   )
    Homer Glen, IL 60491   )
**OSSAMA ALI AHMED ABO HASSAN**   )
    Abo Souilem St.   )

Tabbash Neighborhood, )
Southern Abbasan, )
Khan-younis, Gaza )
**HISHAM ABU AL-HASSAN** )
Ebsees Building, 4th Floor )
Next to Bank of Palestine )
Nablus, Palestine )
**TARIQ HUSSNI ABED AL-FATEH SABATIN** )
Next to Hussan Girl Secondary )
Hussan Village )
**MAHMOUD AHMED MUSSA SABATIN** )
Near by Mussa'b ben Omair, )
Hussan Village )
**RAJI MOHAMMAD ABED AL-AZZIZ** )
**SABATIN** )
Al-shurfah, Hussan Village )
**YOUSIF MOHAMMAD YAKOB ATTWAN** )
Near by the church of Al-Khader, )
Old town, Al-khader Village )
**NEDDAL ASSAD ATTWAN** )
Near by the church of Al-khader, )
Old town, Al-khader Village )
**JAWAD AL-HOROB** )
Near by the Dir Samit Boys School, )
Al-Karna Al-wasta St., Dir Samit Town )
**AHMED ABO RAHMAH** )
Mid of Town, Baaleen town )
)
Plaintiffs, )
)
v. )
)
**SHELDON ADELSON;** )
**NORMAN BRAMAN;** )
**LAWRENCE ELLISON;** )
**DANIEL GILBERT;** )
**JOHN HAGEE;** )
**LEV LEVIEV;** )
**ESTATE OF IRVING MOSKOWITZ;** )
**IRVING I. MOSKOWITZ FOUNDATION;** )
**HAIM SABAN;** )
)

8

ELLIOTT ABRAMS;                                     )
                                                    )
AMERICAN FRIENDS OF ARIEL;                          )
AMERICAN FRIENDS OF BET EL YESHIVA;                 )
AMERICAN FRIENDS OF HAR HOMA ;                      )
AMERICAN FRIENDS OF ULPANA OFRA;                    )
CHRISTIAN FRIENDS OF ISRAELI                        )
COMMUNITIES;                                        )
EFRAT DEVELOPMENT FOUNDATION;                       )
FALIC FAMILY FOUNDATION, INC.;                      )
FRIENDS OF ISRAEL DEFENSE FORCES;                   )
GUSH ETZION FOUNDATION;                             )
HONENU NATIONAL LEGAL DEFENSE                       )
ORGANIZATION;                                       )
<span style="color:red">JEWISH NATIONAL FUND;</span>                               )
KARNEI SHOMRON FOUNDATION;                          )
THE HEBRON FUND;                                    )
                                                    )
BANK LEUMI LE-ISRAEL B.M.;                          )
BANK LEUMI USA;                                     )
BANK HAPOALIM B.M.;                                 )
                                                    )
G4S PLC;                                            )
G4S NORTH AMERICA;                                  )
G4S ISRAEL;                                         )
                                                    )
RE/MAX, LLC;                                        )
RE/MAX ISRAEL – IMPACT PROPERTY                     )
DEVELOPERS LTD.;                                    )
                                                    )
AFRICA ISRAEL INVESTMENTS, LTD.                     )
(AFI GROUP);                                        )
AFI USA;                                            )
DANYA CEBUS LTD.;                                   )
ACCESS INDUSTRIES;                                  )
CRH PLC;                                            )
HANSON ISRAEL LTD.;                                 )
VEOLIA ENVIRONNEMENT S.A.;                          )
VEOLIA NORTH AMERICA;                               )
VEOLIA ENVIRONMENTAL SERVICES                       )
(ISRAEL);                                           )
VOLVO GROUP, a.k.a. AB VOLVO (PUBL);                )

VOLVO BUSSAR AB;                                )
MERKAVIM TRANSPORTATION                        )
TECHNOLOGIES;                                  )
                                               )
HEWLETT PACKARD ENTERPRISE CO.;                )
HEWLETT-PACKARD ENTERPRISE                     )
SERVICES ISRAEL(EDS);                          )
MOTOROLA SOLUTIONS, INC.;                       )
MOTOROLA SOLUTIONS ISRAEL LTD.;                )
ORBITAL ATK INC.;                              )
                                               )
        Defendants.                                 )
_____        )


## AMENDED COMPLAINT FOR:

    (I)      **CIVIL CONSPIRACY**
    (II)     **WAR CRIMES, CRIMES AGAINST HUMANITY, AND**
            **GENOCIDE**
    <span style="color:red">(III)    **AIDING AND ABETTING THE COMMISSION OF WAR CRIMES**</span>
    (IV)    **AGGRAVATED AND ONGOING TRESPASS**


## TABLE OF CONTENTS

a.     INTRODUCTION/SUMMARY…………………………………………....,11
b.     JURISDICTION………………………………………………..……………32
c.     VENUE………………………………………………………………………39
d.     PARTIES………………………………………………………………..…45
e.     ALLEGATIONS COMMON TO ALL DEFENDANTS……………………78
I.     CIVIL  CONSPIRACY………………………………………………..…103
II.    WAR CRIMES, CRIMES AGAINST HUMANITY, AND GENOCIDE…………145
III.   <span style="color:red">AIDING AND ABETTING THE COMMISSION OF WAR CRIMES…………...180</span>
IV.   AGGRAVATED AND ONGOING TRESPASS…………………...………………..184