**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MIKO PELED, *et al.*,

                        Plaintiffs,

               -against-

BENJAMIN NETANYAHU, *et al.*,

                       Defendants.

Docket No: 1:17-cv-00260 (RBW)

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE COURT:

        Please enter the appearance of Donald N. David, Esq., Akerman LLP, as attorney for Defendant Kushner Family Foundation in this action.

Donald N. David
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
212-880-3856 (tel)
212-905-6410 (fax)
D.C. Bar Number 514870

Respectfully submitted,

**AKERMAN LLP**
666 Fifth Avenue, 20th Floor
New York, New York 10103
212- 880-3800 (tel)
212-905-8965 (fax)

By:    */s/ Donald N. David*
          Donald N. David

Dated:   May 24, 2017
New York, New York