UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>               Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>               Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**MOTION ON CONSENT REQUESTING EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

COMES NOW Defendant Kushner Family Foundation, and requests an extension of time to answer, move, or otherwise respond to Plaintiffs' Complaint until June 9, 2017.

Given that Defendant Kushner Family Foundation was served with the Complaint and Summons on April 8, 2017, and that the undersigned counsel has just recently confirmed that Akerman LLP represents Defendant Kushner Family Foundation in this matter, and further that the Plaintiffs' counsel and counsel for the Kushner Family Foundation have conferred and Plaintiffs' counsel consents to this request, the Kushner Family Foundation requests an extension of the deadline to answer, more, or otherwise respond to the Complaint. This is Defendant Kushner Family Foundation's first request for an extension of this deadline.  This request will not affect any other pending scheduled dates.

Defendant Kushner Family Foundation respectfully requests that the Court enter an order accordingly granting an extension of time to respond to the complaint through June 9, 2017.

New York, New York


Dated: May 24, 2017                                Respectfully submitted

<div style="margin-left:50%">

*/s/ Donald N. David*
Donald N. David
Joshua D. Bernstein (*pro hac vice* forthcoming)
Phillip Spinella (*pro hac vice* forthcoming)
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY, 10103
Tel.: (212) 880-3856
Fax: (212) 905-6410
Email: donald.david@akerman.com
D.C. Bar Number 514870

*Counsel for Defendant Kushner Family Foundation*

</div>

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 24, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                              */s/ Donald N. David*
                                              Donald N. David

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br><br>    Plaintiffs, <br><br> -against- <br><br> BENJAMIN NETANYAHU, *et al.*, <br><br>    Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**ORDER**

On the motion of Defendant Kushner Family Foundation, and Plaintiffs' consent, Defendant Kushner Family Foundation's time to respond to the Complaint is extended until and through June 9, 2017.

Dated: _____, 2017

<div style="text-align:right">

REGGIE B. WALTON
United States District Judge

</div>