UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>                  Plaintiffs,<br><br>    -against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>                  Defendants. | Docket No: 1:17-cv-00260 (RBW)<br><br>**DECLARATION OF JOSHUA D. BERNSTEIN IN SUPPORT OF MOTION TO ADMIT ATTORNEY *PRO HAC VICE*** |

I, Joshua D. Bernstein, declare under penalty of perjury:

    1.    My name, office address, email and telephone number are as follows:

Joshua D. Bernstein
Akerman LLP
666 Fifth Avenue, 20th Fl
New York, New York 10103
Tel: (212) 259-6452
Email: joshua.bernstein@akerman.com

    2.    I am a member in good standing of the following courts and bars: New York Bar, U.S. District Court for the Southern and Eastern Districts of New York, and the U.S. Court of Appeals for the Second and Eleventh Circuits;

    3.    There are no disciplinary complaints pending against me for violation of the rules of the courts of those states;

    4.    I have not been suspended or disbarred for disciplinary reasons from practice in any court;

    5.    I have not applied for admission *pro hac vice* in the District of Columbia within the last two years; and

    6.    I do not practice or hold out to practice law in the District of Columbia.

New York, New York
Dated: May 25, 2017

Respectfully submitted,

*/s/ Joshua D. Bernstein*
Donald N. David (D.C. Bar # 514870)
Joshua D. Bernstein (*pro hac vice* forthcoming)
Phillip Spinella (*pro hac vice* forthcoming)
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY, 10103
Tel.: (212) 880-3800
Fax: (212) 905-8965
donald.david@akerman.com
joshua.bernstein@akerman.com
phillip.spinella@akerman.com

*Counsel for Defendant Kushner Family Foundation*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 25, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Donald N. David*
Donald N. David
