UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>　　　　　　　Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

　　　　The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Joshua D. Bernstein, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Kushner Family Foundation.

Dated: _____, 2017

　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge