UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>              Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>              Defendants. | Docket No: 1:17-cv-00260 (RBW)<br><br>**NOTICE OF MOTION<br>TO ADMIT ATTORNEY<br>*PRO HAC VICE*** |

TO:    Martin F. McMahon
         McMahon & Associates
         1150 Connecticut Avenue, NW, Suite 900
         Washington, D.C. 20036
         Email: mm@martinmcmahonlaw.com

       Pursuant to Civil Local Rule 83.2(d), Defendant Kushner Family Foundation will move this Court for the admission and appearance of attorney Phillip Spinella *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Phillip Spinella, filed herewith. As set forth in Mr. Spinella's declaration, he is admitted and an active member in good standing in the following courts and bars: New York Bar, and U.S. District Court for the Southern and Eastern Districts of New York. This motion is supported and signed by Donald N. David, an active and sponsoring member of the Bar of this Court (D.C. Bar Number 514870).

- 2 -

Dated: June 1, 2017
      New York, New York                 **AKERMAN LLP**

*/s/ Donald N. David*
Donald N. David (D.C. Bar # 514870)
Joshua D. Bernstein (*pro hac vice*)
Phillip Spinella (*pro hac vice* forthcoming)
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY, 10103
Tel.: (212) 880-3800
Fax: (212) 905-8965
donald.david@akerman.com
joshua.bernstein@akerman.com
phillip.spinella@akerman.com

*Counsel for Defendant Kushner Family Foundation*

- 3 -

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on June 1, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                 */s/ Donald N. David*
                                                 Donald N. David