UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>     Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>     Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT ATTORNEY *PRO HAC VICE*** 

  The motion for admission to practice *pro hac vice* in the above-captioned matter is granted.  The admitted attorney, Phillip Spinella, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Kushner Family Foundation.

Dated: _____, 2017

                   REGGIE B. WALTON
                   United States District Judge