IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Miko Peled**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-260 (RBW) |
| | ) |
| **BENJAMIN NETANYAHU**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion For Leave to File an Amended Complaint, for the reasons set forth therein, the Court is of the opinion and finds that the Motion should be granted. Accordingly, it is this _____ day of _____, 2017, it is hereby:

ORDERED that the Plaintiffs' Motion for Leave to File an Amended Complaint is granted,

with the Amended Complaint to be filed by the _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE