IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------X

MIKO PELED, *et al.*,

                Plaintiff,

        -against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

Docket No:
1:17-CV-260 (RBW)

-----------------------------------------------------------------------X

## MOTION ON CONSENT REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW defendant Billet Feit & Preis P.C., and requests an extension of time to respond to the Complaint. At present, moving defendant's deadline to respond to the complaint is June 6, 2017 per this Court's minute order of May 8, 2017. However, the plaintiffs on June 1, 2017 filed a motion to amend the complaint (DE 15). The parties have met and conferred, and agree that the time of the moving defendant to respond to the complaint should be enlarged to 30 days after the plaintiffs file an amended complaint if the plaintiffs' motion to amend the complaint is granted, or 30 days after the denial of the plaintiffs' motion to amend the complaint.

Accordingly Defendant Billet Feit & Preis P.C. respectfully requests that the Court enter an order granting an extension of time to respond to the complaint through 30 days after the plaintiffs file an amended complaint if the plaintiffs' motion to amend the complaint is granted, or 30 days after the denial of the plaintiffs' motion to amend the complaint.

Dated:    Brooklyn, New York
            June 2, 2017

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Defendant*
*Billet Feit & Preis P.C.*

by: _____
Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

OF COUNSEL:

RIVKIN LAW GROUP pllc
By: Oleg Rivkin, Esq. (admission to the Bar of this Court pending)
*Attorneys for Defendant Billet Feit & Preis P.C.*
800 Third Avenue, Suite 2501
New York, New York 10022
(212) 231-9776

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
        June 2, 2017

_____
Robert J. Tolchin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------X

MIKO PELED, *et al.*,

                     Plaintiff,

            -against-

BENJAMIN NETANYAHU, *et al.*,

                    Defendants.

Docket No:
1:17-CV-260 (RBW)

-----------------------------------------------------------------------X

## ORDER

On the motion of defendant Billet Feit & Preis P.C., and plaintiffs' consent, defendant Billet Feit & Preis P.C.'s time to respond to the Complaint is extended until and through 30 days after the plaintiffs file an amended complaint if the plaintiffs' motion to amend the complaint is granted, or 30 days after the denial of the plaintiffs' motion to amend the complaint.

Dated: June ___, 2017

                                                    REGGIE B. WALTON
                                                    United States District Judge