UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,

          Plaintiffs,

-against-

BENJAMIN NETANYAHU, *et al.*,

          Defendants.

Docket No: 1:17-cv-00260 (RBW)

## MOTION ON CONSENT REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

    COMES NOW defendant Kushner Family Foundation, and requests an extension of time to respond to the Complaint. At present, moving defendant's deadline to respond to the complaint is June 9, 2017, per this Court's minute order of May 25, 2017.  However, the plaintiffs on June 1, 2017 filed a motion to amend the complaint (DE 15). The parties have met and conferred, and agree that the time of the moving defendant to respond to the complaint should be enlarged to 30 days after the plaintiffs file an amended complaint if the plaintiffs' motion to amend the complaint is granted, or 30 days after the denial of the plaintiffs' motion to amend the complaint.

    Accordingly Defendant Kushner Family Foundation respectfully requests that the Court enter an order granting an extension of time to respond to the complaint through 30 days after the plaintiffs file an amended complaint if the plaintiffs' motion to amend the complaint is granted, or 30 days after the denial of the plaintiffs' motion to amend the complaint.

New York, New York
Dated: June 7, 2017

        Respectfully submitted

        */s/ Donald N. David*
        Donald N. David
        Joshua D. Bernstein (*pro hac vice* forthcoming)
        Phillip Spinella (*pro hac vice* forthcoming)
        AKERMAN LLP
        666 Fifth Avenue, 20th Floor
        New York, NY, 10103
        Tel.: (212) 880-3856
        Fax: (212) 905-6410
        Email: donald.david@akerman.com
        D.C. Bar Number 514870

        *Counsel for Defendant Kushner Family Foundation*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on June 7, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Donald N. David*
Donald N. David

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,

          Plaintiffs,

-against-

BENJAMIN NETANYAHU, *et al.*,

          Defendants.

Docket No: 1:17-cv-00260 (RBW)

## ORDER

On the motion of Defendant Kushner Family Foundation, and Plaintiffs' consent, Defendant Kushner Family Foundation's time to respond to the Complaint is extended until and through 30 days after the plaintiffs file an amended complaint if the plaintiffs' motion to amend the complaint is granted, or 30 days after the denial of the plaintiffs' motion to amend the complaint

Dated: _____, 2017

                                                        REGGIE B. WALTON
                                                        United States District Judge