IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------- X

MIKO PELED, *et al.*,

                Plaintiff,

    -against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

Docket No:
1:17-CV-260 (RBW)

-------------------------------------------------------------------- X

## MOTION ON CONSENT REQUESTING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

COMES NOW defendant herein, Billet Feit & Preis P.C., and requests an extension of time to respond to the Amended Complaint until August 15, 2017.

The Amended Complaint was filed on June 16, 2017. By minute order dated June 9, 2017, the Court directed that responses to the Amended Complaint be filed before July 14, 2017. To date, only two of the defendants – Billet Feit & Preis P.C. and Kushner Family Foundation – have appeared in the case. In a telephone conversation on July 7, 2017, plaintiffs' counsel confirmed that other defendants are in the process of being served. Billet Fiet & Preis P.C. anticipates filing a motion to dismiss the Amended Complaint on multiple grounds, some or most of which will undoubtedly overlap with motions to be filed by other defendants, once they are served. We expect that, in the interest of judicial economy, the Court will deal with the issues common to all motions at the same time. Consequently, an extension of time for Billet Feit & Preis P.C. to file its motion would not affect the overall schedule for the disposition of the case.

Plaintiffs' counsel consented to an extension through August 15, 2017.

Defendant Billet Feit & Preis P.C. respectfully requests that the Court enter an order

-2-

accordingly.

Dated:   New York, New York
         July 12, 2017

        Respectfully submitted,

        RIVKIN LAW GROUP pllc
        *Attorneys for Defendant*
        *Billet Feit & Preis P.C.*

        By: _____
           Oleg Rivkin

        800 Third Avenue, Suite 2501
        New York, New York 10022
        (212) 231-9776

        THE BERKMAN LAW OFFICE, LLC
        By: Robert J. Tolchin
        *Attorneys for Defendant*
        *Biller Feit & Preis P.C.*
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        718-855-3627

OF COUNSEL:

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   New York, New York
         July 12, 2017

_____
Oleg Rivkin