UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>                             Defendants. | Docket No: 1:17-cv-00260 (RBW) |

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 12, 2017, I electronically filed Defendant Kushner Family Foundation's Motion to Dismiss the Amended Complaint (the "Motion"); the Declaration of Donald David and Exhibits thereto in support of the Motion; and a Proposed Order (together, D.E. 21) with the Clerk of Court by using the CM/ECF system, which sent a notice of electronic filing to all attorneys of record. This Certificate of Service supersedes the Certificate of Service contained on page 43 of the Motion filed on July 12, 2017.

New York, New York
Dated: July 13, 2017

                                                        Respectfully submitted,

                                                        */s/ Donald N. David*
                                                        Donald N. David
                                                        Joshua D. Bernstein (*pro hac vice*)
                                                        Phillip Spinella (*pro hac vice*)
                                                         AKERMAN LLP
                                                        666 Fifth Avenue, 20th Floor
                                                        New York, NY, 10103
                                                        Tel.: (212) 880-3856
                                                        Fax: (212) 905-6410
                                                        Email: donald.david@akerman.com
                                                        D.C. Bar Number 514870
                                                        *Counsel for Defendant Kushner Family Foundation*