AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MIKO PELED, et al.<br>*Plaintiff*<br>v.<br>BENJAMIN NETANYAHU, et al.<br>*Defendant* | ) ) ) ) ) Case No. 1:17-CV-260 (RBW) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant - "American Friends of Bet El Institutions"

Date:  07/14/2017

/s/ David I. Schoen
*Attorney's signature*

David I. Schoen (D.C. Bar No. 391408)
*Printed name and bar number*
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama  36106

*Address*

DSchoen593@aol.com; Schoenlawfirm@gmail.com
*E-mail address*

(334) 395-6611
*Telephone number*

(917) 591-7586
*FAX number*