IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*                    )
                                        )
            Plaintiff,                  )        Case No.: 1:17-cv-260 (RBW)
                                        )
v.                                      )
                                        )
BENJAMIN NETANYAHU, et al.              )
                                        )
            Defendants.                 )

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
CONSENT MOTION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT UNTIL ON OR BEFORE AUGUST 15, 2017**

COMES NOW Defendant, American Friends of Bet El Institutions, by and through the undersigned counsel, and, with the consent of Plaintiffs' counsel, hereby respectfully moves this Honorable Court for an Order extending the time for this Defendant to file its response to the Amended Complaint from July 14, 2017 until on or before August 15, 2017.

As and for grounds for this motion, Defendant provides the following:

On June 1, 2017, Plaintiffs filed a motion for leave to file an Amended Complaint in this action [Doc. 15]. By Minute Order dated June 9, 2017, the Court granted leave to file the Amended Complaint by June 16, 2017 and directed the Defendants who had appeared at that point to respond to the Amended Complaint by July 14, 2017.

This Defendant, American Friends of Bet El Institutions, had not yet appeared

in the case at that point; however, undersigned counsel had contacted Plaintiffs' counsel and made an agreement that this Defendant would appear through counsel and respond to the Amended Complaint on July 14, 2017 as well.

On July 12, 2017, Defendant Billet Feit & Preis P.C. ("Billet") filed a consent motion seeking to have its response date extended to August 15, 2017 [Doc. 22].

Defendant Billet asserted in its motion that it anticipates filing a motion to dismiss the Amended Complaint on multiple grounds, some or all of which will overlap with the merits of motions to dismiss likely to be filed by other defendants who have not yet appeared in this action, and that the requested extension would serve the interest of judicial economy, by allowing the Court to consider the common issues at the same time [Doc. 22 at 1].

On July 13, 2017, the Court entered a Minute Order granting Billet's consent motion for extension of time and setting August 15, 2017, as the date by which the Defendant's response to the Amended Complaint is due to be filed.

On July 14, 2017, the undersigned entered an appearance in this case on behalf of Defendant American Friends of Bet El Institutions.  This Defendant also intends to file a motion to dismiss the Amended Complaint on multiple grounds, also believes that there will be common arguments made in motions to dismiss filed by the defendants in this case, and shares the view that an extension of the date to respond to the Amended Complaint until August 15, 2017, would further the Court's and the

2

parties' interests in judicial economy.

Defendant American Friends of Bet El Institutions, through the undersigned counsel, has conferred with Plaintiffs' counsel on this matter and is authorized to represent to the Court that Plaintiffs consent to the relief requested herein.

Accordingly, based on the foregoing reasons, Plaintiffs' consent, and the Court's July 13, 2017 Minute Order with respect to Defendant Billet's consent motion, it is respectfully requested that the Court enter an Order providing for Defendant American Friends of Bet El Institutions to file its response to the Amended Complaint in this case by on or before August 15, 2017.

Respectfully submitted,


 /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)
Counsel for Defendant American Friends of Bet El Institutions

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2017, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

 /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Counsel for Defendant American Friends of Bet El Institutions