UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

**MOTION ON CONSENT REQUESTING EXTENSION
OF TIME TO RESPOND TO DEFENDANT KUSHNER
FAMILY FOUNDATION'S MOTION TO DISMISS**

COMES NOW Plaintiffs' Counsel herein, and hereby moves the Court for an 11 day extension of time to file a response to Defendant Kushner Family Foundation's Motion to Dismiss the Amended Complaint, with a response due by August 7, 2017.

Plaintiffs' Counsel has conferred with Defendant Kushner Foundation's Counsel, and this Motion is unopposed by Defendant Kushner Family Foundation. This request will not affect any other pending scheduled dates. Plaintiffs' Counsel thus respectfully requests that the Court enter an order accordingly granting an extension of time to respond to Defendant Kushner Foundation's Motion to Dismiss the Amended Complaint through August 7, 2017.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group

1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing and the text of the proposed order has been made through the Court's electronic transmission facilities on the 24th day of July, 2017.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs