UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,                          )
                                               )
              Plaintiffs,                      )
                                               )
       v.                                      )      Docket No: 1:17-cv-00260
                                               )      Hon. Reggie B. Walton
BENJAMIN NETANYAHU, *et al.*,                  )
                                      å        )
              Defendants.                      )
_____)

**[PROPOSED] ORDER**

       Upon consideration of Plaintiffs' Counsel's Motion on Consent Requesting

Extension of Time to Respond to Defendant Kushner Family Foundation's Motion to

Dismiss, it is this _____ day of _____, 2017, HEREBY

       ORDERED that the Motion is GRANTED, with Plaintiffs' response to the

Motion to Dismiss due by the 7th day of August, 2017.

                                    _____
                                    UNITED STATES DISTRICT JUDGE