UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>　　　Plaintiffs, )<br>)<br>　　　v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>　　　Defendants. )<br>_____) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Counsel's Memorandum in Opposition to Defendant Kushner Family Foundation's Motion to Dismiss, for the reasons set forth therein, the Court is of the opinion and finds that Defendant's Motion should be denied. Accordingly, it is this _____ day of _____, 201_,

ORDERED that the Defendant Kushner Family Foundation's Motion To Dismiss be and hereby is DENIED.

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE