UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>        Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>        Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**MOTION ON CONSENT REQUESTING
EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION
TO DEFENDANT KUSHNER FAMILY FOUNDATION'S MOTION TO DISMISS**

    COMES NOW Defendant Kushner Family Foundation ("KFF"), and hereby moves the Court for a 10 day extension of time to file a reply to Plaintiffs' Opposition to Defendant KFF's Motion to Dismiss the Amended Complaint, with a reply due August 24, 2017.

    KFF's Counsel has conferred with Plaintiffs' Counsel, and this Motion is unopposed by Plaintiffs. This request will not affect any other pending scheduled dates. Defendant KFF respectfully requests that the Court enter an order accordingly granting an extension of time to reply to Plaintiffs' Opposition to Defendant KFF's Motion to Dismiss the Amended Complaint through August 24, 2017.

New York, New York
Dated: August 9, 2017

                            Respectfully submitted

                            */s/ Donald N. David*
                            Donald N. David
                            Joshua D. Bernstein (*pro hac vice*)
                            Phillip Spinella (*pro hac vice*)
                            AKERMAN LLP
                            666 Fifth Avenue, 20th Floor
                            New York, NY, 10103
                            Tel.: (212) 880-3856
                            Fax: (212) 905-6410
                            Email: donald.david@akerman.com
                            D.C. Bar Number 514870

                            *Counsel for Defendant*
                            *Kushner Family Foundation*

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                        */s/ Donald N. David*
                                                        Donald N. David