UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BENJAMIN NETANYAHU, *et al.*, <br><br> Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**ORDER**

On the motion of Defendant Kushner Family Foundation, and Plaintiffs' consent, Defendant Kushner Family Foundation's time to reply to Plaintiffs' Opposition to Defendant Kushner Family Foundation's Motion to Dismiss the Amended Complaint is extended until and through August 24, 2017.

Dated: _____, 2017

_____
United States District Judge Reggie B. Walton