IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

MIKO PELED, *et al.*,

                Plaintiff,

-against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

Docket No:
1:17-CV-260 (RBW)

------------------------------------------------------------------- X

## DECLARATION OF OLEG RIVKIN

OLEG RIVKIN, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1. I am an attorney admitted to practice before this Court and a principal at the law firm Rivkin Law Group pllc, co-counsel for Defendant Billet Feit & Preis, P.C. ("BFP").

2. I submit this declaration on behalf of BFP and in support of BFP's Motion to Dismiss the Amended Complaint and in order to place before the Court documents that are cited therein.

3. Attached hereto as Exhibit A is a true and correct copy of an article, dated August 12, 2017, published on the Al Jazeera website, titled "How a Case Against Israel Officials Helped Saudi Arabia." http://www.aljazeera.com/news/2017/08/case-israel-officials-helped-saudi-arabia-170811091713476.html.

4. Attached hereto as Exhibit B is a true and correct copy of a brochure published by the Internal Revenue Service, entitled "Applying for 501(c)(3) Tax-Exempt Status."

5. Attached hereto as Exhibit C is a true copy of the 2016 Instructions for Form 990 Return of Organizations Exempt From Income Tax, published by the Internal Revenue Service.

Because the document is voluminous, I attach only the first 8 pages of the document covering General Instructions, which include, on page 5, instructions for mailing Form 900 to the IRS.

6. A search of public records demonstrates that BFP is neither incorporated nor registered to do business in Washington D.C. Attached hereto as <u>Exhibit D</u> is a printout that I made from the website of the New York Department of State of the record of incorporation of BFP. The document shows that BFP was incorporated in New York as a domestic professional corporation in 1976, DOS No. 389282, and that it remains active.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of an article, dated August 1, 2017, published on The Times of Israel website, titled "Top PA official Saeb Erekat Treated in Israel as He Awaits Lung Transplant." http://www.timesofisrael.com/top-pa-official-saeb-erekat-treated-in-israel-as-he-awaits-lung-transplant/.

Dated: New York, New York
August 15, 2017

_____
Oleg Rivkin