# EXHIBIT D

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 11, 2017.

Selected Entity Name: BILLET, FEIT AND PREIS, C.P.A., P.C.
Selected Entity Status Information

**Current Entity Name:** BILLET, FEIT AND PREIS, C.P.A., P.C.
**DOS ID #:** 389282
**Initial DOS Filing Date:** JANUARY 15, 1976
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
BILLET, FEIT AND PREIS, C.P.A., P.C.
42 BROADWAY
NEW YORK, NEW YORK, 10004

**Chief Executive Officer**

YUSSIE STEIER
42 BROADWAY
NEW YORK, NEW YORK, 10004

**Principal Executive Office**

YUSSIE STEIER
42 BROADWAY
NEW YORK, NEW YORK, 10004

## Registered Agent

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 08, 1990 | Actual | BILLET, FEIT AND PREIS, C.P.A., P.C. |
| OCT 21, 1987 | Actual | SCHMELL, BILLET AND FEIT, C.P.A., P.C. |
| APR 25, 1986 | Actual | SCHMELL, BILLET, YURMAN AND FEIT, C.P.A., P.C. |
| MAR 10, 1978 | Actual | SCHMELL AND BILLET, P. C. |
| JAN 15, 1976 | Actual | SPILKY AND BILLET, P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us