# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case Action No. No. 17-260 (RBW) |
| | ) |
| BENJAMIN NETANYAHU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant American Friends of Bet El Institutions.

Dated: August 15, 2017.                Respectfully submitted,

/s/ *Jay Alan Sekulow*
JAY ALAN SEKULOW (D.C. Bar No. 496335)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Email: sekulow@aclj.org
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
*Counsel for Defendant American Friends
  of Bet El Institutions*