IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BENJAMIN NETANYAHU, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:17-cv-260 (RBW)<br><br>**[Oral Argument Requested]** |

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), (b)(2) AND (b)(6)**

COMES NOW DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS, by and through undersigned counsel, and moves to dismiss Plaintiffs' second amended complaint for lack of subject-matter jurisdiction, personal jurisdiction, and in the alternative, for failure to state a claim upon which relief can be granted, all pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum of points and authorities in support of the motion is filed herewith.

Dated:     August 15, 2017          Respectfully submitted,

| | |
|---|---|
| DAVID I. SCHOEN<br>   (D.C. Bar No. 391408)<br>DAVID I. SCHOEN, ATTORNEY AT LAW<br>2800 Zelda Road, Suite 100-6<br>Montgomery, Alabama 36106<br>Email: DSchoen593@aol.com<br>Telephone: (334) 395-6611<br>Facsimile: (917) 591-7586<br>*Counsel for Defendant American Friends<br>   of Bet El Institutions* | JAY ALAN SEKULOW (D.C. Bar No. 496335)<br>STUART J. ROTH (D.C. Bar No. 475937)<br>ANDREW J. EKONOMOU[*]<br>MARK A. GOLDFEDER[*]<br>JEFFREY H. BALLABON[*]<br>CARLY F. GAMMILL (D.C. Bar No. 982663)<br><br>/s/ *Benjamin P. Sisney*<br>BENJAMIN P. SISNEY (D.C. Bar # 1044721)<br>THE AMERICAN CENTER FOR LAW AND JUSTICE<br>201 Maryland Avenue, N.E.<br>Washington, D.C.  20002 |

---

[*] Not admitted in this jurisdiction; application for admission Pro Hac Vice to be filed.

                    Email: bsisney@aclj.org
                    Telephone: (202) 546-8890
                    Facsimile: (202) 546-9309
                    *Counsel for Defendant American Friends*
                      *of Bet El Institutions*