IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BENJAMIN NETANYAHU, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:17-cv-260 (RBW) |

**[DEFENDANT'S PROPOSED] ORDER GRANTING DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), (b)(2) AND (b)(6)**

The Court has reviewed Defendant American Friends of Bet El Institutions' Motion to Dismiss the Amended Complaint for lack of subject-matter jurisdiction, personal jurisdiction, and in the alternative, for failure to state a claim upon which relief can be granted, all pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

Upon consideration of the motion, the arguments, authorities and points of law presented by Defendant, the Court hereby grants the motion. Plaintiffs' Amended Complaint, and this case in its entirety, is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____          _____
                                                Hon. Reggie B. Walton
                                                United States District Judge