## CERTIFICATE OF SERVICE

I hereby certify that, on August _____, 2017, this motion was served on Judge Michael Spitzer, Director of Courts Kanfey Nesharim St. 22 Jerusalem, Israel 95464, by depositing the letter, postage prepaid, in international mail.

Respectfully Submitted,

/s/ Martin F. McMahon

Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
(202) 862 – 4343
mm@martinmcmahonlaw.com

Counsel for Appellants