UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU, *et al.*, <br>     Defendants | Docket No: 1:17-cv-00260 <br> Hon. Reggie B. Walton |

**[PROPOSED] ORDER**

Plaintiffs have filed a motion requesting judicial assistance in terms of serving the Israeli defendants named herein. Plaintiffs' counsel represents to this Court that he has received a letter from Judge Spitzer in charge of Israeli courts. The judge claims that all defendants can claim immunity in this case. While that issue will be decided down the road, at this time, the Court hereby orders Judge Spitzer to comply with The Hague Convention and serve all defendants named herein. The Court will then set a date by which the defendants can file a Motion to Dismiss based on the issue of sovereign immunity.

It is this _____ day of _____ , 2017 that Judge Spitzer is ordered to effectuate proper service on the Israeli defendants and direct them to file a Motion to Dismiss within a time frame worked out with Plaintiffs' counsel and their representative.

 

Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE

Copies to:    Judge Michael Spitzer
                Director of Courts Kanfey Nesharim St. 22 Jerusalem, Israel 95464

                Attorney Martin McMahon
                1150 Connecticut Avenue, N.W., Suite 900, Washington, D.C. 20036