# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

| | | |
|---|---|---|
| MARTIN F. MCMAHON<br>Managing Partner<br>Admitted in DC, NY, and<br>The U.S. District Court of Maryland | Established 1978<br><br>TELEPHONE (202) 862-4343<br>FACSIMILE (202) 828-4130 | NICHOLAS KIPA<br>Associate<br>Admitted in DC, MD, and MI |

August 4, 2017

Judge Michael Spitzer,
Director of Courts
Kanfey Nesharim St. 22
Jerusalem, Israel 95464

Re: Peled v. Netanyhu

Dear Judge Spitzer:

    I received your letter recently regarding your views on the above referenced litigation including the fact that the state of Israel is immune from such suits. I see that you concede that you actually received the lawsuit. May I remind you that the state of Israel has not been named in this case. Second our federal courts have upheld the right to initiate litigation against senior military officials of a foreign nation. *See Belhas v. Moshe Ya'alon,* 515 F. 3d. 1279 (District of Columbia Circuit 2008).

    I respect your position, i.e., that the lawsuit implicates the sovereignty and the security of the state of Israel in your opinion. I think what you need to do is convey that position to the federal judge in charge, who is the honorable Reggie Walton. You can file a motion to dismiss based upon your view that all of the military figures in this suit are immune from litigation. We will of course oppose the motion and Judge Walton will decide whether your positon is valid.

    You can check with your in-house attorneys, but you do not have the right to tell a federal court that it does not have the right to exercise jurisdiction over some Israeli citizens. The case we cited above specifically refutes that argument. Please let me know what you are going to do. We will file a motion to request judicial assistance under the circumstances, so please advise what you plan to do.

    Finally, we will bring this to the attention of the Court. For your information, we have not received back the enclosed documents which you cite in your letter and you further recite have been returned to us.

Very Yours Truly,

*[signature]*

Martin F. McMahon, esq.

**Exhibit A**