UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>  Defendants. )<br>_____) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

**CONSENT MOTION REQUESTING EXTENSION OF TIME
TO RESPOND TO DEFENDANT BILLET FEIT & PRIES, P.C.'s
MOTION TO DISMISS THE AMENDED COMPLAINT**

COMES NOW Plaintiffs' Counsel herein, and hereby requests a 10 day extension of time to file a response to Defendant Billet, Feit, & Pries, P.C.'s Motion to Dismiss the Amended Complaint, with a response to the motion due by Friday, September 8, 2017.

Plaintiffs' Counsel has conferred with Defendant Billet, Feit, & Pries, P.C.'s Counsel, and this Motion is unopposed. This request will not affect any other pending scheduled dates. Plaintiffs' Counsel thus respectfully requests that the Court enter an order granting an extension of time to respond to Defendant Billet, Feit, & Pries, P.C.'s Motion to Dismiss the Amended Complaint by Friday, September 8, 2017.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner

Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing and the text of the proposed order has been made through the Court's electronic transmission facilities on the 23rd day of August, 2017.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs