UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Docket No: 1:17-cv-00260 |
| ) | Hon. Reggie B. Walton |
| BENJAMIN NETANYAHU, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Counsel's Consent Motion Requesting Extension of Time to Respond to Defendant Billet, Feit & Pries P.C.'s Motion to Dismiss the Amended Complaint, it is this _____ day of _____, 2017, HEREBY

ORDERED that the Motion is GRANTED, with Plaintiffs' responses to the Defendant's Billet, Feit, & Pries, P.C.'s Motion to Dismiss the Amended Complaint due by the 8th day of September, 2017.

_____
Hon. Reggie B. Walton