UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,   )
                        )
    Plaintiffs,   )
                        )
    v.              )   Docket No: 1:17-cv-00260
                        )   Hon. Reggie B. Walton
BENJAMIN NETANYAHU, *et al.*,   )
                        )
    Defendants.   )
                        )

**MOTION ON CONSENT REQUESTING EXTENSION OF TIME
TO RESPOND TO DEFENDANT AMERICAN FRIENDS OF BET EL
INSTITUTIONS' MOTION TO DISMISS THE AMENDED COMPLAINT**

COMES NOW Plaintiffs' Counsel herein, and hereby requests a 10 day extension of time to file a response to Defendant American Friends of Bet El Institutions' Motion to Dismiss the Amended Complaint, with a response to the motion due by Friday, September 8, 2017.

    Plaintiffs' Counsel has conferred with Defendant Bet El Institution's Counsel, and this Motion is unopposed by the Defendant. This request will not affect any other pending scheduled dates. Plaintiffs' Counsel thus respectfully requests that the Court enter an order accordingly granting an extension of time to respond to Defendant American Friends of Bet El Institutions' Motion to Dismiss the Amended Complaint by Friday, September 8, 2017.

    Respectfully Submitted,

    _____/s/_____
    Martin F. McMahon, Esq.
    D.C. Bar Number: 196642

1

Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing and the text of the proposed order has been made through the Court's electronic transmission facilities on the 23rd day of August, 2017.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs