UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>　　　Plaintiffs, )<br>)<br>　　　v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>　　　Defendants. )<br>_____) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Counsel's Motion on Consent Requesting Extension of Time to Respond to Defendant American Friends of Bet El Institutions' Motion to Dismiss the Amended Complaint, it is this _____ day of _____, 2017, HEREBY

ORDERED that the Motion is GRANTED, with Plaintiffs' response to the Defendant American Friends of Bet El Institutions' Motion to Dismiss the Amended Complaint due by the 8th day of September, 2017.

_____
Hon. Reggie B. Walton