UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>Defendants. | Docket No: 1:17-cv-00260 (RBW) |

## DECLARATION OF DONALD N. DAVID

Donald N. David, pursuant to 28 U.SC. § 1746, declares and states as follows:

1. I am an attorney admitted to practice before this Court and a Partner at the law firm Akerman LLP, counsel for Defendant Kushner Family Foundation ("KFF").

2. I submit this declaration on behalf of KFF in support of KFF's Reply to Plaintiffs' Opposition to KFF's Motion to Dismiss the Amended Complaint and in order to place before the Court documents that are cited therein.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of the Complaint filed on March 7, 2016 in the United States District Court for the District of Columbia in *Al-Tamimi et al., v. Adelson et al.,* Docket No. 16-cv-00445-TSC ("*Adelson*").

4. Attached as Exhibit 2 to this declaration is a true and correct copy of the Motion to Dismiss, filed by the United States on January 27, 2017 in *Adelson*.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of the United States' Reply in Support of its Motion to Dismiss, filed on March 10, 2017 in *Adelson*.

New York, New York
Dated: August 24, 2017

                                            Respectfully submitted,

                                            */s/ Donald N. David*
                                            Donald N. David
                                            Joshua D. Bernstein (*pro hac vice*)
                                            Phillip Spinella (*pro hac vice*)
                                            AKERMAN LLP
                                            666 Fifth Avenue, 20th Floor
                                            New York, NY, 10103
                                            Tel.: (212) 880-3856
                                            Fax: (212) 905-6410
                                            Email: donald.david@akerman.com
                                            D.C. Bar Number 514870

                                            *Counsel for Defendant Kushner Family Foundation*