IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIKO PELED, *et al.* | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:17-cv-260 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN NETANYAHU, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
NOTICE OF RELEVANT RECENT AUTHORITY TO BE CONSIDERED
WITH MOTION TO DISMISS AMENDED COMPLAINT**

On August 15, 2017, Defendant American Friends of Bet El Institutions, by
and through the undersigned counsel, filed a Motion to Dismiss the Amended
Complaint in this cause, pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2),
and (b)(6) [Docs. 34; 34-1]. That motion is pending before the Court with a response
due to be filed by the Plaintiffs on September 8, 2017.

On August 29, 2017, in another case in this District, styled *Al-Tamimi v.
Adelson, et al.*, Case No. 16-cv-445 (TSC), filed by the same attorney for the
Plaintiffs herein, alleging claims of a similar nature to the claims alleged herein,
against this same Defendant and others, Judge Chutkan granted a Motion to Dismiss
pursuant to F.R.Civ.P. 12(b)(1) and dismissed all claims against all defendants.

It is respectfully submitted that Judge Chutkan's analysis and conclusion in *Al-
Tamimi* apply with equal force to the claims in the instant case and that a

consideration of Judge Chutkan's decision in *Al-Tamimi* would be helpful to this Court in considering the pending Motion to Dismiss filed by Defendant American Friends of Bet El Institutions.

American Friends of Bet El Institutions brings the decision to the Court's attention (Attached hereto as Exhibit "A") and asks the Court to consider this recent authority in connection with the pending Motion to Dismiss. If the Court determines that supplemental briefing would be helpful, focusing on the *Al-Tamimi* decision, this Defendant will file a supplemental memorandum of law upon being so directed.

Respectfully submitted,


 /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

JAY ALAN SEKULOW (DC Bar No. 496335)
STUART J. ROTH (DC Bar No. 475937)
ANDREW J. EKONOMOU (*Pro Hac Vice* pending)
MARK A. GOLDFEDER (*Pro Hac Vice* pending)
JEFFREY H. BALLABON (*Pro Hac Vice* pending)
CARLY F. GAMMILL (DC Bar No. 982663)
BENJAMIN P. SISNEY (DC Bar No. 1044721)

The American Center for Law And Justice
201 Maryland Avenue, N.E.
Washington, DC 20002
Telephone:  (202) 546-8890
Facsimile:  (202) 546-5309

Counsel for American Friends of Bet El Institutions

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 29th day of August, 2017, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

<u>/s/ David I. Schoen</u>
David I. Schoen
(DC Bar No. 391408)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Counsel for Defendant American Friends of Bet El Institutions

3