UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Memorandum in Opposition to Defendant Billet, Feit, & Preis, P.C.'s Motion to Dismiss the Amended Complaint, for the reasons set forth therein, the Court is of the opinion and finds that Defendant's Motion should be denied. Accordingly, it is this _____ day of _____, 201__,

ORDERED that Defendant Billet, Feit, & Preis, P.C.'s Motion to Dismiss the Amended Complaint be and hereby is DENIED.

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE