UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket No: 1:17-cv-00260 |
| | ) Hon. Reggie B. Walton |
| BENJAMIN NETANYAHU, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Memorandum in Opposition to Defendant American Friends of Bet El Institution's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2) and (b)(6), for the reasons set forth therein, the Court is of the opinion and finds that Defendant's Motion should be denied. Accordingly, it is this _____ day of _____, 201__,

ORDERED that Defendant American Friends of Bet El Institution's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2) and (b)(6), be and hereby is DENIED.

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE