UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

**MOTION TO STAY PROCEEDINGS**

COMES NOW the Plaintiffs' herein, and in the interest of judicial economy hereby move the Court to stay all proceedings herein pending a ruling issued by the United States Circuit Court for the District of Columbia Circuit in the case of *Al Tamimi, et al., v. Sheldon Adelson, et al.*, Civil Action No. 1:16-cv-00445, (Documents 120, 121, 122). In support of this Motion, Plaintiffs submit the following:

1. On August 29th, 2017, this District Court issued a ruling in the case of *Bassem Al Tamimi, et al., v. Sheldon Adelson, et al.*, Civil Action No. 1:16-cv-00445, (Documents 120, 121, 122), granting the Defendants' Motion to Dismiss based on the Court's analysis of the political question doctrine. *See Bassem Al Tamimi, et al., v. Sheldon Adelson, et al.*, Civil Action No. 1:16-cv-00445, (Doc. 120 at 5-12, 21-22). The case was thereafter appealed to the United States Court of Appeals for the District of Columbia Circuit.

2. The Defendants' Motions to Dismiss the Amended Complaint currently pending before this Court raise issues directly relevant to the holding being appealed in *Al Tamimi, et al., v. Sheldon Adelson, et al.*, Civil Action No. 1:16-

1

cv-00445, (Documents 120, 121, 122). The holding in that opinion is directly relevant to the outcome of this case, as it involves the Court's application of the political question doctrine to similar facts present in the case at bar. The outcome of this appeal will ultimately determine the Court's rulings on the pending motions to dismiss filed herein due to their precedential nature as to the Plaintiffs' theory of the case.

3. The Defendants would not be prejudiced by granting this Motion, since it appears that a ruling by the United States Circuit Court for the District of Columbia Circuit adverse to the Plaintiffs' in *Al Tamimi, et al., v. Sheldon Adelson, et al.*, would warrant dismissal of this case without further filings by the parties. A favorable ruling on the Appeal, however, would require this case to be re-litigated if in the interim the Court were to grant any of the Defendants' pending motions, costing Defendants increased time and litigation expenses that would be avoided if the motion to stay proceedings is granted.

4. A court may grant a stay of proceedings "in the interests of judicial economy and efficiency." *Am. Postal Workers Union v. U.S. Postal Serv.*, 422 F. Supp. 2d 240, 248 (D.D.C. 2006). *See also Air Line Pilots Ass'n v. Miller*, 523 U.S. 886, 880 n.6 (1998): "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." (Internal quotations

omitted). As staying proceedings pending an appeal of the decision involving core issues that are similarly disputed in the case at bar would be in the interests of judicial economy and the most efficient way for the case to move forward, Plaintiffs respectfully request that the court grant the present motion and stay these proceedings pending the outcome of the appeal in *Bassem Al Tamimi, et al., v. Sheldon Adelson, et al.*, Civil Action No. 1:16-cv-00445.

Respectfully Submitted,

September 8, 2017

_____*/s/*_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs

3

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that service of the foregoing and the text of the proposed order has been made through the Court's electronic transmission facilities on the 8th day of September, 2017.

               Respectfully Submitted,

               _____/s/_____
               Martin F. McMahon, Esq.
               D.C. Bar Number: 196642
               Managing Partner
               Transnational Business Attorneys Group
               1150 Connecticut Avenue, N.W., Suite 900
               Washington, D.C. 20036
               mm@martinmcmahonlaw.com
               (202) 862 – 4343

               Attorney for the Plaintiffs