UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN NETANYAHU, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Docket No: 1:17-cv-00260 <br> Hon. Reggie B. Walton |

**[Proposed] ORDER**

Upon consideration of Plaintiff's Motion to Stay Proceedings, and for the reasons set forth therein, the Court is of the opinion and finds that the Motion should be granted for good cause shown. Accordingly, it is this _____ day of _____, 2017,

ORDERED that Plaintiff's Motion to Stay Proceedings is hereby GRANTED.

Pursuant to this Order, all proceedings in this matter shall be stayed pending the outcome of the appeal of *Al Tamimi, et al., v. Sheldon Adelson, et al.*, Civil Action No. 1:16-cv-00445.

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE