UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Docket No: 1:17-cv-00260 |
| ) | Hon. Reggie B. Walton |
| BENJAMIN NETANYAHU, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO REMOVE LINDA MANSOUR FROM THE PLEADINGS AS A PLAINTIFF

COMES NOW the Plaintiffs' Counsel herein, and hereby moves the Court to strike Plaintiff Linda Mansour as a Plaintiff in these proceedings. Some confusion has been engendered by the fact that a former associate in the Plaintiffs' law firm had prepared two distinct Plaintiffs lists (one for the American based Plaintiffs and one for the Palestinian Plaintiffs). For some reason, the name of Linda Mansour appeared on both lists, and therefore was inadvertently included in this caption. Plaintiffs' Counsel hereby requests that her name be stricken from the caption and that she be removed as a Plaintiff in these proceedings. A proposed order is attached.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
September 12, 2017    D.C. Bar Number: 196642
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343
Attorney for the Plaintiffs

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing and the text of the proposed order has been made through the Court's electronic transmission facilities on the 12th day of September, 2017.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com
(202) 862 – 4343

Attorney for the Plaintiffs