IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

MIKO PELED, *et al.*,

                Plaintiff,                Docket No:

                                               1:17-CV-260 (RBW)

        -against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

------------------------------------------------------------------ X

**MOTION ON CONSENT REQUESTING EXTENSION
OF TIME TO FILE REPLY ON MOTION TO DISMISS**

    COMES NOW defendant herein, Billet Feit & Preis P.C., and requests an extension of time to file its Reply to the Motion to Dismiss the Amended Complaint until October 9, 2017.

    Plaintiffs filed their opposition to the Motion to Dismiss on September 8, 2017. Also on that date, Plaintiffs filed a motion to stay the action, which is being briefed concurrently with the Motion to Dismiss. Plaintiffs have also filed a motion for judicial assistance in service of process with respect to Israeli defendants, which is currently pending before the Court. To date, only three defendants have appeared in the case, and it is unclear whether additional defendants will be filing appearances or responses to the Complaint. Also, today, Plaintiffs filed a motion to withdraw one of the named plaintiffs from the case.

    We respectfully submit that, given the above activity in the case, the extension requested herein is unlikely to affect the overall schedule for the Court's disposition of the Motion to Dismiss.

    Plaintiffs' counsel consented to an extension through October 9, 2017.

    Defendant Billet Feit & Preis P.C. respectfully requests that the Court enter an order accordingly.

Dated: New York, New York
September 12, 2017

Respectfully submitted,

RIVKIN LAW GROUP pllc
*Attorneys for Defendant*
*Billet Feit & Preis P.C.*

By: _____
   Oleg Rivkin

800 Third Avenue, Suite 2501
New York, New York 10022
 (212) 231-9776


THE BERKMAN LAW OFFICE, LLC
By: Robert J. Tolchin
*Attorneys for Defendant*
*Biller Feit & Preis P.C.*
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627


OF COUNSEL:

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:  New York, New York
        September 12, 2017

_____
Oleg Rivkin