IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.* ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-260 (RBW) |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN NETANYAHU, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
MOTION TO SET DATE TO REPLY TO RESPONSE
TO MOTION TO DISMISS FOR OCTOBER 9, 2017**

On August 15, 2017, Defendant American Friends of Bet El Institutions, by and through the undersigned counsel, filed a Motion to Dismiss the Amended Complaint in this cause, pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2), and (b)(6) [Docs. 34; 34-1]. Plaintiffs filed their response to that motion on September 8, 2017. [Doc. 41]

On September 12, 2017, Defendant Billet, Feit, & Preis, P.C. filed a motion for extension of time to reply to the response to its motion to dismiss, asking the Court for leave to file its reply on October 9, 2017. [Doc. 44] That motion was granted by Minute Order on September 13, 2017.

The two motions to dismiss raise similar issues and arguments, It is respectfully submitted that, given the common issues and the fact that there has been a unified schedule between these two Defendants and the Plaintiffs to date, it is both logical

and reasonable for the reply dates to coincide as well.

The undersigned attempted to reach Plaintiffs' counsel by email on September 14, 2017 to seek a comprehensive agreement on Plaintiffs' pending stay motion and on a schedule for the reply; however, Plaintiffs' counsel has not replied, so the undersigned cannot make any representation regarding the Plaintiffs' position on this motion. Plaintiffs consented to the relief requested in the motion to set the reply date for the Billet, Feit, and Preis, P.C. reply for October 9, 2017. [Doc. 44]

Based on the foregoing, it is respectfully requested that this Defendant be given until October 9, 2017, to file its reply to the response to the motion to dismiss.

Respectfully submitted,

  /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

JAY ALAN SEKULOW (DC Bar No. 496335)
STUART J. ROTH (DC Bar No. 475937)
ANDREW J. EKONOMOU (*Pro Hac Vice* pending)
MARK A. GOLDFEDER (*Pro Hac Vice* pending)
JEFFREY H. BALLABON (*Pro Hac Vice* pending)
CARLY F. GAMMILL (DC Bar No. 982663)
BENJAMIN P. SISNEY (DC Bar No. 1044721)

The American Center for Law And Justice
201 Maryland Avenue, N.E.
Washington, DC 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-5309
Counsel for American Friends of Bet El Institutions

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2017, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.


 /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Counsel for Defendant American Friends of Bet El Institutions