UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>        v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

**[Proposed] ORDER**

Upon consideration of Plaintiff's Motion to Remove Susan Abulhawa From the Pleadings as a Plaintiff, and for the reasons set forth therein, the Court is of the opinion and finds that the Motion should be granted for good cause shown. Accordingly, it is this _____ day of _____, 2017,

ORDERED that Plaintiff's Motion to Remove Susan Abulhawa From the Pleadings as a Plaintiff is GRANTED.

Pursuant to this Order, Susan Abulhawa is hereby removed as a Plaintiff in the above captioned matter.

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE