**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------- X

MIKO PELED, *et al.*,

              Plaintiff,             Docket No:

         -against-             1:17-CV-260 (RBW)

BENJAMIN NETANYAHU, *et al.*,

             Defendants.

------------------------------------------------------------------- X

**MOTION ON CONSENT REQUESTING EXTENSION**
**OF TIME TO FILE REPLY ON MOTION TO DISMISS**

COMES NOW defendant herein, Billet Feit & Preis P.C., and requests an extension of time to file its Reply to the Motion to Dismiss the Amended Complaint until October 19, 2017.

The current deadline for Billet Feit's reply is October 9, which was set by the Court by Minute Order, dated September 13, 2017.

Due to a trial in the United States District Court for the Southern District of New York, which was ordered by the Court on short notice and for which counsel for Billet Feit had to prepare (the case was settled on the eve of trial), as well as the intervening Jewish holidays, which, which due to counsel's religious observance, significantly cut into the available work time this past month, counsel requires, and hereby respectfully requests, an additional 10 days to file a reply.

Plaintiff's counsel has consented to the request until October 19, 2017.

The Motion to Dismiss was filed on September 8, 2017. Also pending before the Court is Plaintiffs' a motion to stay the action, for which briefing was only recently concluded. Plaintiffs have also filed a motion for judicial assistance in service of process with respect to Israeli defendants, which is currently pending before the Court. To date, only three defendants have

appeared in the case, and it is unclear whether additional defendants will be filing appearances or responses to the Complaint.

We respectfully submit that, given the above activity in the case, the extension requested herein is unlikely to affect the overall schedule for the Court's disposition of the Motion to Dismiss.

Defendant Billet Feit & Preis P.C. respectfully requests that the Court enter an order accordingly.

Dated:   New York, New York
         October 4, 2017

                                              Respectfully submitted,

                                              RIVKIN LAW GROUP pllc
                                              *Attorneys for Defendant*
                                              *Billet Feit & Preis P.C.*

By: _____
     Oleg Rivkin

800 Third Avenue, Suite 2501
New York, New York 10022
 (212) 231-9776

-3-

                                                      THE BERKMAN LAW OFFICE, LLC
                                                     By: Robert J. Tolchin
                                                     *Attorneys for Defendant*
                                                     *Biller Feit & Preis P.C.*
                                                     111 Livingston Street, Suite 1928
                                                     Brooklyn, New York 11201
                                                     718-855-3627

OF COUNSEL:

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   New York, New York
         October 4, 2017

_____
Oleg Rivkin