IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*                )
                                    )
        Plaintiff,                  )        Case No.: 1:17-cv-260 (RBW)
                                    )
v.                                  )
                                    )
BENJAMIN NETANYAHU, et al.          )
                                    )
        Defendants.                 )

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
MOTION TO EXTEND DATE TO REPLY TO RESPONSE
TO MOTION TO DISMISS UNTIL OCTOBER 19, 2017**

On August 15, 2017, Defendant American Friends of Bet El Institutions, by and through the undersigned counsel, filed a Motion to Dismiss the Amended Complaint in this cause, pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2), and (b)(6)   [Docs. 34; 34-1].   Plaintiffs filed their response to that motion on September 8, 2017. [Doc. 41]

On September 12, 2017, Defendant Billet, Feit, & Preis, P.C. ("Billet") filed a motion for extension of time to reply to the response to its motion to dismiss, asking the Court for leave to file its reply on October 9, 2017. [Doc. 44] That motion was granted by Minute Order on September 13, 2017.  A motion filed by the undersigned seeking the same relief for American Friends of Bet El Institutions was granted by a Minute Order on September 20, 2017.  Earlier today Defendant Billet filed a consent motion to extend the reply date to October 19, 2017. [Doc. 51]

The two motions to dismiss raise similar issues and arguments, It is respectfully submitted that, given the common issues and the fact that there has been a unified schedule between these two Defendants and the Plaintiffs to date, it is both logical and reasonable for the reply dates to coincide as well.

The undersigned attempted to reach Plaintiffs' counsel by email following the receipt of today's motion; however, Plaintiffs' counsel has not replied, so the undersigned cannot make any representation regarding the Plaintiffs' position on this motion.  Plaintiffs consented to the relief requested in the motion to set the reply date for the Billet, Feit, and Preis, P.C. reply for October 19, 2017. [Doc. 51]

Additionally, Plaintiffs have a motion to stay this case pending, further supporting the idea of extending the date for the reply on the motion to dismiss.

Based on the foregoing, it is respectfully requested that this Defendant be given until October 19, 2017, to file its reply to the response to the motion to dismiss.

Respectfully submitted,

/s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

JAY ALAN SEKULOW (DC Bar No. 496335)
STUART J. ROTH (DC Bar No. 475937)
ANDREW J. EKONOMOU (*Pro Hac Vice* pending)
MARK A. GOLDFEDER (*Pro Hac Vice* pending)
JEFFREY H. BALLABON (*Pro Hac Vice* pending)
CARLY F. GAMMILL (DC Bar No. 982663)
BENJAMIN P. SISNEY (DC Bar No. 1044721)

The American Center for Law And Justice
201 Maryland Avenue, N.E.
Washington, DC 20002
Telephone:  (202) 546-8890
Facsimile:  (202) 546-5309
Counsel for American Friends of Bet El Institutions

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of October, 2017, I caused the foregoing

to be served on all counsel of record, by filing the same through this Court's ECF

system.


<u>/s/ David I. Schoen</u>
David I. Schoen
(DC Bar No. 391408)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Counsel for Defendant American Friends of Bet El Institutions