IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

MIKO PELED, *et al.*,

                    Plaintiff,

          -against-

BENJAMIN NETANYAHU, *et al.*,

                    Defendants.

Docket No:
1:17-CV-260 (RBW)

------------------------------------------------------------------- X

**STATUS REPORT**

    Defendant Billet Feit & Preis P.C. ("BFP") respectfully submits this status report to update the Court as to the status of this matter.

    By Order dated October 16, 2017, [Docket No. 53] this Court stayed this action pending a decision by the United States Court of the Appeals for the District of Columbia Circuit in the case of Al-Tamimi et al. v. Sheldon Adelson, et al., Civil Action No. 1:16-cv-0445. ("Al-Tamimi"). The Court directed the parties to "advise the Court when the Al-Tamimi appeal is resolved by the Circuit within fourteen days after the Circuit's decision is rendered." *Id.* The Court further stated that "[o]n resolution of the pending appeal in Al-Tamimi, the parties may file new motions to dismiss or petition the Court to reinstate their motions that have been filed already for the Court's review." *Id.*

    On February 19, 2019, the Circuit Court issued its decision in Al-Tamimi. A copy of the decision is annexed hereto as Exhibit A.

    Accordingly, Defendant BFP requests that the Court vacate the stay in this action.

    Further, Defendant BFP advises the Court that, in light of the Circuit Court's decision in Al-Tamimi, BFP intends to file a new motion to dismiss the Complaint.

Defendant BFP respectfully requests that the Court approve the following briefing schedule for the new motion to dismiss: Moving papers due on or before April 4, 2019; Opposition papers due on or before May 6, 2019; Reply papers due on or before June 6, 2019.

Dated:  Brooklyn, New York
        February 26, 2019

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Defendant*
*Billet Feit & Preis P.C.*

by: _____
Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

OF COUNSEL:

RIVKIN LAW GROUP pllc
By: Oleg Rivkin, Esq.
*Attorneys for Defendant Billet Feit & Preis P.C.*
800 Third Avenue, Suite 2501
New York, New York 10022
(212) 231-9776

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:  Brooklyn, New York
        February 26, 2019

                                              Robert J. Tolchin