UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKO PELED, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-260 (RBW) |
| BENJAMIN NETANYAHU, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On October 16, 2017, upon concluding that "this case and the pending appeal in Al-Tamimi [v. Adelson, Civ. Action No. 16-445,] share overlapping similarities that tip the scales in favor of judicial economy sufficient to warrant a stay of the proceedings in this case," Order at 3 (Oct. 16, 2017), ECF No. 53, the Court stayed the proceedings in the case until further notice of the Court, see id. at 5.  The Court also ordered the parties to "advise the Court when the Al-Tamimi appeal is resolved by the Circuit within fourteen days after the Circuit's decision is rendered," id. at 6, and instructed that "[u]pon the resolution of the pending appeal in Al-Tamimi, the parties may file new motions to dismiss or petition the Court to reinstate their motions that have been filed already for the Court's review," id.

On February 26, 2019, defendant Billet Feit & Preis P.C. submitted a status report, advising the Court that "[o]n February 19, 2019, the Circuit [ ] issued its decision in Al-Tamimi," and "request[ing] that the Court vacate the stay in this action."  Status Report at 1.  Defendant Billet Feit & Preis P.C. also "advise[d] the Court that, in light of the Circuit[']s [ ] decision in Al-Tamini, [it] intends to file a new motion to dismiss the Complaint," id., and requested that the Court adopt a proposed briefing schedule on its motion to dismiss, id. at 2.  In

light of the Circuit's decision in <u>Al-Tamimi</u>, see <u>Al-Tamimi v. Adelson</u>, __ F.3d __, 2019 WL 660919 (D.C. Cir. Feb. 19, 2019), it is hereby

  **ORDERED** that the stay of the proceedings in this case is **LIFTED**.  It is further

  **ORDERED** that, on or before April 4, 2019, the defendants shall file new motions to dismiss or petition the Court to reinstate their motions that have already been filed for the Court's review.  It is further

  **ORDERED** that, on or before May 6, 2019, the plaintiffs shall file their opposition or oppositions to the defendants' motions.  It is further

  **ORDERED** that, on or before June 6, 2019, the defendants shall file their replies in support of their motions.  It is further

  **ORDERED** that the parties shall appear before the Court for a status conference on September 4, 2019.

  **SO ORDERED** this 1st day of March, 2019.

                 REGGIE B. WALTON
                 United States District Judge