# akerman

Donald N. David

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3856
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6410
donald.david@akerman.com

April 1, 2019

Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

           Re:    *Peled, et al. v. Netanyahu, et al.*cv-00
                   **Civil No. 1:17-Civ-0260-RBW**

Honorable Reggie E. Walton:

Pursuant to an order dated March 1, 2019, this Court lifted a stay pertaining to pending motions to dismiss the instant proceedings. A copy of that Order is submitted herewith. Pursuant to that order, "on or before April 4, 2019, the defendants shall file new motions to dismiss or petition the Court to reinstate their motions that have already been filed for the Court's review."

Unfortunately, during the intervening period, I have been admitted to NYU hospital and suffered other medical conditions that have interfered with my ability to comply with this Court's order. As a result, I have requested that Plaintiffs' counsel consent to a two-week adjournment of the dates set forth in the Order. Plaintiffs' counsel have so consented.

I therefore request that this Court grant a two-week adjournment of the dates set forth in the Order.

I appreciate the courtesy of Plaintiffs' counsel and request the Court's consideration in this matter.

Sincerely,

Donald N. David
Partner
For the Firm

akerman.com
48443727;1

# Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKO PELED, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-260 (RBW) |
| | ) | |
| BENJAMIN NETANYAHU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 16, 2017, upon concluding that "this case and the pending appeal in Al-Tamimi [v. Adelson, Civ. Action No. 16-445,] share overlapping similarities that tip the scales in favor of judicial economy sufficient to warrant a stay of the proceedings in this case," Order at 3 (Oct. 16, 2017), ECF No. 53, the Court stayed the proceedings in the case until further notice of the Court, see id. at 5.  The Court also ordered the parties to "advise the Court when the Al-Tamimi appeal is resolved by the Circuit within fourteen days after the Circuit's decision is rendered," id. at 6, and instructed that "[u]pon the resolution of the pending appeal in Al-Tamimi, the parties may file new motions to dismiss or petition the Court to reinstate their motions that have been filed already for the Court's review," id.

On February 26, 2019, defendant Billet Feit & Preis P.C. submitted a status report, advising the Court that "[o]n February 19, 2019, the Circuit [ ] issued its decision in Al-Tamimi," and "request[ing] that the Court vacate the stay in this action."  Status Report at 1. Defendant Billet Feit & Preis P.C. also "advise[d] the Court that, in light of the Circuit[']s [ ] decision in Al-Tamini, [it] intends to file a new motion to dismiss the Complaint," id., and requested that the Court adopt a proposed briefing schedule on its motion to dismiss, id. at 2.  In

light of the Circuit's decision in Al-Tamimi, see Al-Tamimi v. Adelson, __ F.3d __, 2019 WL 660919 (D.C. Cir. Feb. 19, 2019), it is hereby

**ORDERED** that the stay of the proceedings in this case is **LIFTED**. It is further

**ORDERED** that, on or before April 4, 2019, the defendants shall file new motions to dismiss or petition the Court to reinstate their motions that have already been filed for the Court's review. It is further

**ORDERED** that, on or before May 6, 2019, the plaintiffs shall file their opposition or oppositions to the defendants' motions. It is further

**ORDERED** that, on or before June 6, 2019, the defendants shall file their replies in support of their motions. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on September 4, 2019.

**SO ORDERED** this 1st day of March, 2019.

REGGIE B. WALTON<br>United States District Judge

2

# Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BENJAMIN NETANYAHU, *et al.*, <br><br> Defendants. | Docket No: 1:17-cv-00260 (RBW) |

## ORDER

On the application of Defendant Kushner Family Foundation, and Plaintiffs' consent, Defendant Kushner Family Foundation's time file a new motion to dismiss or petition the Court to reinstate their motion that already been filed is extended until and through April 18, 2019. Plaintiff's' time to file their opposition or oppositions to such motions shall be extended to May 20, 2019. On or before June 20, 2019 defendant Kushner shall file their reply in support of their motion.

Dated:_____, 2019


                                                                      REGGIE B. WALTON
                                                                      United States District Judge

# Certificate of Service

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Donald N. David*
Donald N. David
