UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BENJAMIN NETANYAHU, *et al.*, <br><br> Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**MOTION ON CONSENT REQUESTING EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

COMES NOW Defendant Kushner Family Foundation, and requests an extension of time to file new motions to dismiss or petition the Court to reinstate their motions that have already been filed for the Court's review.

Pursuant to an order dated March 1, 2019, this Court lifted a stay pertaining to pending motions to dismiss the instant proceedings. A copy of that Order is submitted herewith. Pursuant to that order, "on or before April 4, 2019, the defendants shall file new motions to dismiss or petition the Court to reinstate their motions that have already been filed for the Court's review."

Unfortunately, during the intervening period, I have been admitted to NYU hospital and suffered other medical conditions that have interfered with my ability to comply with this Court's order. As a result, I have requested that Plaintiffs' counsel consent to a two-week adjournment of the dates set forth in the Order. Plaintiffs' counsel have so consented.

This is Defendant Kushner Family Foundation's first request for an extension of this deadline. This request will not affect any other pending scheduled dates.

Defendant Kushner Family Foundation respectfully requests that the Court enter an order accordingly granting an extension of time to file new motions to dismiss or petition the Court to reinstate their motions that have already been filed for the Court's review through April 18, 2019.

New York, New York

Dated: April 1, 2019               Respectfully submitted

                                  */s/ Donald N. David*
                                  Donald N. David
                                  Joshua D. Bernstein (*pro hac vice*)
                                  AKERMAN LLP
                                  666 Fifth Avenue, 20th Floor
                                  New York, NY, 10103
                                  Tel.: (212) 880-3856
                                  Fax: (212) 905-6410
                                  Email: donald.david@akerman.com
                                  D.C. Bar Number 514870

                                  *Counsel for Defendant Kushner Family Foundation*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

>                          */s/ Donald N. David*
>                          Donald N. David