UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>      Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>      Defendants. | Docket No: 1:17-cv-00260 (RBW) |

**ORDER**

On the application of Defendant Kushner Family Foundation, and Plaintiffs' consent, Defendant Kushner Family Foundation's time file a new motion to dismiss or petition the Court to reinstate their motion that already been filed is extended until and through April 18, 2019. Plaintiff's' time to file their opposition or oppositions to such motions shall be extended to May 20, 2019. On or before June 20, 2019 defendant Kushner shall file their reply in support of their motion.

Dated:_____, 2019

                     REGGIE B. WALTON
                     United States District Judge