UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>                Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>                Defendants. | Docket No: 1:17-cv-00260 (RBW)<br><br>Hon. Reggie B. Walton<br><br>**[Oral Argument Requested]** |

## DEFENDANT KUSHNER FAMILY FOUNDATION'S
## AMENDED MOTION TO DISMISS

Defendant Kushner Family Foundation ("KFF"), by and through their undersigned counsel, respectfully move for dismissal of the Amended Complaint, dated June 16, 2017, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6). In support of this motion, KFF submits the accompanying Memorandum of Law of Defendant Kushner Family Foundation In Support of Its Motion to Dismiss the Amended Complaint, dated April 18, 2019, and the Declaration of Donald David, dated April 18, 2019, and the accompanying exhibits thereto.

New York, New York
Dated: April 18, 2019

                                                          Respectfully submitted,

                                                          */s/ Donald N. David*
                                                          Donald N. David
                                                          Joshua D. Bernstein (*pro hac vice*)
                                                          AKERMAN LLP
                                                          666 Fifth Avenue, 20th Floor
                                                          New York, NY, 10103
                                                          Tel.: (212) 880-3856
                                                          Fax: (212) 905-6410
                                                          Email: donald.david@akerman.com
                                                          D.C. Bar Number 514870
                                                          *Counsel for Defendant Kushner Family Foundation*