UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BENJAMIN NETANYAHU, *et al.*, <br><br> Defendants. | Docket No: 1:17-cv-00260 (RBW) |

### DECLARATION OF DONALD N. DAVID

Donald N. David, pursuant to 28 U.SC. § 1746, declares and states as follows:

1. I am an attorney admitted to practice before this Court and a Partner at the law firm Akerman LLP, counsel for Defendant Kushner Family Foundation ("KFF").

2. I submit this declaration on behalf of KFF in support of KFF's Amended Motion to Dismiss the Amended Complaint and in order to place before the Court documents that are cited therein.

3. A search of public records demonstrates that the Kushner Family Foundation is neither incorporated nor registered to do business in Washington D.C.

4. Attached as Exhibit 1 to this declaration is a true and correct copy of KFF's Certificate of Incorporation.

5. Attached as Exhibit 2 to this declaration is a true and correct copy of the Congressional Service Report cited in KFF's Motion to Dismiss.

New York, New York
Dated: April 18, 2019

                                                      Respectfully submitted,

                                                     */s/ Donald N. David*
                                                     Donald N. David
                                                     AKERMAN LLP
                                                     666 Fifth Avenue, 20th Floor
                                                     New York, NY, 10103
                                                     Tel.: (212) 880-3856
                                                     Fax: (212) 905-6410
                                                     Email: donald.david@akerman.com
                                                     D.C. Bar Number 514870

                                                     *Counsel for Defendant Kushner Family Foundation*