# EXHIBIT 1

**F I L E D**

*FNN*

FEB 19 1997

## CERTIFICATE OF INCORPORATION

### OF

### THE KUSHNER FAMILY FOUNDATION, INC.

**LONNA R. HOOKS**
Secretary of State

*1149462*

The undersigned, being over the age of eighteen years, in order to form a corporation pursuant to the provisions of the "New Jersey Nonprofit Corporation Act", N.J.S.A. 15A:1-1 et seq., does hereby certify:

**FIRST:**     The name of the corporation is **THE KUSHNER FAMILY FOUNDATION, INC.**

**SECOND:**     The purposes for which the corporation is organized are:

(a)     To construct, operate, maintain, improve, buy, sell, own, receive, assign, mortgage or lease any real estate and any personal property necessary to the effective operation and achievement of the goals and purposes herein set forth;

(b)     To apply for and obtain any grants, loans, aids or other assistance from any public body or agency or other funding source to carry out the purposes recited herein;

(c)     To enter into, perform and carry out contracts and regulatory agreements of any kind necessary to, or in connection with, or incidental to, the accomplishment of the purposes of the corporation, with any entities, public or private, providing aid or supervision;

(d)     To borrow, incur liabilities, make and give guarantees and issue evidence of indebtedness in furtherance of the purposes of the corporation, and to secure obligations by mortgage, deed of trust, pledge, security interest or other lien;

(e)     To loan money in furtherance of the purposes of the corporation on a secured or unsecured basis;

(f)     The foregoing enumeration of powers shall not be deemed to limit or prevent the corporation from exercising any other powers which it may fully exercise under the provisions of Title 15A of the Revised Statutes of New Jersey, provided, however, that during such period as there shall be in effect any agreement, financial or otherwise, under the terms of the National Housing

. Act or other applicable statutes, acts or regulations of the United States Government, or under the applicable statutes, acts or regulations of the State of New Jersey. The corporation shall not exercise any of its enumerated powers or any power which it has by operation of law, where the exercise of said power would be in violation of or contrary to said laws, federal or state to said agreement;

(g) This corporation is formed exclusively for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

(h) In general, to do any and all things and exercise any and all powers which may now and hereafter be lawful for the corporation to do in furtherance of the purposes for which this corporation is organized.

The corporation shall be operated and organized as an educational and charitable organization within the meaning of Section 501(c)(3) of the Internal Revenue Code.

**THIRD**: The corporation, shall have members. The qualifications and the related rights and limitations shall be set forth in the by-laws of the corporation.

**FOURTH**: The address of the corporation's initial registered office is c/o Brach Eichler, 101 Eisenhower Parkway, Roseland, New Jersey 07068, and the name of the corporation's initial registered agent at such address is **DAVID J. RITTER, ESQ.**

**FIFTH**: The method of electing trustees shall be set forth in the by-laws of the corporation.

**SIXTH**: The corporation shall indemnify every corporate agent as defined in, and to the full extent permitted by Section 15A: 3-4 of the New Jersey Nonprofit Corporation Act, and to the full extent otherwise permitted by law.

**SEVENTH**: The number of trustees constituting the first board is **FIVE**, and the names and addresses of the persons who are to serve as such trustees are:

| NAME | ADDRESS |
|---|---|
| RAE KUSHNER | 26 Columbia Turnpike, Florham Park, NJ 07932 |
| MURRAY KUSHNER | 26 Columbia Turnpike, Florham Park, NJ 07932 |
| LINDA K. LAULICHT | 26 Columbia Turnpike, Florham Park, NJ 07932 |
| CHARLES KUSHNER | 26 Columbia Turnpike, Florham Park, NJ 07932 |
| ESTHER KUSHNER | 26 Columbia Turnpike, Florham Park, NJ 07932 |

**EIGHTH:** The name and address of the incorporator is **DAVID J. RITTER,** ESQ., c/o Brach, Eichler, Rosenberg, Silver, Bernstein, Hammer & Gladstone, A Professional Corporation, 101 Eisenhower Parkway, Roseland, New Jersey 07068.

**NINTH:** No part of the net earnings or net assets of the corporation on dissolution or otherwise shall inure to the benefit of or be distributed to its members, trustees, officers or other private persons, except reasonable compensation may be paid for services rendered to the corporation affecting one or more of its purposes. No substantial part of the activities of the corporation shall be the carrying on of propaganda, otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publication or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provisions of the Certificate, the corporation shall not conduct any activities not permitted to be conducted by an organization exempt under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

**TENTH:** (1) The corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to the tax on undistributed income imposed by Section 4942 of the Internal Revenue Code of 1986, or corresponding provisions of any subsequent Federal tax laws.

(2) The corporation shall not engage in any act of self-dealing as defined in Section 4941(d) of the Internal Revenue Code of 1986, or corresponding provisions of any subsequent Federal tax laws.

(3) The corporation shall not retain any excess business holding as defined in Section 4943(c) of the Internal Revenue Code of 1986, or corresponding provisions of any subsequent Federal tax laws.

(4) The corporation shall not make any investments in such manner as to subject it to tax under Section 4944 of the Internal Revenue Code of 1986, or corresponding provisions of any subsequent Federal tax laws.

(5) The corporation shall not make any taxable expenditures as defined in Section 4945(d) of the Internal Revenue Code of 1986, or corresponding provisions of any subsequent Federal tax laws.

**ELEVENTH:**     Upon dissolution, the assets of the corporation shall be distributed to one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future Federal tax code, or shall be distributed to the Federal government, or to a state or local government, for a public purpose. However, if the named recipient is not then in existence, no longer a qualified distributee, or unwilling or unable to accept the distribution, then the assets of the corporation shall be distributed to a fund, foundation or corporation organized and operated exclusively for the purposes specified in Section 501(c)(3) of the Internal Revenue Code (or corresponding section of any future Federal tax code.)

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Incorporation this 18TH day of February, 1997.

DAVID J. RITTER, ESQ.

355342.1