UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,

    Plaintiffs,

-against-

BENJAMIN NETANYAHU, *et al.*,

    Defendants.

Docket No: 1:17-cv-00260 (RBW)

**[PROPOSED] ORDER**

Upon Consideration of Defendant Kushner Family Foundation's Amended Motion to Dismiss the Amended Complaint, and all responses and replies thereto, it is

**ORDERED** that Defendant's Motion is **GRANTED**; it is further

**ORDERED** that this case is **DISMISSED** in its entirety with prejudice.

Dated: _____, 2019

                                                            Hon. Judge Reggie B. Walton

48610835