IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:17-cv-260 (RBW) |
| ) | |
| BENJAMIN NETANYAHU, et al., ) | **[Oral Argument Requested]** |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), (b)(2) AND (b)(6)**

COMES NOW DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS, by and through undersigned counsel, and moves to dismiss Plaintiffs' amended complaint for lack of subject-matter jurisdiction, personal jurisdiction, and in the alternative, for failure to state a claim upon which relief can be granted, all pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum of points and authorities in support of the motion is filed herewith.

Dated:            April 18, 2019                            Respectfully submitted,

DAVID I. SCHOEN                                    JAY ALAN SEKULOW (D.C. Bar No. 496335)
  (D.C. Bar No. 391408)                            STUART J. ROTH (D.C. Bar No. 475937)
DAVID I. SCHOEN, ATTORNEY AT LAW                   ANDREW J. EKONOMOU*
2800 Zelda Road, Suite 100-6                       MARK A. GOLDFEDER*
Montgomery, Alabama 36106                          JEFFREY H. BALLABON*
Email: DSchoen593@aol.com
Telephone: (334) 395-6611
Facsimile: (917) 591-7586                          /s/ Benjamin P. Sisney
*Counsel for Defendant American Friends*           BENJAMIN P. SISNEY (D.C. Bar # 1044721)
  *of Bet El Institutions*                         THE AMERICAN CENTER FOR LAW AND JUSTICE
                                                   201 Maryland Avenue, N.E.
                                                   Washington, D.C. 20002

---

* Not admitted in this jurisdiction; application for admission Pro Hac Vice to be filed.

Email: bsisney@aclj.org  
Telephone: (202) 546-8890  
Facsimile: (202) 546-9309  
*Counsel for Defendant American Friends*  
  *of Bet El Institutions*
