AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Miko Peled, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-00260 |
| Benjamin Netanyahu, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs (as co-counsel with M. McMahon while any suspension before this Court is reviewed).

Date: May 20, 2019

s William R. Cowden
*Attorney's signature*

William R. Cowden ; Bar #426301
*Printed name and bar number*

William Cowden LLC
1750 K Street, NW, Ste. 900
Washington, DC 20006
*Address*

wcowden@cowdenllc.com
*E-mail address*

202-808-3140
*Telephone number*

888-899-6053
*FAX number*