IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

MIKO PELED, *et al.*,

                 Plaintiff,

-against-

BENJAMIN NETANYAHU, *et al.*,

                 Defendants.

Docket No:
1:17-CV-260 (RBW)

------------------------------------------------------------------- X

### MOTION ON CONSENT REQUESTING EXTENSION OF TIME TO FILE REPLY ON MOTION TO DISMISS THE AMENDED COMPLAINT

    COMES NOW defendant herein, Billet Feit & Preis P.C., and requests an extension of time to file its Reply to the Motion to Dismiss the Amended Complaint until July 2, 2019.

    The current deadline for Billet Feit's reply is June 20, 2019, which was set by the Court by Minute Order, dated April 2, 2019.

    Due to several court matters that have inconveniently overlapped, including several motions and extensive and tightly-scheduled deposition discovery in two separate litigations, counsel for Billet Feit requires additional time to prepare its reply submission.

    Plaintiff's counsel has consented to the request.

    We respectfully submit that the extension requested herein will not affect the overall schedule for the Court's disposition of the Motion to Dismiss, for which oral argument is currently scheduled for September 30, 2019, *i.e.*, approximately three months after the requested date for Billet Feit's reply.

    Defendant Billet Feit & Preis P.C. respectfully requests that the Court enter an order accordingly.

-2-

Dated: New York, New York
June 18, 2019

                                      Respectfully submitted,

                                      RIVKIN LAW GROUP pllc
                                      *Attorneys for Defendant*
                                      *Billet Feit & Preis P.C.*

                                      By: _____
                                          Oleg Rivkin

                                      800 Third Avenue, Suite 2501
                                      New York, New York 10022
                                      (212) 231-9776


                                      THE BERKMAN LAW OFFICE, LLC
                                      By: Robert J. Tolchin
                                      *Attorneys for Defendant*
                                      *Biller Feit & Preis P.C.*
                                      111 Livingston Street, Suite 1928
                                      Brooklyn, New York 11201
                                      718-855-3627


OF COUNSEL:

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512 Israel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   New York, New York
         June 18, 2019

_____
Oleg Rivkin