# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BENJAMIN NETANYAHU, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-260 (RBW)<br><br>**[Oral Argument Requested]** |

## CONSENT MOTION REQUESTING EXTENSION OF TIME TO FILE REPLY TO MOTION TO DISMISS [DOC. # 60] THE AMENDED COMPLAINT

COMES NOW Defendant herein, AMERICAN FRIENDS OF BET EL INSTITUTIONS, by and through undersigned counsel, THE AMERICAN CENTER FOR LAW AND JUSTICE ("ACLJ"), and requests an extension of time to file its Reply to the Motion to Dismiss the Amended Complaint until July 2, 2019.

The current deadline for ACLJ's reply is June 20, 2019, which was set by the Court by Minute Order and dated April 2, 2019.

Due to unanticipated personal concerns that have impacted professional availability, counsel requires additional time to prepare the reply submission.

Plaintiff's counsel has consented to the request.

Counsel respectfully submits that the extension requested herein will not affect the overall schedule for the Court's disposition of the Motion to Dismiss [Doc.

# 60], for which oral argument is currently scheduled for September 30, 2019, *i.e.*, approximately three months after the requested date for ACLJ's reply.

Defendant respectfully requests that the Court enter an order accordingly.

Dated:     June 19, 2019

Respectfully submitted,

DAVID I. SCHOEN
   (D.C. Bar No. 391408)
DAVID I. SCHOEN, ATTORNEY AT LAW
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Email: DSchoen593@aol.com
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
*Counsel for Defendant American Friends*
   *of Bet El Institutions*

MARK A. GOLDFEDER
/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY (D.C. Bar # 1044721)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Email: bsisney@aclj.org
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
*Counsel for Defendant American Friends*
   *of Bet El Institutions*