AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Miko Peled, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-260 (RBW) |
| Benjamin Netanyahu, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs                                                                                                      .

Date:    06/21/2019                                    /s/ Michael Barfield
                                                                      *Attorney's signature*

                                                                Michael Barfield - 1023971
                                                                *Printed name and bar number*
                                                                4401A Connecticut Ave. NW, Ste. 169
                                                                Washington, DC 20008

                                                                            *Address*

                                                                mjbarfieldesq@gmail.com
                                                                        *E-mail address*

                                                                        (917) 284-3016
                                                                    *Telephone number*

                                                                        (202) 776-0136
                                                                        *FAX number*