**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKO PELED, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:17-cv-260 (RBW) |
| BENJAMIN NETANYAHU, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

COME NOW the Plaintiffs herein, and hereby dismiss without prejudice the following Defendants from the above-captioned case:

1) Benjamin Netanyahu;

2) Ehud Barak;

3) Avigdor Lieberman;

4) Tzipi Livni, and

5) David Friedman.

All of them are Israeli citizens except for Defendant Friedman who is a U.S. Citizen and the current United States Ambassador to Israel.

There are a number of reasons why Plaintiffs are dismissing this group of Defendants. First, the Defendants resisted service of process and have not been served. The Israeli Defendants returned the complaint and summons with no explanation. Second, the Israeli government took the position that they had no obligation to serve Defendant Netanyahu. With respect to Defendant Friedman, Plaintiffs attempted service through the United States Department of State and the United States Embassy in Israel, to no avail.

Plaintiffs also attempted to serve him at the law firm he was associated with prior to appointment, but Plaintiffs were informed that he was no longer associated with that firm.

The final reason Plaintiffs are dismissing these particular Defendants, is that in light of *Al-Tamimi v. Adelson*, 916 F.3d 1 (D.C. Cir. 2019), which was pending at the time Plaintiffs moved to stay the instant proceedings, Plaintiffs suspended efforts to serve the Israeli government Defendants and Defendant Friedman. Plaintiffs moved to stay the instant action because Plaintiffs expected the Defendants to make similar arguments regarding the political question doctrine and the act of state doctrine as the Defendants in *Al-Tamimi*. Based upon the pending motions to dismiss submitted by certain Defendants, that expectation was born out. Rather than pursue service of the Israeli government Defendants and Defendant Friedman overseas, and in light of the D.C. Circuit's opinion in *Al-Tamimi*, Plaintiffs now believe it is in the interest of judicial economy to dismiss the Israeli government Defendants and Defendant Friedman at this time

As a final matter, and consistent with Fed. R. Civ. P. 4 and the concept of due process, Plaintiff's counsel herby affirms that they will use their best efforts to serve this motion upon Defendant Netanyahu at the Prime Minister's office in Jerusalem, Defendant David Friedman at the U.S. State Department and the U.S. Embassy in Jerusalem, Defendants Barak and Lieberman at the Israeli Defense Ministry in Tel Aviv, and Defendant Livni at the Israeli Knesset in Jerusalem.

    Respectfully submitted,

    /s/ Michael Barfield
    The Law Office of Michael Barfield
    4401A Connecticut Avenue NW,
    Suite 169
    Washington, DC 20008
    Bar No.: 1023971

Phone: 202-862-4343
Fax: 202-776-0136

*Counsel for Plaintiffs*

Dated: June 25, 2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Miko Peled**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:17-cv-260 (RBW) |
| **BENJAMIN NETANYAHU,** *et al.*, | ) |
| Defendants. | ) |

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

COMES NOW Plaintiffs herein and hereby file this Memorandum of Points and Authorities in support of their Motion to Dismiss Certain Defendants.

The following authorities support this Motion:

1. Fed. R. Civ. P. 4

2. Fed. R. Civ. P. 41(a)(1)(a).

3. The opinion of the United States Court of Appeals for the District of Columbia Circuit in the case of *Al Tamimi v. Adelson*, 916 F.3d 1 (D.C. Cir. 2019).

4. The record herein.

4