## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKO PELED, *ET AL.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-00260-RBW |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN NETANYAHU, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Undersigned counsel respectfully moves under LCvR 83.6(c) to withdraw his previously-filed limited appearance as counsel for Plaintiffs in this case.

Good cause exists for granting this motion. At the request of Plaintiffs' pre-existing counsel, Martin McMahon, undersigned counsel entered his limited appearance in this case. The limited appearance appeared necessary because this Court was evaluating a temporary suspension from legal practice imposed against Mr. McMahon. Mr. McMahon's temporary suspension has expired; he remains lead counsel in this matter. In addition, attorney Michael James Barfield recently entered his appearance (not on a limited basis) as co-counsel with Mr. McMahon for Plaintiffs as of June 21, 2018. *See* Dkt. 68.

Although no trial date has been set in this matter, undersigned counsel is nevertheless proceeding by motion, rather than by filing a notice of withdrawal of appearance, because obtaining the written consent of all foreign plaintiffs, as required by LCvR 83.6(b), is time consuming and impracticable. Mr. McMahon has indicated that his clients do not oppose this motion.

Because the reason for Mr. Cowden's prior entry of his limited appearance no longer exists, movant respectfully requests this motion be granted.

Dated: August 14, 2019                    Respectfully submitted,


/s/ William R. Cowden
William R. Cowden (DC Bar #426301)
WILLIAM COWDEN LLC
1750 K Street, N.W., Ste 900
Washington, DC 20006
202-862-4360 (main)
202-808-3140 (direct)
888-899-6053 (fax)
wcowden@cowdenllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2019, a copy of this Motion to Withdraw Appearance as Counsel was electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record in this matter.

*/s/ William R. Cowden*
William R. Cowden