UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKO PELED, *ET AL.* | ) |
| Plaintiffs, | ) Case No. 17-cv-00260-RBW |
| v. | ) |
| BENJAMIN NETANYAHU, *ET AL.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Mr. Cowden's Motion to Withdraw as Counsel for Plaintiffs and for good cause shown, Mr. Cowden's Motion to Withdraw as Counsel is GRANTED.

_____          _____
Date                                          Reggie B. Walton
                                                   United States District Judge