IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

MIKO PELED, *et al.*,

                Plaintiff,

-against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

Docket No:
1:17-CV-260 (RBW)

-------------------------------------------------------------------X

## MOTION OF DEFENDANT BILLET FEIT & PREIS P.C. TO CONTINUE THE HEARING PRESENTLY SCHEDULED FOR SEPTEMBER 30, 2019

Defendant Billet Feit & Preis P.C. ("BFP"), by and through its undersigned counsel, respectfully move to continue the hearing presently scheduled for September 30, 2019.

September 30 is Rosh Hashanna, a major Jewish holiday celebrated by the undersigned, and the clients we represent, BFP. It is likely that most of the other defendants and many of the defense counsel in this case also have the same conflict that day.

Prior to making this motion the undersigned checked with the Court's chambers and ascertained that November 18, 19, 20, 21, 25, and 26 are available dates for the Court. Any of those dates is workable for this movant.

It is respectfully requested that the hearing be scheduled in the afternoon, for example at 2:00 p.m., in order to permit us to travel from New York that morning rather than having to incur the expense of staying overnight in a hotel to attend a morning hearing.

We thank the Court for its accomdation of this request, and wish the Court an enjoyable Labor Day weekend.

-2-

Dated: Brooklyn, New York
       August 29, 2019

Respectfully submitted,

RIVKIN LAW GROUP pllc
*Attorneys for Defendant Billet Feit & Preis P.C.*
800 Third Avenue, Suite 2501
New York, New York 10022
(212) 231-9776

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Defendant Biller Feit & Preis P.C.*

By: ___/s/ Robert J. Tolchin_____
     Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

OF COUNSEL:

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512
Israel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated: New York, New York
August 29, 2019

        /s/ Robert J. Tolchin
Robert J. Tolchin