**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------------X

MIKO PELED, *et al.*,

                Plaintiff,           Docket No:
                                          1:17-cv-260 (RBW)
            -against-

BENJAMIN NETANYAHU, *et al.*,

                Defendants.

---------------------------------------------------------------------X

**MOTION OF DEFENDANT BILLET FEIT & PREIS P.C. TO CONTINUE**
**THE HEARING PRESENTLY SCHEDULED FOR MARCH 6, 2019**

Defendant Billet Feit & Preis P.C. ("BFP"), by and through its undersigned counsel, respectfully move to continue the hearing presently scheduled for March 6, 2020 at 11:00 a.m.

March 6, 2020 is a Friday. The undersigned, as well as my co-counsel Oleg Rivkin, Esq., and the clients we represent, BFP, observe the Jewish Sabbath, which starts at sundown on Friday. In order to observe the Sabbath with our families we are required to be at home well before sundown, with sufficient time to prepare ourselves, our homes, and our families for the start of the Sabbath. The undersigned resides in in Brooklyn, New York, and Mr. Rivkin resides in northern New Jersey, meaning that we cannot comfortably attend court in Washington, D.C. on a Friday and have confidence that we will arrive home sufficiently in advance of the start of the Sabbath. Given the nature of this case and the identity of the defendants, it is likely that other defendants and some other defense counsel also have the same issue.

Prior to making this motion the undersigned checked with the Court's chambers and ascertained that March 2, 3, 4, 5, and 31, and April 1, 2, and 3, 2020 are available dates for the Court. Any of those dates is workable for this movant.

It is also respectfully requested that the hearing be scheduled in the afternoon, for example at 2:00 p.m., in order to permit us to travel from New York that morning rather than our client having to incur the expense of staying overnight in a hotel to attend a morning hearing. The hearing on November 19, 2019 was scheduled at 2:00 p.m. for this reason, but when the hearing was continued to March 6, 2020 it was scheduled for 11:00 a.m.

We thank the Court for its accommodation of this request, and wish the Court an enjoyable Thanksgiving holiday.

Dated: Brooklyn, New York
        November 13, 2019

Respectfully submitted,

RIVKIN LAW GROUP pllc
*Attorneys for Defendant Billet Feit & Preis P.C.*
800 Third Avenue, Suite 2501
New York, New York 10022
(212) 231-9776

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Defendant Biller Feit & Preis P.C.*

By:   /s/ Robert J. Tolchin
      Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

OF COUNSEL:

NITSANA DARSHAN-LEITNER & CO.
*Israeli counsel for the defendant Billet Feit & Preis P.C.*
By: Nitsana Darshan-Leitner, Adv.
10 Hata'as Street
Ramat Gan, 52512
Israel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   New York, New York
        November 13, 2019

                /s/ Robert J. Tolchin
                Robert J. Tolchin