

Donald N. David

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3856
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6410
donald.david@akerman.com

June 23, 2021

Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

> Re:   *Peled, et al. v. Netanyahu, et al.*
> Civil No. 1:17-Civ-0260-RBW

### Letter Motion for Supplemental Authority

Honorable Reggie E. Walton:

Today Defendant American Friends of Bet El Institutions submitted to your Honor a Notice of Supplemental Authority asking that the Court consider as Supplemental Authority on the previously submitted motion to dismiss the recent decision of the Supreme Court in *Nestle USA, Inc. v. Doe I*, – U.S. –, 2021 U.S. LEXIS 3120; 2021 WL 2459254 (June 17, 2021).

We have appeared in this matter on behalf of the Kushner Family Foundation and have previously filed a similar motion to dismiss.  For the same reasons as set forth in the earlier filed Notice, we ask that the Court consider the *Nestle* decision in connection with the motion filed on behalf of our client.

Sincerely,

*ss:// Donald N. David*

Donald N. David
Partner
For the Firm

akerman.com

48469807;1

Chambers of Judge Reggie B. Walton
June 23. 2021
Page 2

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2021, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

                                                    /s/ *Donald N. David*
                                                  Donald N. David
                                                  (DC Bar No. 514870)

Donald N. David
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
212-880-3856 (tel)
212-905-6410 (fax)
D.C. Bar Number 514870
E-Mail: Donald.david@akerman.com
Counsel for Defendant Kushner Family Foundation

48469807;1