IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al*.<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BENJAMIN NETANYAHU, *et al*.<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-260 (RBW) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

1.　　Defendant Kushner Family Foundation respectfully submits this Notice of Supplemental Authority to the Court.

2.　　On June 23, 2021, Defendant American Friends of Bet El Institutions filed a Notice of Supplemental Authority in this action (ECF Dkt. No. 77), raising for the Court's consideration the United States Supreme Court's decision in *Nestle USA, Inc. v. Doe I*, -- U.S. --, 2021 LEXIS 3120, 2021 WL 2459254 (June 17, 2021), in support of that Defendant's pending Motion to Dismiss (ECF Dkt. No. 34).

3.　　Defendant Kushner Family Foundation has filed its own pending Motion to Dismiss (ECF Dkt. No. 21), similar to that of Defendant American Friends of Bet El Institutions.

4.　　The legal reasoning set forth in Defendant American Friends of Bet El Institutions' Notice of Supplemental Authority, applying *Nestle USA, Inc. v. Doe I* to Defendant American Friends of Bet El Institutions' pending Motion to Dismiss, is equally applicable to Defendant Kushner Family Foundation's own pending Motion to Dismiss.

5. Accordingly, Defendant Kushner Family Foundation endorses Defendant American Friends of Bet El Institutions' Notice of Supplemental Authority, for the reasoning and purposes stated therein, and hereby requests the Court consider the *Nestle* decision in connection with Defendant Kushner Family Foundation's own pending Motion to Dismiss.

Dated: New York, New York
July 6, 2021

**AKERMAN LLP**

*/s/ Donald N. David*
Donald N. David
(DC Bar No. 514870)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Phone: (212) 880-3856
Fax: (212) 880-6410
Email: donald.david@akerman.com

*Counsel for Defendant Kushner Family Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2021, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

**AKERMAN LLP**

*/s/ Donald N. David*
Donald N. David
(DC Bar No. 514870)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Phone: (212) 880-3856
Fax: (212) 880-6410
Email: donald.david@akerman.com

*Counsel for Defendant Kushner Family Foundation*

58810348;1