UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKO PELED**, *et al.,* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:17-cv-260 (RBW) |
| **BENJAMIN NETANYAHU**, *et al.*, | ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Pending before the court is Attorney Michael Barfield's Motion To Withdraw Appearance As Counsel, filed pursuant to LCvR 83.6.

Having considered the pleading, the court finds good cause for Attorney Barfield to withdraw his appearance. Accordingly, it is this _____ day of _____, 2021, **ORDERED** that the Motion is **GRANTED**.

_____
The Honorable Reggie B. Walton
Senior United States District Judge