August 30, 2021

Honorable Reggie G. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue NW
Washington, DC  20001

Dear Honorable Judge Walton:

    On August 19, 2021, Michael Barfield informed me of Martin Mcahon's untimely passing, a sad and devastating loss. We wish his family peace and comfort as they grieve. I write to request that you afford my fellow plaintiffs and me 60 days to obtain new counsel in light of Mr. McMahon's passing.

    Mr. Barfield summarized the history of the case, his limited involvement with the case, and what had happened in the case since Mr. McMahon's passing. He also explained that you scheduled a teleconference for September 2, 2021, to discuss his request to withdraw as counsel for the plaintiffs. My fellow plaintiffs and I support that request.

    We hired Mr. McMahon to represent us after learning of his significant experience in bringing cases like ours. We would like to have the opportunity to find an attorney of similar experience to represent us. We never had a direct agreement with Mr. Barfield to represent us, and we do not wish for him to represent us going forward.

    Since my phone call with Mr. Barfield, I have contacted a few international human rights organizations and law firms to discuss engaging their services. Mr. Barfield has also agreed to assist the plaintiffs and me in securing appropriate counsel. Additionally, friends who originally connected me with Mr. McMahon are working with Mr. Barfield and me to find suitable replacement counsel.

    Thank you for your patience as we react to this unexpected and unfortunate turn of events.

Sincerely,

*Linda Kateeb*

Linda Kateeb