UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 17-260 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing on September 2, 2021, it is hereby

**ORDERED** that the plaintiffs' Motion to Withdraw Appearance as Counsel, ECF No. 81, is **DENIED WITHOUT PREJUDICE**. When seeking to file a renewed motion to withdraw, counsel shall fully and promptly comply with all applicable rules. It is further

**ORDERED** that, on or before October 15, 2021, the plaintiffs shall notify the Court of their acquisition of new counsel or their desire to proceed pro se. It is further

**ORDERED** that, on October 20, 2021, at 9:15 a.m. the parties, including any new counsel for the plaintiffs, shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 3rd day of September, 2021.

REGGIE B. WALTON<br>
United States District Judge