UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKO PELED**, *et al.*,  )  | |
| )  | |
| Plaintiffs,  )  | |
| )  | |
| v.  )  | Case No. 1:17-cv-260 (RBW) |
| )  | |
| **BENJAMIN NETANYAHU**, *et al.*,  )  | |
| )  | |
| Defendants.  )  | |

**PLAINTIFF SUSAN ABULHAWA'S OPPOSED MOTION FOR AN ADDITIONAL 45 DAYS TO OBTAIN NEW COUNSEL**

Susan Abulhawa, by and through undersigned counsel, respectfully requests an additional 45 days to obtain new counsel. Ms. Abulhawa has located an attorney of commensurate experience to Attorney McMahon, Stanley Cohen, who she wishes to personally retain. However, Mr. Cohen has requested 45 days to review the case and come to an agreement with Ms. Abulhawa before seeking leave to enter his appearance in the case. *See* Cohen Letter, Exhibit 1. Given the advanced posture and complex nature of this case, Ms. Abulhawa's request is reasonable in the circumstances and good cause exists to grant the request. In support of this Motion, Ms. Abulhawa states as follows:

1. On October 15, 2021, the Plaintiffs responded, ECF. 85, to this court's Order regarding obtaining new counsel, ECF. 84. At the time, the Plaintiffs were awaiting a decision from the board of an international human rights nonprofit about representing the Plaintiffs as a whole.

2. On October 18, 2021, in a Minute Order, this court continued a status conference previously scheduled for October 20, 2021 to November 2, 2021.

3. Subsequently, the nonprofit and the Plaintiffs failed to reach a representation agreement.

4. Ms. Abulhawa then independently sought counsel to represent her individually going forward.

5. Over the weekend of October 29, 2021, Mr. Cohen and undersigned counsel spoke by phone about the case. Mr. Cohen expressed his interest in representing Ms. Abulhawa and represented that he could familiarize himself with the case fairly quickly, but that prior client commitments would prevent him from coming to an agreement until he had an opportunity to review the complaint, pleadings, and other case materials. Mr. Cohen indicated that he would send undersigned counsel a letter detailing his request shortly.

6. In the evening of November 1, 2021, after consulting further with Ms. Abulhawa, Mr. Cohen sent undersigned counsel the attached letter requesting a period of 45 days to review the docket and case before seeking to enter his appearance in the case.

7. Ms. Abulhawa was one of the last Plaintiffs undersigned counsel was able to contact in this case. As the court may recall, counsel had no contact with most of the Plaintiffs in this case until September, 2021. Working through the network of Plaintiffs, counsel first spoke with Ms. Abulhawa on October 12, 2021 and informed her of Mr. McMahon's passing. Ms. Abulhawa informed counsel that despite Mr. McMahon's representations to the contrary, he had not informed her that Mr. McMahon had asked undersigned counsel to enter his appearance for the period of his suspension from the practice of law. Ms. Abulhawa does not wish to retain counsel's services, but, like the other Plaintiffs, did request undersigned counsel handle the status conference and communicate this request for time to retain new counsel to the court. Accordingly, counsel agreed not to file a renewed Motion To Withdraw until after the status conference.

8. Ms. Abulhawa has only known she was unrepresented by Mr. McMahon in this matter since October 12, 2021, a period of three weeks. Within two weeks, she researched and contacted attorneys, and began the process of retaining an attorney with several decades of experience

with the federal statutes and international law that gave rise to her claims. *See* Ex. 1. Mr. Cohen is also interested in offering his services to some or all of the other Plaintiffs, but similarly needs the 45 days to discuss the matter with them and explore representation agreements.

9. Accordingly, Ms. Abulhawa respectfully requests that the court grant her 45 days to retain Mr. Cohen.

10. On November 1, 2021, undersigned counsel emailed counsels for the Defendants to inquire about their position on the instant Motion. Defendants American Friends of Bet El Institutions and Billet, Feit & Price do not consent to this Motion. Defendant Kushner Family Foundation has not responded as of filing, but did oppose the Plaintiffs earlier request for additional time in ECF. 85.

11. Should the court so desire, undersigned counsel is prepared to discuss Ms. Abulhawa's request at the November 3, 2021 status conference.

WHEREFORE, Susan Abulhawa respectfully requests that this Motion be granted and she be afforded 45 days to engage new counsel.

Respectfully submitted,

/s/ Michael Barfield
D.C. Bar No.: 1023971
4401A Connecticut Avenue NW, Ste. 169
Washington, DC 20008
917-284-3106
Michael@BarfieldLegal.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2021, a copy of the foregoing was served via ECF on all counsel for the Defendants.

/s/ Michael Barfield