**STANLEY L. COHEN**
ATTORNEY AT LAW

79 Blackberry Lake Road
P.O. Box 629
Jeffersonville, N.Y. 12748
(845) 482-4562
(917) 544-5471
Fax (718) 499-2629

November 1, 2021

Michael Barfield, Esq.
4401a Connecticut Ave Nw Ste 169,
Washington, DC 20008-2358
By email to michael@barfieldlegal.com

*In re: Case No. 1:17-cv-260*

Dear Mr. Barfield:

    I am writing as follow-up to our discussion of several days ago about the possibility of my entering as counsel in the above captioned matter to substitute for Martin F. McMahon who tragically passed a number of months ago. As I indicated, my call to you was generated by an earlier contact from Susan Abulhawa, a plaintiff in this matter, who is aware of my work over the years regarding the rights and defense of Palestinians in federal and international jurisdictions, including one such matter in the D.C. District Court some twenty years ago. In that case, like the matter at hand, the petitioners sought relief against Israel for various human rights violations and domestic torts.

    In addition, a number of years ago I was involved as a legal consultant in the decision by Palestinians in the Occupied Territory to seek relief in the International Criminal Court at the Hague against Israel for war crimes and other crimes against humanity, and early-on assisted in that effort. Currently, I am one of the attorneys representing a number of human rights groups before the African Commission on Human and People's Rights in an effort to revoke the recent grant of observer status to Israel at the African Union. This past year I was co-counsel in a successful appellate effort to maintain Convention against Torture protection for a Chechen national who the government sought to remove to Russia. Later, we succeeded in having INTERPOL annul the Red Notice that had been filed with it for his extradition on the grounds that he faced political persecution and torture should his removal to Russia prove successful. I cite these cases simply to indicate that I have long been involved in complex human rights litigation such as that now before the Court.

    Although I am interested in the matter at hand, quite frankly, other than some passing familiarity with the effort and several discussions with Ms. Abulhawa, I have not as yet been able to review its voluminous record. Obviously without an opportunity to do so, on such short notice, I am not able to determine whether I am in a position to seek to substitute as counsel. Currently, in addition to the litigation before the African Commission, I am scheduled to begin a state court trial in the near future, preparing for an appellate argument on a state court case and assisting another firm on a matter in the Second Circuit. In that case I was 2255 counsel in the E.D.N.Y on a successful claim which led to the partial grant of relief and a resentence on a decade old terrorism conviction where the district court granted a Certificate of Appealability, and where an effort is under way to expand its reach.

    Under these circumstances I write now to ask that you make an application to the Court to grant an additional 45 days for me to review the record in order to determine whether I would like to seek leave to enter this matter. Should the Court grant the additional time, I will also use it to share the record with other counsel and legal groups with expertise in such litigation to see if they might be interested in substituting as well.

                                               Very truly yours,

                                               Stanley L. Cohen, Esq.

cc: sjabulhawa@gmail.com

SLC/brl