UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKO PELED**, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 1:17-cv-260 (RBW) |
| | ) |
| **BENJAMIN NETANYAHU**, *et al*., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that on November 5, 2021, a copy of the foregoing Motion To Withdraw As Counsel was served via ECF on all counsel for the Defendants.

Pursuant to LCvR 83.6(c), I further certify that on November 5, 2021, a copy of the foregoing Motion was served via first-class mail on the domestic plaintiffs at the addresses listed below. Pursuant to LCvR 83.6(c), I further certify that on November 5, 2021, a copy of the foregoing Motion was served via International Mail on the foreign plaintiffs at the addresses listed below. Pursuant to LCvR 83.6(c), I further certify that all addresses listed below are the last known address for each plaintiff to the best of my knowledge.

Finally, I certify that I included with the Motion a written notice advising the plaintiffs to obtain other counsel, or to notify the Clerk in writing within seven days of service whether they intend to conduct the case *pro se* or object to my withdrawal. The notice contained the court's address and phone number. The notice also informed the plaintiffs of their upcoming telephone status conference on March 4, 2022 at 9:30am.

/s/ Michael Barfield

*Domestic Plaintiffs*

Abdur-Rahim Dudar
2638 Woodacres Road
Atlanta, GA 30345

Linda Kateeb
8933 Beacon Court
Orland Hills, IL 60487

Saad Malley
13564 S. Shannon Drive
Homer Glen, IL 60491

Miko Peled
3502 Pringle Street
San Diego, CA 92110

Ali Ali
724 Werth Drive
Rodeo, CA 94572

*Foreign Plaintiffs*

Mahmoud Mohammid Ali Shaalan
Hebron, Palestine

Mamdouh Al-Qara
Near Al-Zanna St., and Al-Kara St.,
Abbasan Al-Kaberah,
Khan Younis, Gaza Strip, Palestine

Ra'fat Baraka
Near Bank of Palestine, the Main St.
Al-Zeer Neighborhood,
Abbasan Al-Saghirah,
Khan-Younis, Gaza Strip, Palestine

Safwat Abd Abu-Teer
Near Osama ben Zied Mosque,
Al-Sunati St., Abbasan Al-Kaberah,
Khan-Younis, Gaza Strip, Palestine

Mina Ishaq
Baleem, Ramallah, Palestine

Falastin Madi
Near Ibn Taimia Mosque,
Asskar Neighborhood,
Al-Remal, Dri Al-Balah
Gaza Strip, Palestine

Tagrid Eleyan Mahmoud Abu-Teer
Abo Al-Nasser Kdeeh Internal St.,
Abo Al-Nasser Neighborhood,
Abbasan Al-Kaberah,
Gaza Strip, Palestine

Waddah Khalid Sofan
Khan-Younis, Gaza Strip, Palestine

Mamdouh Al-Qara
Near Al-Zannah St. and Al-Kara St.,
Abbasan Al-Kaberah,
Khan-Younis, Gaza Strip, Palestine

Safwat Abu-Teez
Near Osama ben Zied Mosque,
Al-Sunati St., Abbasan Al-kaberah,
Khan-Younis, Gaza Strip, Palestine

Reham Al-Bur'i
Near Moa'sskar Jabalia,
Downtown Jabalia,
Gaza Strip, Palestine

Ibrahim Abu-Teer
Near Khaleel Al-Rahman Mosque,
Abo-Mattar Neighborhood,
Abbasan Al-Kaberah,
Khan-Younis, Gaza Strip, Palestine

Ahmad Suleiman Mahmoud Sahmour
Hebron, Palestine

Abdullah Abu-Salah
Near Abo-Salah Neighborhood,
Abbasan Al-Kaberah,
Khan-Younis,  Gaza Strip, Palestine

Ahmed Al-Zeer
Al-Naseem Building, 1st Floor

Main Road,
Ramallah, Palestine

Muhammad Abu-Teer
Near Al-Shalaf St.,
Abbasan Al-Kaberah,
Khan-Younis, Gaza Strip, Palestine

Ashraf Abu-Rahma
Mid of Town,
Baaleen Town, Palestine

Basem Ibrahim Ahmed Abu-Rahmeh
Hebron, Palestine

Bassem Al-Tamimi
Al Nabi Salih,
West of Ramallah,
West Bank, Palestine

Doa'a Abu Amer
Khan-Younis, Gaza Strip, Palestine

Emad Shujaia
Dir Jareer Village
Ramallah, Palestine

Medhat Abu-Yousef
Near Atawabah Mosque, Abo Hanafi St.
Abo Yousif Neighborhood,
Abbasan Al-Kaberah
Khan-Younis, Gaza Strip, Palestine

Hiba Barghouthi
The Main Road, Abood Village,
Ramallah, Palestine

Amal Qablan
Abo Musbeh Neighborhood,
Abbasan Al-Kaberah,
Khan-Younis, Gaza Strip, Palestine

Shireen Qablan
Abo Musbeh Neighborbood,
Abbasan Al-Kaberah,
Khan Younis,Gaza Strip, Palestine

Hayat Abu-Dharifa
Abo Tharifah St.,
Abo Tharifah Neighborhood,
Abbassan Al-kaberah,
Gaza Strip, Palestine

Jawad Issa Ibrahim Salamah Al Horoob
Hebron, Palestine

Jawad Issa Ibrahim Salamah Al Horoob
Hebron, Palestine