UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKO PELED, et al., )<br>)<br>　　　　Plaintiffs, )<br>)<br>　　v. )<br>)<br>BENJAMIN NETANYAHU, et al., )<br>)<br>　　　　Defendants. )<br>) | Civil Action No. 17-260 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing on November 3, 2021, and upon consideration of the plaintiffs' Motion to Withdraw Appearance of Counsel, it is hereby

**ORDERED** that the plaintiffs' Motion to Withdraw Appearance as Counsel, ECF No. 87, is **GRANTED**.  It is further

**ORDERED** that Michael Barfield's appearance as counsel of record for the plaintiffs is **TERMINATED**.  It is further

**ORDERED** that that parties shall appear before the Court for a status conference on March 4, 2022, at 9:30 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). This status conference will serve as a target date for the Court's resolution of the defendants' motions to dismiss. In the event that the Court is unable to resolve the defendants' motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.

**SO ORDERED** this 9th day of November, 2021.

REGGIE B. WALTON
United States District Judge