# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs,

v.                                              Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

RECEIVED
Mail Room

NOV 15 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TO : Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

I am, ABDUR-RAHIM DIB DUDAR, A PLAINTIFF IN THE ABOVE STYLED CASE. I intend to Prosecute for my claim, AT THIS TIME, AS PRO SE. Should the other Plaintiffs recommend an attorney, group of attorneys, I may join them. At this time I am **PRO SE**.

I was born in AKKA, Palestine officially June 7, 1940. Unofficially, using known dates of births known for my siblings, I may have been born 1939.

In 1948, my mother, May God Bless Her Soul, I overheard her saying, "I will hold an Axe and stand by the door." Yet my mother and father packed all the children and we were placed on the bed of a truck with them. And on the same truck was the family of the Principal of my elementary school. He was scary because he used to beat the children and I was disinterested in the school.

The truck drove us to Barja in Lebanon after missing my father. My father was forced out of the truck at the border between Palestine and Lebanon. Later on he joined us in Barja.

I overheard the adults talking why we moved out. The Haganah, Stern, Lakhayem and Other Jewish groups WENT TO DEIR YASEEN AND SAVAGED THE WOMEN AND CHILDREN ALONG WITH THE MEN. THESE JEWISH GROUPS, THEY WERE CALLED "THE ZIONISTS," WOULD STAB A PREGNANT WOMAN, GET HER FETUS, CHOP THE FETUS OVER HER BREASTS, THEN CUT THE WOMAN'S HEAD OFF AND PARADE IT IN DEIR YASEEN. THE CHILDREN WERE TREATED AS CHICKENS, JUST CUT THEIR HEADS OFF AND THREW THEM.

Now I know why my father was taken off the truck: HE WAS SUPPOSED TO BE FIGHTING THE ZIONISTS. He could not do it by himself. He repaired shoes and hauled 100KG (220 lbs) bags of Saseme, Lentils, Fava Beans and Chickpeas. I used to go around and look for grass to feed his donkey. Great donkey. It helped him move the bags to different shops. I used to take a handful of sesame and eat it.

That was JEWISH HOLOCAUST I. I AND MY FAMILY MANAGED TO GET OUT. THE MAIN REASON TO COMMIT THIS JEWISH HOLOCAUST AGAINST THE NATIVE PALESTINIAN PEOPLE IS TO SPREAD FEAR SO THE NATIVE PALESTINIANS WOULD LEAVE AND JEWS WOULD STEAL THEIR HOMES. WE LEFT.

The UNITED STATES OF AMERICA AND THE UNITED STATES ZIONIST NATION WITHIN THE UNITED STATES OF AMERICA ARE RESPONSIBLE FOR THIS ATROCITY.

From a neighbor in my subdivision, Wakefield Forest, Atlanta, Georgia, I met the neighbor who asked me where I came from. When I told him "I am a Palestinian American" he said, "I know what happened." He said, the United States anchored the SIXTH FLEET in Cyprus and SENT A DESTROYER ANCHORED IN HAIFA, HE WAS ON IT, AND A MESSENGER SHIP WOULD COMMUTE BETWEEN THE UNITED STATES DESTROYER AND THE SIXTH FLEET. The United States of America was a PARTY TO JEWISH HOLOCAUST I AGAINST THE PALESTINIAN PEOPLE, AND I WAS ONE.

As for the Zionist Nation within the United States of America, I will summarize them in THEOREM 1.

THEOREM 1. ZIONISM AND NAZISM ARE HOMEOMORPHIC TOPOLOGICAL SPACES ON TWO MUTUALLY EXCLUSIVE ETHNIC GROUPS.

**January 6, 2021 is a demonstration of what ZIONISTS would do. The person that was at the White House is considered "GOD OF THE JEWS," "THE MESSENGER OF GOD," "THE SAVIOR OF THE JEWS," NEXT TO YAHWA. That is where "THE DARK MONEY" COMES FROM. Let the FBI and USA Congress delve into these issues. But I am submitting a Dissertation by BENJAMIN CRAMER to give you an idea where ZIONISM is leading us:**

Nasty yid quotes from nasty yids
From: Binyamin Cramer <bennielovestruth_at_ailtimes.com>
Date: Mon, 2 Jul 2007 16:19:45 +1000

"I can think of no faster way to unite the American people behind George W. Bush than a terrorist attack on an American target overseas. And I believe George W. Bush will quickly unite the American people through his foreign policy." - Henry Kissinger

"When the Zionists try to make the rest of the world believe that the new national consciousness of the Jews will be satisfied by the establishment of a Jewish State in Palestine, the Jews thereby adopt another means to dupe the simple-minded Gentile. They have not the slightest intention of building up a Jewish State in Palestine so as to live in it. What they really are aiming at is to establish a central organization for their international swindling and cheating. As a sovereign State, this cannot be controlled by any of the other States. Therefore it can serve as a refuge for swindlers who have been found out and at the same time a high-school for the training of other swindlers." - Adolf Hitler

"We stole their land, why should they [Palestinians] accept that?"
David Ben Gurion, Israeli Prime Minister, as quoted in the book 'The Jewish Paradox' by Nahum Goldmann - Head of the World Jewish Congress

"If I were an Arab leader, I would never sign an agreement with Israel. It is normal; we have taken their country. It is true God promised it to us, but how could that interest them? Our God is not theirs. There has been Anti - Semitism, the Nazis, Hitler, Auschwitz, but was that their fault ? They see but one thing: we have come and we have stolen their country. Why would they accept that?"
David Ben Gurion (the first Israeli Prime Minister) Quoted by Nahum Goldmann in Le Paradoxe Juif (The Jewish Paradox), p121. in Tony Seed and Gary Zatzman (Eds.)

Dossier on Palestine (Shunpiking, 2002), p 72

"Our race is the Master Race. We are divine gods on this planet. We are a different from the inferior races as they are from insects. In fact, compared to our race, other races are beasts and animals, cattle at best. Other races are considered as human excrement. Our destiny is to rule over the inferior races. Our earthly kingdom will be ruled by our leader with a rod of iron. The masses will lick our feet and serve us as our slaves." MENECHEM BEGIN, former PM of Israel

"Depopulation should be the highest priority of foreign policy towards the third world, because the US economy will require large and increasing amounts of minerals from abroad, especially from less developed countries." - Henry Kissinger

Today Americans would be outraged if U.N. troops entered Los Angeles to restore order; tomorrow they will be grateful! This is especially true if they were told there was an outside threat from beyond, whether real or promulgated [use a dictionary], that threatened our very existence. It is then that all peoples of the world will pledge with world leaders to deliver them from this evil. The one thing every man fears is the unknown. When presented with this scenario, individual rights will willingly be relinquished for the guarantee of their well-being granted to them by their world government." - Henry Kissinger (1991) "

**JEWS WOULD FORCE-FEED A PALESTINIAN CHILD WITH GASOLINE AND IGNITE HIM TO BLOW UP. I saw his intestines over his body on the ground.**

**JEWS WOULD BEAT A PALESTINIAN CHILD ON THE HEAD UNTIL THEY BREAK IT. I saw his brains lying above his head on the ground.**

**When I received these videos I posted them on the Internet.**

**Sheldon Adelson, Kochs, Microsoft, The Hill, Fox News, Newsmax, The Examiner and many more Jewish Media cover for the crimes under "Anti-Semitic." Antisemitism has become the ticket to commit crimes against the Palestinian People. Antisemitism is a Religion to cover atrocities against people.**

THEREFORE, I AM PROCEEDING PRO SE AND I AM RESPECTFULLY REQUESTING THAT THE HONORABLE US COURT DENY DEFENDANTS' MOTIONS TO DISMISS.

THESE MOTIONS ARE INTENDED TO PERPETUATE SAVAGERY AGAINST ME A. AGAINST MY PEOPLE OF ORIGIN.

THERE IS A GOOD REASON I GOT AWAY. NOT ONLY THE TEN CHILDREN OF BOTH ILLITERATE PARENTS HAVE SHELTERS AND CITIZENSHIPS IN THE UNITED STATES OF AMERICA BUT ALSO THE GRAND CHILDREN CAN CLAIM THEY ARE THE MOST EDUCATED CITIZENS IN THE UNITED STATES, LOTS OF PH.Ds, LOTS OF MDSs, LOTS OF ENGINEERS. ALL THEIR GRANDCHILDREN ARE COLLEGE EDUCATED.

Abdur-Rahim Dib Dudar, Ed.D.    November 11, 2021

2498 Warwick Circle, NE

Atlanta, Georgia 30345

dudaraster@gmail.com

404-421-4806