*Leave to file is granted.*
*Judge Walton*
*2/24/2022*

-----------------------------------------------------------X
MIKO PELED, et al.,

           Plaintiffs,

v.                                                           Case No. 1:17-cv260 (RBW)

BENJAMIN NETANYAHU, et al.,

           Defendants,
-----------------------------------------------------------X

## PRO SE APPLICATION TO BE REINSTATED IN CASE

I Susan Abulhawa declare under penalty of perjury pursuant to 28 U.S.C § 1746 hereby declare as follows:

1)     I am Palestinian-American with ancient roots in an East Jerusalem village called el Tur. In 1967 my immediate and extended family members were chased out of their homes. My immediate family was thus expelled by the Israeli military, becoming refugees and suffering great financial and emotional injuries.

2)     My family's history in el Tur on the Mount of Olives dates back at least to the 16th century. Prior to that, my ancestors lived in a West Jerusalem village called Deir El Hawa, which is my namesake, "Abulhawa" and which dates back to the 3rd century.

3)     Everything and everyone that made me emerged from that small patch of earth. My entire familial lineage was born there, starting with my parents and going back at least centuries, and likely millennia. All the traditions I inherited sprang from the Palestinian heritage that was forged in that land.

4)     My family owned huge swaths of land, with stone homes and lush olive groves and other fruiting trees. All of that was shattered in 1967 when Israel launched a war to seize what remained of Palestine. My family became penniless overnight, with individual members going in different directions to seek sustenance.

5)     At the age of 10, I managed to enter Jerusalem with my grandmother, and I remained there until the age of 13, when Israel

|   |   |
|---|---|
|    | expelled me for being "undocumented". Our family was dismantled, scattered, and traumatized. The financial loss was enormous, but the psychological, emotional, and psychic loss is immeasurable. To watch oneself being erased from the world is ineffably wounding. My native identity is still being denied and my ancient lineage in one of the most fabled villages in the world is being appropriated by individuals without an iota of familial linkage to that land. These colonizers have not only uprooted and disinherited me, but they deny me even the right to visit my homeland with a U.S. passport. |
| 6) | In this light, sometime in 2017 I learned that a civil lawsuit was being filed against the above name defendants seeking damages on behalf many Palestinian and Israelis on the grounds of a wide range of violations and resulting injuries under US, Israeli and International law. Having suffered from those precise violations of law and ensuing injuries, at that time I was asked if I wished to join the lawsuit and to be represented in the suit by the late Martin F. McMahon, Esq. and I agreed. |
| 7) | Over a number of months I spoke with members of Mr. McMahon and members of his law firm on several occasions providing detailed information such as that described briefly above. I was told that I was a formal Plaintiff in this lawsuit and I paid a small fee to formalize my involvement. |
| 8) | Although I subsequently spoke periodically with other Plaintiffs in this lawsuit and, on occasion, Mr. McMahon himself about its status, after his sudden death such communications largely came to an end, including with his firm. Nevertheless, I believed that I continued to serve as a Plaintiff in this lawsuit. In this regard I was notified by an attorney whom I understand was appointed by the court to see if it was my desire to continue with this action. I indicated I did. |
| 9) | On November 3, 2021, I participated as a Plaintiff (I thought) in a phone conference with this honorable Court, in which I learned for the first time that, inexplicably, Mr. McMahon had made an application at some point in 2017 to "strike me as a Plaintiff" and |

        the Court had so ordered it. This was the first time I learned that I had been removed from the case.

10)    Since that conference I have had a chance to see a copy of the application to strike me. In relevant part it says my status as a Plaintiff involved "some confusion" by Mr. McMahon's office in which my name "appeared in two distinct Plaintiffs lists (one for American based Plaintiffs and one for Palestinian Plaintiffs)". Because of that, the application to strike me went on to say as a result of this confusion my name was "inadvertently included in the caption." Mr. McMahon's application concluded by asking that my name be stricken from the caption and that I be removed as a Plaintiff.

11)    I believe this was done as a mistake on Martin McMahon's part. As a non-lawyer I don't understand the significance of the "confusion" that resulted by my name being included on both lists of Plaintiffs, and what the relevance of that confusion was to my status in the lawsuit. In point of fact I am both Palestinian and American. Moreover I am at a loss to understand the nexus between that confusion and the apparent successful application to strike me as a Plaintiff, given that my family and I remain injured by the actions of the defendants. The legal arguments and most of the factual claims raised by the other Plaintiffs are no different than mine that existed at the time I was included in the lawsuit; at the time I was struck as a Plaintiff; and today when I ask this honorable Court to reinstate me as a Plaintiff, or ask permission to intervene in the action as it moves forward.

12)    I am currently looking for new counsel to represent me but until such time as I retain one I am forced to make this application pro se.

13)    I therefore ask that this honorable Court to reinstate me as a Plaintiff in this case. Alternatively, I ask permission to intervene in this action.

Pursuant to 28 U.S.C § 1746 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on this 12th day of January 2022 in Philadelphia, Pennsylvania

*susan abulhawa*
susan abulhawa

## CERTIFICATE OF SERVICE

This is to certify that I have on 12 January 2022, served all the parties in this case with this Pro Se Application to be Reinstated in Case in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

*susan abulhawa*
susan abulhawa