*Judge Walton*
*2/24/2022*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

 Plaintiffs,

v.                                    Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

 Defendants.

TO :  Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

 202-354-3000

## DUDAR MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ALL DEFENDANTS

PLAINTIFF, ABDUR-RAHIM DIB DUDAR, ON BEHALF OF HIS DECEASED PARENTS AND DECEASED SIBLINGS AND LIVING SIBLINGS MOVES IN THIS U.S. DISTRICT COURT FOR A PARTIAL SUMMARY JUDGMENT AGAINST ALL DEFENDANTS LIVING OR DEAD WITH THE ATTACHED FILINGS AS UNDISPUTED FACTS AND ADMISSIONS BY RULERS OF ISRAEL AND CLERGY OF ISRAEL AND THE UNDISPUTABLE AID AND ABETTMENTS OF THE ZIONIST NATION WITHIN THE UNITED STATES OF AMERICA WITH FINANCIAL AND POLITICAL LEADERS SUCH AS SHELDON

RECEIVED
Mail Room

FEB 15 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

ADELSON (NOW DECEASED), AIPAC, KOCH'S ENTERPRISES, FOX NEWS, NEWS MAX AND MANY MORE. (See Jewish Supremacism in the THE NEW YORKER, September 1, 2014 ISSUE).)

ABDUR-RAHIM DIB DUDAR

2498 WARWICK CIRCLE, N.E.

ATLANTA, GEORGIA 30345

ALBATTANI@YAHOO.COM

404-421-4806

Supporting Documents

Document 1 : Entry and Complaint

Document 2 : Complaint, Jurisdiction, Undisputed Facts, Demands

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs,

v.                                    Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

RECEIVED
Mail Room

FEB 15 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TO : Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

Document 1 : Entry & Complaint

I am, ABDUR-RAHIM DIB DUDAR, A PLAINTIFF IN THE ABOVE STYLED CASE. I intend to Prosecute for my claim, AT THIS TIME, AS PRO SE. Should the other Plaintiffs recommend an attorney, group of attorneys, I may join them. At this time I am PRO SE.

I was born in AKKA, Palestine officially June 7, 1940. Unofficially, using known dates of births known for my siblings, I may have been born 1939.

In 1948, my mother, May God Bless Her Soul, I overheard her saying, "I will hold an Axe and stand by the door." Yet my mother and father packed all the children and we were placed on the bed of a truck with them. And on the same truck was the family of the Principal of my elementary school. He was scary because he used to beat the children and I was disinterested in the school.

The truck drove us to Barja in Lebanon after missing my father. My father was forced out of the truck at the border between Palestine and Lebanon. Later on he joined us in Barja.

1

I overheard the adults talking why we moved out.  The Haganah, Stern, Lakhayem and Other Jewish groups WENT TO DEIR YASEEN AND SAVAGED THE WOMEN AND CHILDREN ALONG WITH THE MEN.  THESE JEWISH GROUPS, THEY WERE CALLED "THE ZIONISTS," WOULD STAB A PREGNANT WOMAN, GET HER FETUS, CHOP THE FETUS OVER HER BREASTS, THEN CUT THE WOMAN'S HEAD OFF AND PARADE IT IN DEIR YASEEN.  THE CHILDREN WERE TREATED AS CHICKENS, JUST CUT THEIR HEADS OFF AND THREW THEM.

Now I know why my father was taken off the truck: HE WAS SUPPOSED TO BE FIGHTING THE ZIONISTS.  He could not do it by himself.  He repaired shoes and hauled 100KG (220 lbs) bags of Saseme, Lentils, Fava Beans and Chickpeas.  I used to go around and look for grass to feed his donkey.  Great donkey.  It helped him move the bags to different shops.  I used to take a handful of sesame and eat it.

That was JEWISH HOLOCAUST I.  I AND MY FAMILY MANAGED TO GET OUT.  THE MAIN REASON TO COMMIT THIS JEWISH HOLOCAUST AGAINST THE NATIVE PALESTINIAN PEOPLE IS TO SPREAD FEAR SO THE NATIVE PALESTINIANS WOULD LEAVE AND JEWS WOULD STEAL THEIR HOMES.  WE LEFT.

The UNITED STATES OF AMERICA AND THE UNITED STATES ZIONIST NATION WITHIN THE UNITED STATES OF AMERICA ARE RESPONSIBLE FOR THIS ATROCITY.

From a neighbor in my subdivision, Wakefield Forest, Atlanta, Georgia, I met the neighbor who asked me where I came from.  When I told him "I am a Palestinian American" he said, "I know what happened."  He said, the United States anchored the SIXTH FLEET in Cyprus and SENT A DESTROYER ANCHORED IN HAIFA, HE WAS ON IT, AND A MESSENGER SHIP WOULD COMMUTE BETWEEN THE UNITED STATES DESTROYER AND THE SIXTH FLEET.  The United States of America was a PARTY TO JEWISH HOLOCAUST I AGAINST THE PALESTINIAN PEOPLE, AND I WAS ONE.

As for the Zionist Nation within the United States of America, I will summarize them in THEOREM 1.

THEOREM 1. ZIONISM AND NAZISM ARE HOMEOMORPHIC TOPOLOGICAL SPACES ON TWO MUTUALLY EXCLUSIVE ETHNIC GROUPS.

2

January 6, 2021 is a demonstration of what ZIONISTS would do. The person that was at the White House is considered "GOD OF THE JEWS," "THE MESSENGER OF GOD," "THE SAVIOR OF THE JEWS," NEXT TO YAHWA. That is where "THE DARK MONEY" COMES FROM. Let the FBI and USA Congress delve into these issues. But I am submitting a Dissertation by BENJAMIN CRAMER to give you an idea where ZIONISM is leading us:

Nasty yid quotes from nasty yids
From: Binyamin Cramer <benmielovestruth_at_alltimes.com>
Date: Mon, 2 Jul 2007 16:19:45 +1000

"I can think of no faster way to unite the American people behind
George W. Bush than a terrorist attack on an American target
overseas. And I believe George W. Bush will quickly unite the American people
through his foreign policy." - Henry Kissinger

"When the Zionists try to make the rest of the world believe that the
new national consciousness of the Jews will be satisfied by the
establishment of a Jewish State in Palestine, the Jews thereby adopt
another means to dupe the simple-minded Gentile. They have not the
slightest intention of building up a Jewish State in Palestine so as
to live in it. What they really are aiming at is to establish a
central organization for their international swindling and cheating.
As a sovereign State, this cannot be controlled by any of the other
States. Therefore it can serve as a refuge for swindlers who have
been found out and at the same time a high-school for the training of
other swindlers." - Adolf Hitler

"We stole their land, why should they [Palestinians] accept that?"
David Ben Gurion, Israeli Prime Minister, as quoted in the book 'The
Jewish Paradox' by Nahum Goldmann - Head of the World Jewish Congress

"If I were an Arab leader, I would never sign an agreement with
Israel. It is normal; we have taken their country. It is true God promised it
to us, but how could that interest them? Our God is not theirs. There
has been Anti - Semitism, the Nazis, Hitler, Auschwitz, but was that
their fault ? They see but one thing: we have come and we have stolen
their country. Why would they accept that?"
David Ben Gurion (the first Israeli Prime Minister) Quoted by Nahum
Goldmann in Le Paradoxe Juif (The Jewish Paradox), p121. in Tony Seed and Gary
Zatzman (Eds.)

3

Dossier on Palestine (Shunpiking, 2002), p 72
"Our race is the Master Race. We are divine gods on this planet. We
are a different from the inferior races as they are from insects. In fact,
compared to our race, other races are beasts and animals, cattle at
best. Other races are considered as human excrement. Our destiny is
to rule over the inferior races. Our earthly kingdom will be ruled by
our leader with a rod of iron. The masses will lick our feet and serve us
as our slaves." MENECHEM BEGIN, former PM of Israel

"Depopulation should be the highest priority of foreign policy
towards the third world, because the US economy will require large and
increasing amounts of minerals from abroad, especially from less
developed countries." - Henry Kissinger

Today Americans would be outraged if U.N. troops entered Los Angeles
to restore order; tomorrow they will be grateful! This is especially
true if they were told there was an outside threat from beyond,
whether real or promulgated [use a dictionary], that threatened our
very existence. It is then that all peoples of the world will pledge
with world leaders to deliver them from this evil. The one thing
every man fears is the unknown. When presented with this scenario,
individual rights will willingly be relinquished for the guarantee of
their well-being granted to them by their world government." - Henry
Kissinger (1991)  "

**JEWS WOULD FORCE-FEED A PALESTINIAN CHILD WITH GASOLINE AND IGNITE HIM TO BLOW UP.  I saw his intestines over his body on the ground.**

**JEWS WOULD BEAT A PALESTINIAN CHILD ON THE HEAD UNTIL THEY BREAK IT.  I saw his brains lying above his head on the ground.**

**When I received these videos I posted them on the Internet.**

**Sheldon Adelson, Kochs, Microsoft, The Hill, Fox News, Newsmax, The Examiner and many more Jewish Media cover for the crimes under "Anti-Semitic." Antisemitism has become the ticket to commit crimes against the Palestinian People.  Antisemitism is a Religion to cover atrocities against people.**

THEREFORE, I AM PROCEEDING PRO SE AND I AM RESPECTFULLY REQUESTING
THAT THE HONORABLE US COURT DENY DEFENDANTS' MOTIONS TO DISMISS.

THESE MOTIONS ARE INTENDED TO PERPETUATE SAVAGERY AGAINST ME AND AGAINST MY PEOPLE OF ORIGIN.

THERE IS A GOOD REASON I GOT AWAY.  NOT ONLY THE TEN CHILDREN OF BOTH ILLITERATE PARENTS HAVE SHELTERS AND CITIZENSHIPS IN THE UNITED STATES OF AMERICA BUT ALSO THE GRAND CHILDREN CAN CLAIM THEY ARE THE MOST EDUCATED CITIZENS IN THE UNITED STATES, LOTS OF PH.Ds, LOTS OF MDSs, LOTS OF ENGINEERS.  ALL THEIR GRANDCHILDREN ARE COLLEGE **EDUCATED.**

Abdur-Rahim Dib Dudar, Ed.D.    November 11, 2021

2498 Warwick Circle, NE

Atlanta, Georgia 30345

dudaraster@gmail.com

404-421-4806

5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs,

v.                                          Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

> RECEIVED
> Mail Room
>
> FEB 15 2022
>
> Angela D. Caesar, Clerk of Court
> U.S. District Court, District of Columbia

TO :  Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

*Document 2: Jurisdiction, Undisputed Facts and Admissions By Defendants, Claim for Relief*

### SUPPLEMENT TO PLAINTIFF'S (ABDUR-RAHIM DIB DUDAR'S) ENTRY OF NOVEMBER 11, 2021

NOW COMES PLAINTIFF, ABDUR-RAHIM DIB DUDAR, TO SUPPLEMENT HIS ENTRY IN THE ABOVE-STYLED LAWSUIT.


### JURISDICTION

THIS COURT has Jurisdiction on this case pursuant to the Geneva Conventions on Savage Mistreatment of Civilians and WAR CRIMES.

The Geneva Conventions of Four Treaties and Three Protocols that establish International Legal Standards for Humanitarian Treatment in War, were ratified by the United States of America and have become Customary International Laws binding to all countries recognized by the United Nations.

The fourth convention dealt with the treatment of civilians and their protection during wartime. Although the fourth convention was ratified

I

1949, it was based upon the Hague Convention (II) of 1899 and Hague Convention (IV) of 1907. for the Protection of Civilians, non-Combatants.

Article 1 of Protocol 1 clarifies that armed conflict against colonial domination and foreign occupation qualifies as an International Conflict. Thus, the full protections of the Conventions are considered to apply.

Common Article 3 relating to non-international armed conflict states that certain minimum rues of war apply to armed conflicts "where at least one Party is not a State."

**For example, it would apply to conflicts between the Government and rebel forces, or between two rebel forces, or to other conflicts that have all the characteristics of war, whether carried out within the confines of one country or not. There are two criteria to distinguish non-international armed conflicts from lower forms of violence. The level of violence has to be of certain intensity, for example when the state cannot contain the situation with regular police forces. Also, involved non-state groups need to have a certain level of organization, like a military command structure. For these, Article 3 and Protocol II are applicable. These would be Prohibitions:**

- violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;
- taking of hostages;
- outrages upon dignity, in particular humiliating and degrading treatment; and
- the passing of sentences and the carrying out of executions without previous judgment pronounced by a regularly constituted court, affording all the judicial guarantees which are recognized as indispensable by civilized peoples.
- The wounded and sick shall be collected and cared for.

**Protecting Powers**

The term *protecting power* has a specific meaning under these Conventions. A protecting power is a state that is not taking part in the armed conflict, but that has agreed to look after the interests of a state that is a party to the conflict. The protecting power is a mediator enabling the flow of communication between the parties to the conflict. The protecting power also monitors implementation of these Conventions, such as by

visiting the zone of conflict and prisoners of war. The protecting power must act as an advocate for prisoners, the wounded, and civilians.

Grave breaches



Logo of International Criminal Court

Not all violations of the treaty are treated equally. The most serious crimes are termed *grave breaches* and provide a legal definition of a war crime. Grave breaches of the Third and Fourth Geneva Conventions include the following acts if committed against a person protected by the convention:

- willful killing, torture or inhumane treatment, including biological experiments
- willfully causing great suffering or serious injury to body or health
- compelling a protected person to serve in the armed forces of a hostile power
- willfully depriving a protected person of the right to a fair trial if accused of a war crime.

Also considered grave breaches of the Fourth Geneva Convention are the following:

- taking of hostages
- extensive destruction and appropriation of property not justified by military necessity and carried out unlawfully and wantonly
- unlawful deportation, transfer, or confinement.[41]

Nations who are party to these treaties must enact and enforce legislation penalizing any of these crimes. Nations are also obligated to search for persons alleged to commit these crimes, or persons having ordered them to be committed, and to bring them to trial regardless of their nationality and regardless of the place where the crimes took place.

3

The United States of America bears the burden of prosecuting War Crimes against the Palestinian People especially when these War Crimes constitute an OCCURRENCE OF WAR CRIMES.  They were hatched in the Late 19th Century flawed through the 20th Century and continue through the 21th Century.

PLAINTIFF, ABDUR-RAHIM DIB DUDAR, AND HIS FAMILY, MOTHER, FATHER AND ALL TEN SIBLINGS ARE  VICTIMS OF THESE WAR CRIMES AND NOW ARE CITIZENS OF THE UNITED STATES OF AMERICA.  THESE VICTIMS OF JEWISH WAR CRIMES ARE IN A SAFER PLACE PROTECTED BY LAW.  BUT THEIR RELATIVES, NEIGHBORS, COUNTRY MEN AND WOMEN ARE LEFT BEHIND SUFFERING FROM AN INTERNATIONAL INSIDIOUS WAR CRIMINAL CALLED ISRAEL.

**THE TERM "JEWISH WAR CRIMES" IS USED BECAUSE THERE ARE NO "ISRAELIS IN ISRAEL" ONLY JEWS, ARABS AND OTHERS ACCORDING TO ISRAEL CONSTITUTION.**

## UNDISPUTED FACTS ABOUT THE JEWISH OCCUPATION AND JEWISH WAR CRIMES AGAINST PLAINTIFF AND HIS SIBLINGS AND THEIR DESCENDANTS AND COUNTRY MEN AND WOMEN AND CHILDREN.

**1.  Introducing the atrocious savage monster the Prime Minister of Israel, the infamous, Menachem Begin.  He was the savage to invade Deir Yaseen along with the Haganah, Lakhayim and Stern in 1948 protected by the United States Destroyer in Haifa.  This savage monster says:**

"Our race is the Master Race.

We are divine gods on this planet.

We are as different from the inferior races as they are from insects.

In fact, compared to our race, other races are beasts and animals, cattle at best.

Other races are considered as human excrement.

4

Our destiny is to rule over the inferior races.

Our earthly kingdom will be ruled by our leader with a rod of iron.

The masses will lick our feet and serve us as our slaves."

MENACHEM BEGIN, former PM of Israel.


**Menachem Begin Prime Minister of Israel 1977 - 1983**
**"[The Palestinians] are beasts walking on two legs." -- Israeli Prime**
**Minister Menachem Begin, speech to the Knesset, quoted in Amnon**
**Kapeliouk, "Begin and the 'Beasts,'" New Statesman, June 25, 1982.**


"The Partition of Palestine is illegal. It will never be recognized....
Jerusalem was and will forever be our capital. Eretz Israel [Greater
Israel - Ed] will be restored to the people of Israel. All of it. And for
Ever."— **Menachem Begin, the day after the U.N. vote to partition**
**Palestine.**

All these statements are actionable.  These statements are historical in
nature and part of the Jewish Ideology and Traditions.  You can see it in
the Talmud and Protocols of the Elders of Zion.  This is ZIONISM at least.

Plaintiff has come to the conclusion that Theorem 1 summarizes this
religious-political-philosophical-economical-war-like ideology.

<u>**Theorem 1**</u>.  Zionism  and Nazism are homeomorphic topological spaces
on two mutually exclusive ethnic groups.

**In other words what is good for the goose is good for the gander.  The**
**fight here is whether either one is the Superior Race.**


**As far as Plaintiff's claim against the savage monster, Menachem**
**Begin, this claim is covered by Article 3 and Protocol II of the Geneva**
**Conventions. These would be the Prohibitions:**

- violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;
- taking of hostages;
- outrages upon dignity, in particular humiliating and degrading treatment; and
- the passing of sentences and the carrying out of executions without previous judgment pronounced by a regularly constituted court, affording all the judicial guarantees which are recognized as indispensable by civilized peoples.
- The wounded and sick shall be collected and cared for.

These prohibitions directly or indirectly were violated by this Prime Minister of Israel against the Dudar Family.  These violations rendered leaving the homeland in the hands of the insidious war criminals to protect our lives.

The War Criminal organized the Likud Party to rule Israel for decades. The Likud Party continued the SAVAGE AND BRUTAL TREATMENTS AGAINST THE PEOPLE OF PALESTINE.  SAVAGERY AND BRUTALITY, DISRESPECT TO LIFE AND PROPERTY AND DIGNITY OF HUMANITY CON STITUTE THE OCCURRENCE OF SAVAGERY AGAINST THE PALESTINIAN PEOPLE.

2.  Menachem Begin has had Prime Ministers of Israel before him and after him executing the same ideology.

**"We stole their land, why should they [Palestinians] accept that?"** David Ben Gurion, **Israeli Prime Minister, as quoted in the book 'The Jewish Paradox' by Nahum Goldmann - Head of the World Jewish Congress**

**"If I were an Arab leader, I would never sign an agreement with Israel. It is normal; we have taken their country. It is true God promised it to us, but how could that interest them?** Our God is not theirs.

**There has been Anti - Semitism, the Nazis, Hitler, Auschwitz, but was that their fault ? They see but one thing: we have come and we have stolen their country. Why would they accept that?"** David Ben Gurion **(the first Israeli Prime Minister) Quoted by Nahum**

**Goldmann in LeParadoxe Juif (The Jewish Paradox), p121. in TonySeed and Gary Zatzman (Eds.)**

David Ben Gurion Prime Minister of Israel 1949 - 1954, 1955 - 1963
"We must expel Arabs and take their places."
-- David Ben Gurion, 1937, Ben Gurion and the Palestine Arabs, Oxford University Press, 1985.

**"The Arabs will have to go, but one needs an opportune moment for making it happen, such as a war."**
**Ben Gurion writing to his son, 1937**

"We must use terror, assassination, intimidation, land confiscation, and the cutting of all social services to rid the Galilee of its Arab population."
-- David Ben-Gurion, May 1948, to the General Staff. From Ben-Gurion, A Biography, by Michael Ben-Zohar, Delacorte, New York 1978.

"Jewish villages were built in the place of Arab villages. You do not even know the names of these Arab villages, and I do not blame you because geography books no longer exist. Not only do the books not exist, the Arab villages are not there either. Nahlal arose in the place of Mahlul; Kibbutz Gvat in the place of Jibta; Kibbutz Sarid in the place of Huneifis; and Kefar Yehushua in the place of Tal al-Shuman. There is not a single place built in this country that did not have a former Arab population."-- David Ben Gurion, quoted in The Jewish Paradox, by Nahum Goldmann, Weidenfeld and Nicolson, 1978, p. 99.

"Let us not ignore the truth among ourselves ... politically we are the aggressors, and they defend themselves... The country is theirs, because they inhabit it, whereas we want to come here and settle down, and in their view we want to take away from them their country." --David Ben Gurion, quoted on pp 91-2 of Chomsky's Fateful Triangle, which appears in Simha Flapan's "Zionism and the Palestinians pp141-2 citing a 1938 speech.

7

"If I knew that it was possible to save all the children of Germany by transporting them to England, and only half by transferring them to the Land of Israel, I would choose the latter, for before us lies not only the numbers of these children but the historical reckoning of the people of Israel."
-- David Ben-Gurion (Quoted on pp 855-56 in Shabtai Teveth's Ben-Gurion in a slightly different translation).

3. "We are Judeo-Nazis, and why not? If your nice, civilized parents, rather than writing books about their love for humanity had instead come to Israel and killed six million Arabs, what would have happened?
Sure, two or three nasty pages would have been written in the history books, and we would have been called all sorts of names, but we would be here today as a people of 25 million! What you don't seem to understand is that the dirty work of Zionism is not finished yet, far from it." --Ariel Sharon, the beast who was once described by George Bush as being a 'man of peace, despite the fact that he is guilty for
having taken part in the murder of thousands of innocent people.'

"Everybody has to move, run and grab as many (Palestinian) hilltops as they can to enlarge the (Jewish) settlements because everything we take now will stay ours...Everything we don't grab will go to them."
-- Ariel Sharon, Israeli Foreign Minister, addressing a meeting of the Tsomet Party, Agence France Presse, Nov. 15, 1998.

Ariel Sharon **Prime Minister of Israel 2001 - present**
"It is the duty of Israeli leaders to explain to public opinion, clearly and courageously, a certain number of facts that are forgotten with time. The first of these is that there is no Zionism, colonialization, or Jewish State without the eviction of the Arabs and the expropriation of their lands."
-- Ariel Sharon, Israeli Foreign Minister, addressing a meeting of militants from the extreme right-wing Tsomet Party, Agence France Presse, November 15, 1998.

8

"Israel may have the right to put others on trial, but certainly no one has the right to put the Jewish people and the State of Israel on trial."
-- Israeli Prime Minister Ariel Sharon, 25 March, 2001 quoted in BBC News Online

4. Golda Meir Prime Minister of Israel 1969 - 1974
"There is no such thing as a Palestinian people... It is not as if we came and threw them out and took their country. They didn't exist."
--
Golda Meir, statement to The Sunday Times, 15 June, 1969.

"How can we return the occupied territories? There is nobody to return them to."
-- Golda Meir, March 8, 1969.

"Any one who speaks in favor of bringing the Arab refugees back must also say how he expects to take the responsibility for it, if he is interested in the state of Israel. It is better that things are stated clearly and plainly: We shall not let this happen." -- Golda Meir,
1961, in a speech to the Knesset, reported in Ner, October 1961

"This country exists as the fulfillment of a promise made by God Himself. It would be ridiculous to ask it to account for its legitimacy."
-- Golda Meir, Le Monde, 15 October 1971

5. Yitzhak Rabin Prime Minister of Israel 1974 - 1977, 1992 - 1995

**"We walked outside, Ben-Gurion accompanying us. Allon repeated his**

9

question, What is to be done with the Palestinian population?' Ben-Gurion waved his hand in a gesture which said 'Drive them out!" -- Yitzhak Rabin, leaked censored version of Rabin memoirs, published in the New York Times, 23 October 1979.

"[Israel will] create in the course of the next 10 or 20 years conditions which would attract natural and voluntary migration of the refugees from the Gaza Strip and the west Bank to Jordan. To achieve this we have to come to agreement with King Hussein and not with Yasser Arafat."-- Yitzhak Rabin (a "Prince of Peace" by Clinton's standards), explaining his method of ethnically cleansing the occupied land without stirring a world outcry. (Quoted in David Shipler in the New York Times, 04/04/1983 citing Meir Cohen's remarks to the Knesset's foreign affairs and defense committee on March 16.)

6. Yizhak Shamir Prime Minister of Israel 1983 - 1984, 1986 - 1992

"Neither Jewish ethics nor Jewish tradition can disqualify terrorism as a means of combat." Is Israel, therefore, not built on terrorism and the perversion of Jewish ethics and tradition? -- Yitzhak Shamir

"The past leaders of our movement left us a clear message to keep Eretz Israel from the Sea to the River Jordan for future generations, for mass aliya (=Jewish immigration), and for the Jewish people, all of whom will be gathered into this country." -- Former Prime Minister Yitzhak Shamir declares at a Tel Aviv memorial service for former Likud leaders, November 1990. Jerusalem Domestic Radio Service.

"The settlement of the Land of Israel is the essence of Zionism. Without settlement, we will not fulfill Zionism. It's that simple." --

Yitzhak Shamir, Maariv, 02/21/1997.

[Zionism is in any case, a secular movement started by the Rothschilds, and Orthodox Jews were originally opposed to the establishment of the Jewish state, accepting that they had been dispersed by God, and would have to wait for God to lead them to their new Jerusalem -- Ed]

"(The Palestinians) would be crushed like grasshoppers ... heads smashed against the boulders and walls." -- Isreali Prime Minister (at the time) Yitzhak Shamir in a speech to Jewish settlers New York Times April 1, 1988

7. Benjamin Netanyahu Prime Minister of Israel 1996 - 1999
"Israel should have exploited the repression of the demonstrations in China, when world attention focused on that country, to carry out mass expulsions among the Arabs of the territories." -- Benyamin Netanyahu, then Israeli Deputy Foreign Minister, former Prime Minister of Israel, speaking to students at Bar Ilan University, from the Israeli journal Hotam, November 24, 1989.

8. Ehud Barak Prime Minister of Israel 1999 - 2001
"The Palestinians are like crocodiles, the more you give them meat, they want more"....
-- Ehud Barak, Prime Minister of Israel at the time - August 28, 2000. Reported in the Jerusalem Post August 30, 2000

"If we thought that instead of 200 Palestinian fatalities, 2,000 dead would put an end to the fighting at a stroke, we would use much more force...."-- Israeli Prime Minister Ehud Barak, quoted in Associated Press, November 16, 2000.

"I would have joined a terrorist organization."
-- Ehud Barak's response to Gideon Levy, a columnist for the Ha'aretz
newspaper, when Barak was asked what he would have done if he had
been born a Palestinian.

9. "Israel is working on a biological weapon that would harm Arabs
but not Jews, according to Israeli military and western intelligence
sources. In developing their 'ethno-bomb', Israeli scientists are trying
to exploit medical advances by identifying genes carried by some
Arabs, then create a genetically modified bacterium or virus.
The intention is to use the ability of viruses and certain bacteria to
alter the DNA inside their host's living cells. The scientists are trying
to engineer deadly micro-organisms that attack only those bearing
the distinctive genes. The programme is based at the biological
institute in Nes Tziyona, the main research facility for
Israel's clandestine arsenal of chemical and biological weapons. A
scientist there said the task was hugely complicated because both
Arabs and Jews are of semitic origin. But he added: 'They have,
however, succeeded in pinpointing a particular characteristic in the
genetic profile of certain Arab communities, particularly the Iraqi
people.' The disease could be spread by spraying the organisms into
the air or putting them in water supplies. The research mirrors
biological studies conducted by South African scientists during the
apartheid era and revealed in testimony before the truth commission.
The idea of a Jewish state conducting such research has provoked
outrage in some quarters because of parallels with the genetic
experiments of Dr Josef Mengele, the Nazi scientist at Auschwitz." ~
Uzi Mahnaimi and Marie Colvin, The Sunday Times [London, 1998-15]

## ARGUMENT

12

The report in "The Sunday Times" (London, 1998-15) is very troubling (No. 9, above).  The "Ethno Bomb" can be more effective and selective than any Nuclear Bomb Israel prides itself on developing at Nes Tziyona.

"Nes Tziyona" could be where the Coronavirus might have come.  Their research points to such result.  Israel has been the Authority  of Investigations to liquidate the virus. Judging from announcements from the previous occupier of the White House, "The Coronavirus" is a Blessing!  He said.  He prides himself on signing Executive Orders granting Jerusalem to Jews and the West Bank to Jews and the Golan Heights to Jews.   This person was considered "The Last Prophet for the Jews" and he was considered "God of the Jews" next to Yahwah.

Each Prime Minister of Israel has had a way to kill, annihilate, or deport, deface the Palestinians, the Natives born and raised in Palestine under occupation, exploitation and expropriation denigration in violation of the Geneva Conventions on human treatment of civilians and warriors in defense of oneselves, families, and Palestinian citizens to open more space to import Jews.

Jews say Palestinians are "crocodiles" for more meat, "grasshoppers" whose heads to be smashed against boulders and walls; they are beasts standing on two legs.  Just kill them.  They would force-feed gasoline to a Palestinian child and ignite him to blow up.  Plaintiff, Dudar, saw his intestines over his chest on the ground.  He sent this video report through his groups.  They would beat a child's head with blunt objects until they broke his head off.  Plaintiff, Dudar, saw his brains lying above his head on the ground.  Plaintiff, Dudar, sent this video report to all groups on the Internet.  Sharon, trespassed into the Al-Aqsa Mosque and murdered the worshippers.

**The Chief Rabbis in Jerusalem passed an Edict to rape Palestinian girls in combat!  The Jews would spit on Christians forcing the Bishop to file a complaint in the Supreme Court of Jerusalem, " Jews stop spitting on Christians."**


"We have to purge this terrible plague from our midst,"
MK Esterina Tartman on the appointment of the Arab MK Ghaleb Majadle as a minister.

13

"We killed them out of a certain naive hubris. Believing with absolute certitude that now, with the White House, the Senate and much of the American media in our hands, the lives of others do not count as much as our own." from "How Easily We Killed Them", by Ari Shavit, published in the "New York Times", May 27, 1996, page 1.19

These Prime Ministers of Israel and Jews in general are fulfilling the 1896 Herzl's Zionist Conference edicts "But Palestine is inhabited by an indeginous population all over."
Jabotonski " We annihilate the Palestinian population and replace it by Jews." 1896 Herzl's Zionist Conference (Silence, Dead Silence)

**Julius Streicher: Der Stürmer, #23/1944 on " What is Americanism"**
**"The Jews have made America what it is today: a nation raped by the Jews , a nation whose 130,000,000 people of many colors and races have been forced into helping the Jews achieve world domination!"**

"There is a time to love and a time to hate; whoever does not hate when he should does not deserve to love when he should, does not deserve to love when he is able. Perhaps, had we learned to hate more during the years of ordeal, fate itself would have taken fright. The Germans did their best to teach us, but we were poor pupils in the discipline of hate....Every Jew, somewhere in his being, should set apart a zone of hate - healthy, virile hate - for what the German personifies and for what persists in the German. To do otherwise would be a betrayal of the dead." – Elie Wiesel 'Legends of Our Time' (1968), pp.177-78

**PERHAPS, the Palestinian People will learn from what the Jews yearn for.  Time to hold Israel and Jews accountable.**

14

"We are Judeo-Nazis, and why not? If your nice, civilized parents, rather than writing books about their love for humanity had instead come to Israel and killed six million Arabs, what would have happened?

Sure, two or three nasty pages would have been written in the history books, and we would have been called all sorts of names, but we wouldbe here today as a people of 25 million! What you don't seem to understand is that the dirty work of Zionism is not finished yet, far from it." --Ariel Sharon, the beast who was once described by George Bush as being a 'man of peace, despite the fact that he is guilty for having taken part in the murder of thousands of innocent people.'

"Our race is the master race.

We are divine gods on this planet.

We are as different from the inferior races as they are from insects.

In fact, compared to our race, other races are beasts and animals, cattle at best.

Other races are considered as human excrement.

Our destiny is to rule over the inferior races. Our earthly kingdom will be ruled by our leader with a rod of iron.

The masses will lick our feet, and serve us as our slaves."

Former Prime Minister of Israel, Menachem Begin.  The Monster of Deir Yaseen.  His Likud Party is the most Influential in destroying and killing Palestinian in Jerusalem, the West Bank and Gaza.  The West Bank and Gaza are Prisons with Jews as the Prison Guards. Jerusalem has become for the Untouchables.  You need to read "Israel, the Colonial Settler" by Sabri Jeryis TO APPRECIATE WHAT PLAINTIFF DUDAR IS SAYING..

These People call Palestinians "Terrorists."  Listen what they describe themselves in addition to being the Judeo-Nazis, "We must use terror, assassination, intimidation, land confiscation, and the cutting of all

15

social services to rid the Galilee of its Arab population."
-- David Ben-Gurion, May 1948, to the General Staff. From Ben-Gurion,
A Biography, by Michael Ben-Zohar, Delacorte, New York 1978.

**They even steal UN Rations to the Palestinians in West Bank and**
**Gaza.**

All in violation of the Geneva Conventions.

**"Jewish villages were built in the place of Arab villages. You do not**
**even know the names of these Arab villages, and I do not blame you**
**because geography books no longer exist. Not only do the books not**
**exist, the Arab villages are not there either. Nahlal arose in the**
**place of Mahlul; Kibbutz Gvat in the place of Jibta; Kibbutz Sarid in**
**the place of Huneifis; and Kefar Yehushua in the place of Tal al-**
**Shuman. There is not a single place built in this country that did not**
**have a former Arab population."**
**-- David Ben Gurion, quoted in The Jewish Paradox, by Nahum**
**Goldmann, Weidenfeld and Nicolson, 1978, p. 99.**

"Everybody has to move, run and grab as many (Palestinian) hilltops as
they can to enlarge the (Jewish) settlements because everything we take
now will stay ours...Everything we don't grab will go to them."
-- Ariel Sharon, Israeli Foreign Minister, addressing a meeting of the
Tsomet Party, Agence France Presse, Nov. 15, 1998.

The main purpose is to eradicate the Palestinian People.

Golda Meir Prime Minister of Israel 1969 – 1974. "There is no such thing as
a Palestinian people... It is not as if we came and threw them out and took
their country. They didn't exist."
--Golda Meir, statement to The Sunday Times, 15 June, 1969.

"How can we return the occupied territories? There is nobody to return
them to."-- Golda Meir, March 8, 1969.

16

"This country exists as the fulfillment of a promise made by God Himself. It would be ridiculous to ask it to account for its legitimacy."-- Golda Meir, Le Monde, 15 October 1971

## GOD MUST BE A WAR CRIMINAL.  PLAINTIFF QUESTIONS GOD.

"[Israel will] create in the course of the next 10 or 20 years conditions which would attract natural and voluntary migration of the refugees from the Gaza Strip and the west Bank to Jordan. To achieve this we have to come to agreement with King Hussein and not withYasser Arafat."

"[The Palestinians] are beasts walking on two legs."
-- Israeli Prime Minister Menachem Begin, speech to the Knesset, quoted in Amnon Kapeliouk, "Begin and the 'Beasts,'" New Statesman, June 25, 1982.

## Israel is built on TERRORISM

"Neither Jewish ethics nor Jewish tradition can disqualify terrorism as a means of combat." Is Israel, therefore, not built on terrorism and the perversion of Jewish ethics and tradition? -- Yitzhak Shamir

"The settlement of the Land of Israel is the essence of Zionism.  Without settlement, we will not fulfill Zionism. It's that simple."--Yitzhak Shamir, Maariv, 02/21/1997.

Ariel Sharon Prime Minister of Israel 2001
"It is the duty of Israeli leaders to explain to public opinion, clearly and courageously, a certain number of facts that are forgotten with time. The first of these is that there is no Zionism, colonialization, or Jewish State without the eviction of the Arabs and the expropriation of their lands."
-- Ariel Sharon, Israeli Foreign Minister, addressing a meeting of militants from the extreme right-wing Tsomet Party, Agence France Presse,

17

November 15, 1998.

**"Israel may have the right to put others on trial, but certainly no one has the right to put the Jewish people and the State of Israel on trial."**
**-- Israeli Prime Minister Ariel Sharon, 25 March, 2001 quoted in BBC News Online.**

**Plaintiff disagrees with that!**

"The state.... must see the sword as the main if not the only instrument with which to keep its morale high and to retain its moral tension. Toward this end it may...no it must invent dangers, and to do this it must adopt the method of provocation and revenge....And above all, let us hope for a new war with the Arab countries so that we may finally get rid of our troubles and acquire our space." ?
**Moshe Sharett was Israeli's first Foreign Minister from 1948-1956, and Prime Minister from 1954-1956**

"All that matters to the Satmar Jews is: Purity of the blood of the chosen people and the genuine [Jewish] teachings ..." Der Spiegel, 14/1994, p. 162.

"The seminary's spiritual leader, Rabbi Ytzak Ginsburg, justified the slaying and said the blood of Jews and non-Jews cannot be equated. "We have to recognize that Jewish blood and the blood of a goy are not the same thing." The Globe and Mail (Toronto), 3-6-1989

"The Arabs will have to go, but one needs an opportune moment for making it happen, such as a war."
~ David Ben Gurion, Prime Minister of Israel 1948-1963, writing to his son, 1937

18

"Anything moving in the zone, even a three year old, needs to be killed."
~ The Israeli Captain R. who murdered 13-year old Imam Al-Hamas, 2004-11-04.


"If I'm sorry for anything, it is for not tearing the whole camp down. No one (in the Israeli army) expressed any reservations against doing it. I found joy with every house that came down. I have no mercy. I say if a man has done nothing, don't touch him. A man who has done something, hang him, as far as I am concerned. Even a pregnant woman-shoot her without mercy, if she has a terrorist behind her. This is the way I thought in Jenin."
~ bulldozer operator at the Palestinian camp at Jenin, reported in Yedioth Ahronoth, 2002-05-31 To see that same event from the Palestinian perspective .


"[Three quarters of a million young people who have served in the IDF] know that the task of the army is not only to defend the state in the battlefield against a foreign army, but to demolish the rights ofinnocent people just because they are Araboushim living in territories that God promised to us."
Yaram Peri, in Davar, 1982-12-10. academic specialist on Israeli affairs. Araboushim is Israeli slang that is roughly equivalent to niggers or kikes.


"I vow that if I was just an Israeli civilian and I met a Palestinian I would burn him and I would make him suffer before killing him." ~Ariel Sharon, Prime Minister of Israel 2001-2006, magazine Ouze Merham in 1956. Disputed as to whether this is genuine.

"Even today I am willing to volunteer to do the dirty work for Israel, to kill as many Arabs as necessary, to deport them, to expel and burn them" ~ Ariel Sharon, Prime Minister of Israel

19

**2001-2006, daily Davar, 1982-12-17.**

"We declare openly that the Arabs have no right to settle on even one centimeter of Eretz Israel.. Force is all they do or ever will understand. We shall use the ultimate force until the Palestinians come crawling to us on all fours . When we have settled the land, all the Arabs will be able to do will be to scurry around like drugged roaches in a bottle."
~ Rafael Eitan, Chief of Staff of the Israeli Defence Forces - Gad Becker, Yediot Ahronot, New York Times 1983-04-14

"The very point of Labor's Zionist program is to have as much land as possible and as few Arabs as possible!"
~ Yitzhak Navon ("moderate" ex-Israeli president and a leading labor party politician.) Cited on p.179 of Nur Masalha's A Land without a People who cites Bernard Avishai's The Tragedy of Zionism 1985 p.340.

"I don't sign orders to destroy the houses of Jews, only of Arabs,"~ Haim Miller, deputy mayor of Jerusalem and acting mayor in Olmert's absence, quoted in Yediot Aharonot, 1998-02-07.

Rabbi Meir Kahane, told CBS News that his teaching that Arabs are "dogs" is derived "from the Talmud." (CBS 60 Minutes, "Kahane").

Rabbi Yitzhak Ginsburg declared, "We have to recognize that Jewish blood and the blood of a goy are not the same thing." (NY Times, June 6, 1989, p.5).

Rabbi Yaacov Perrin said, "**One million Arabs** are not worth a Jewish

fingernail." (NY Daily News, Feb. 28, 1994, p.6).

The Germans felt good getting rid of Jews in Germany.  The Germans had the Nazis to do their dirty job.

The Jews feel good to annihilate the Palestinian People.  They got the Judeo-Nazis to their dirty job.

Plaintiff, Dudar, a Mathematician came to the conclusion of Theorem 1.

**Theorem 1.** Zionism **and** Nazism **are homeomorphic topological spaces on two mutually exclusive ethnic groups.**

 The abused and the abuser are not any different.  The only problem in this respect when the abused wants to annihilate the Palestinian People, the innocent Palestinian People.  Kill them without mercy.  Expropriate their land.  Even hold essential humane services from the United Nations to keep some alive.

## CLAIM FOR RELIEF

**PLAINTIFF REQUESTS FROM THE HONORABLE US DISTRICT COURT THE FOLLOWING HUMANE REQUESTS:**

**1. GRANT PLAINTIFF DUDAR A LUMP SUM OF $1.2 BILLION FROM ALL DEFENDANTS.  THIS AMOUNT IS COMPENSATION AND REPARATION FOR THE FAMILY OF TWELVE PEOPLE RENDERED REFUGEES AS OF 1948.  FOR FAMILY MEMBERS WHO PASSED, THEIR DESCENDANTS RECEIVE THEIR SHARE.**

**2. SHOULD PLAINTIFF DUDAR OPTS TO GO BACK TO PALESTINE HE SHOULD BE ABLE TO DO SO WITHOUT ANY HARASSMENT BY THE JEWS.   PLAINTIFF DUDAR HAS BEEN A USA CITIZEN SINCE 1967 AND RESIDENT SINCE 1963.  THIS USA CITIZENSH HAS BEEN THE GREATEST BLESSING FROM THE AMERICAN PEOPLE TO THE DUDAR FAMILY**

SAVING THEM FROM THE MULTIPLE JEWISH HOLOCAUSTS AGAINST THE PALESTINIAN PEOPLE.

3. PLAINTIFF DUDAR, RESPECTFULLY REQUESTS FROM THE HONORABLE COURT  POSSIBLE OTHER DEMANDS AS HE UNDERSTANDS THE ISSUES BETTER THAN HE DOES NOW.

4. WHILE PLAINTIFF DUDAR DOES NOT REPRESENT A CLASS, IT WOULD BE THE WISDOM OF THE COURT TO  ORDER ISRAEL RETURN SETTLED LAND FROM THE WEST BANK AND JERUSALEM REURNED TO THE PALESTINIAN PEOPLE AND  STOP THE BLOCKADE ON GAZA.

 AND TO EFFECT A TWO-STATE SOLUTION TO THE PALESTINIAN-JEWISH ISSUES, THE HONORABLE COURT CAN EXERCISE ITS WISDOM TO ASK ISRAEL TO GRANT A HIGHWAY EASEMENT PASSAGE FOR THE PALESTINIANS BETWEEN THE WEST BANK AND GAZA IN PRESENT ISRAEL IN PERPETUITY WITH NO INTEREST IN IT FOR ISRAEL.

THUS THIS COURT WOULD DECLARE THE CREATION OF THE TWO STATE SOLUTION PER THE UNITED NATIONS AND USA PER SECURITY COUNCIL RESOLUTION IN 2016 END OF THE OBAMA ADMINISTRATION AS SOLUTION FOR PEACE AND TRANQUILITY BETWEEN PALESTINIANS AND JEWS.

ABDUR-RAHIM DIB DUDAR, ED.D., PRO SE

2498 WARWICK CIRCLE, N.E.

ATLANTA, GEORGIA 30345

DUDARASTER@GMAIL.COM

404-421-4806

Abdur-Rahim Dib Dudar
2498 Warwick Circle, NE
Atlanta, Georgia 30345

 

U.S. POSTAGE PAID
FCM LG ENV
BROOKHAVEN, GA
30319
FEB 06, 22
AMOUNT
$5.91
R2305K135597-99

CERTIFIED MAIL

7020 1290 0001 5325 0889

Clerk of Court
U. S. District Court for District of Columbia
333 Constitution Ave, NW
Washington, DC 20001

FIRST CLASS

Case # 1:17-CV-260 (RBW)