UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__------------------------------------------------------
    MIKE PELED, *et al.*,        )
                                             )
      Plaintiff(s),            )
                                             )    Civil Case No.: 1-17-CV-00260
              v.                   )       Hon. Reggie B. Walton
                                           )
BENJAMIN NETANYAHU, *et al.*, )
                                             )
      Defendant(s).           )
__------------------------------------------------------

## MOTION TO CONTINUE STATUS HEARING
## SET FOR MARCH 4, 2022

COMES NOW Plaintiff, Linda Khatib, by counsel, Samer Khalaf, and submits to the Court for examination and approval his Motion to Continue.

1.

Contemporaneous to this Motion, the undersigned entered his appearance on behalf of plaintiff Linda Khatib. Counsel for Linda Khatib is in communication with the other plaintiffs through Jerusalem-based counsel who are actively working to communicate with the Palestine-based plaintiffs in this case.

2.

The undersigned respectfully requests a continuance of the status conference, now scheduled for March 4, 2022 at 9:30 a.m. Other plaintiffs are working to secure new counsel and representation and those counsel are working to secure admission to practice in this court. Counsel respectfully requests a thirty (30) day continuance of the upcoming status conference.

3.

Martin McMahon, the original attorney of record for all plaintiffs, died in June of 2021. On information and belief, most of the plaintiffs were not notified for several months. After Mr. McMahon's passing, a core group was formed to communicate with other plaintiffs and work

to identify new counsel. Given the nature of this lawsuit, these tasks have been difficult and time consuming. Other plaintiffs are currently in the process of entering into representation agreements and preparing the appropriate submissions for representation, including *Pro Hac Vice* motions. The additional 30 days will provide ample time for the filing of said motions.

4.

There is currently an Order of Stay until June 1, 2022 from the D.C. District Court in *Al-Tamimi v. Adelson*, 16-CV-0445-TSC, D.C., which has been linked to the current case, as some of the Plaintiffs and issues overlap. Alternatively, Counsel respectfully requests that this Honorable Court likewise Stay this case to the same date, as some of the attorneys applying to enter this case have expressed an interest in possibly joining the two cases. Additionally, on February 1, 2022, Amnesty International issued a 278 page report of its findings, which speaks powerfully to many of the essential issues in this case.[1] With this background Counsel is seeking the additional time so that other Plaintiffs can finalize representation agreements, notify the parties and proceed with litigation.

5.

It has come to Counsel's attention that one of the plaintiffs in this case, Abdur-Rahim Dudar, has expressed his desire to proceed *Pro Se.* Plaintiff Landa Khatib finds some of the views expressed in his *Pro Se* filing abhorrent and desires to distance herself from his statements on the record.

Respectfully Submitted,

_____/s/_____
Samer Khalaf, Esq.
D.C. Bar Number: 1004518
1705 DeSales St., NW., Suite 500
Washington, D.C. 20036
skhalaf@adc.org

---

[1] By 2017, some 38% of land in East Jerusalem had been expropriated from Palestinians, **most of it privately owned**." *Israel's Apartheid Against Palestinians*: *Amnesty International Report*, February 1, 2022, pg. 131.

                O: 202-244-2990
                Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I counsel a true and correct copy of the foregoing Motion to Continue to be filed with the Court's ECF/Pacer electronic filing system, where it was available for immediate view and download to all counsel of record. I also certify that I caused a true and correct copy to be served by first class mail to all plaintiffs, whose addresses are now known.

                Respectfully Submitted,

                _____/s/_____
                Samer Khalaf, Esq.
                D.C. Bar Number: 1004518
                1705 DeSales St., NW.,
                Suite 500
                Washington, D.C. 20036
                skhalaf@adc.org
                O: 202-244-2990
                Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Docket No: 1:17-cv-00260 |
| ) | Hon. Reggie B. Walton |
| ) | |
| BENJAMIN NETANYAHU, et al., ) | |
| ) | |
| Defendants. ) | |

## [Proposed] ORDER

COMES NOW Plaintiff(s), Linda Khatib, by counsel, and submits to the Court for examination and approval her Motion to Continue. The Court, having examined said Motion and being duly advised in the premises, now GRANTS Plaintiff(s) Motion.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the status conference previously scheduled on March 4, 2022 at 9:30 a.m. is now continued April 4, 2022 at 9:30 a.m.

SO ORDERED _____

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE