UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MIKO PELED, et al.,                            )
                                               )
Plaintiffs,                                    )
                                               )
                                               )
v.                                             )            Docket No: 1:17-cv-00260
                                               )            Hon. Reggie B. Walton
                                               )
BENJAMIN NETANYAHU, et al., )
                                               )
Defendants.                                    )
_____)

### [Proposed] ORDER

COMES NOW Plaintiff(s), Linda Khatib, by counsel, and submits to the Court for examination and approval her Motion to Continue. The Court, having examined said Motion and being duly advised in the premises, now GRANTS Plaintiff(s) Motion.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the status conference previously scheduled on March 4, 2022 at 9:30 a.m. is now continued April 4, 2022 at 9:30 a.m.

SO ORDERED _____

_____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE