UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>　　　　　　Defendants. | Docket No: 1:17-cv-00260 (RBW) |

### DEFENDANT KUSHNER FAMILY FOUNDATION'S OPPOSITION TO PLAINTIFF KHATIB'S MOTION TO CONTINUE MARCH 4, STATUS CONFERE

After having been fully submitted nearly two years ago, the Defendants' motion to dismiss Plaintiffs' Complaint has yet to be decided. Repeatedly, Plaintiffs as a group, or as individuals, have employed dilatory tactics to prevent these proceedings from being resolved on the merits. Undoubtedly, in some instances, those applications had facial merit, such as the death of counsel, but upon further probing it turned out that many of the claims made were Trojan horses.

For example, in the instance in which counsel died, it was determined that, in fact, there was a very much alive co-counsel of record. However, that co-counsel then claimed that he knew nothing about the case, had never met with or spoken to the clients he allegedly represented, and made it clear that he viewed himself merely as a temporary strawman for deceased counsel, who had been suspended from practice before this Court.[1] This Court showed remarkable judicial restraint in permitting him to withdraw, but in doing so it unfortunately caused further delay in the resolution of the baseless and legally deficient claims asserted against Defendants. Defendant Kushner Family Foundation therefore joins in the application of Defendant American Friends of Bet El Institutions in opposing this application for the following reasons:

---

[1] Even so, it became clear that he had not acted in accord with the rules of this Court governing counsel who seek to withdraw by failing to provide notice to his putative clients.

1. Even the most cursory reading of the submission shows that Plaintiffs have used this proceeding and this Court to engage in the most horrible of accusations and hate-speech against the Defendants. The language of some of the Plaintiffs has been so egregious that other Plaintiffs have sought to distance themselves. For example, in the application we are opposing, on behalf of his client Plaintiff Landa Khatib, counsel notes:

> It has come to Counsel's attention that one of the plaintiffs in this case, Abdur-Rahim Dudar, has expressed his desire to proceed *Pro Se*. Plaintiff Landa Khatib finds some of the views expressed in his *Pro Se* filing abhorrent and desires to distance herself from his statement on the record.

2. In fact, many similarly "abhorrent" claims and hateful language appears in the Complaint and other documents filed on behalf of Plaintiffs in this case.

3, It is for that very reason that further delay in resolving Defendants' motion should not be countenanced by this Court.

4. The multiple delays that Plaintiffs have sought and the specific rationale of each is well presented in the Opposition papers filed by Defendant American Friends of Bet El Institutions, in which Defendant Kushner Family Foundation enthusiastically joins. However, the key is that at some point all of the Defendants are entitled to have this Court decide their motion so they can act to clear their respective names.

5. The continued delay in resolving this case, either on the motion or otherwise, is a clear denial of Defendants' right of due process and repeatedly extending this matter time after time because of excuses tendered by Plaintiffs or those who are "considering" acting as their counsel – only to subsequently back out and disappear – is fundamentally unfair. They simply should not be permitted to continue to make unfounded, wild accusations that are poison to Defendants' reputations, without ever having to face a judicial resolution.

New York, New York
Dated: March 2, 2022

Respectfully submitted

/s/ Donald N. David
Donald N. David
Joshua D. Bernstein (*pro hac vice* forthcoming)
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY, 10020
Tel.: (212) 880-3856
Fax: (212) 905-6410
Email: donald.david@akerman.com
D.C. Bar Number 514870

*Counsel for Defendant Kushner Family Foundation*

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Donald N. David
Donald N. David

Donald N. David
Joshua D. Bernstein (*pro hac vice* forthcoming)
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY, 10020
Tel.: (212) 880-3856
Fax: (212) 905-6410
Email: donald.david@akerman.com
D.C. Bar Number 514870

*Counsel for Defendant Kushner Family Foundation*