IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.* ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-260 (RBW) |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN NETANYAHU, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF UNAVAILABILITY

This Court previously had scheduled March 4, 2022 as the "target date" for the resolution of the motions to dismiss in this case [*See* ECF## 55, 58-60, 62-64, 67, 70, 71] and for a status hearing.

On March 3, 2022, the Court entered a Minute Order, once again continuing the "target date" and the status hearing, based on a finding that the Court needs more time to consider these motions. The Court set a new "target date" and status conference date for June 6, 2022.[1]

June 6, 2022 is a Jewish religious holiday on which work, use of the telephone and computer, and other relevant activities are religiously prohibited; accordingly, the undersigned counsel for American Friends of Bet El Institutions cannot appear for a status conference on that date and is therefore unavailable.

---

[1] The Minute Order states that the Court is continuing the March 3, 2022 proceeding to June 6, 2022; but this clearly is just a typographical error as there was no proceeding scheduled for March 3, 2022.

Defendant American Friends of Bet El Institutions must therefore respectfully ask the Court to choose another date that does not conflict with a religious holiday for the next "target date" and status conference, either before or after June 6, 2022.

The undersigned also will be unavailable for a two week period beginning July 18, 2022, based on a firm trial setting in a criminal case in this district in which the undersigned serves as defense counsel.

For reference, July 2, 2022 will mark the three year anniversary of the date on which the pending motions to dismiss were fully briefed by all parties and submitted to the Court for resolution.

Respectfully Submitted,

 /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)
Counsel for Defendant American Friends of Bet El Institutions

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2022, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

/s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com

The American Center for Law And Justice
201 Maryland Avenue, N.E.
Washington, DC 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-5309

Counsel for Defendant American Friends of Bet El Institutions

3