# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| MIKO PELED, et al., <br> *Plaintiff* <br> v. <br> BENJAMIN NETANYAHU, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 17-260 (RBW) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Linda Kateeb

Date:   April 8, 2022

/s/ Samuel W. Jarjour
*Attorney's signature*

Samuel W. Jarjour (Bar No. IN0012)
*Printed name and bar number*

7824 Coldwater Road
Fort Wayne, IN 46825
*Address*

sam@jarjourlaw.com
*E-mail address*

(260) 420-2333
*Telephone number*

(260) 420-2335
*FAX number*