UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE PELED, *et al.*, )<br>)<br>Plaintiff(s), )<br>) <br>v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>Defendant(s). ) | Civil Case No.: 1-17-CV-00260 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2 of the United States District Court for the District of Columbia, I, Samuel W. Jarjour, hereby move for the *pro hac vice* admission of Kent Hull to represent Plaintiff Susan Abulhawa in the above referenced matter. Mr. Hull is a practitioner in South Bend, Indiana and is admitted to practice in the State of Indiana. Attached as Exhibit One to the Motion is the Declaration of Kent Hull as is required by LCvR 83.2(d).

Dated: April 8, 2022

Respectfully submitted,

/s/ Samuel W. Jarjour
_____
Samuel W. Jarjour (Bar No. IN0012)
7824 Coldwater Road
Fort Wayne, IN 46825
Telephone: (260) 420-2333
Facsimile: (260) 420-2335
Email: sam@jarjourlaw.com
*Counsel for Plaintiff Linda Kateeb*

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Samuel W. Jarjour*
_____

Samuel W. Jarjour