UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,
 Plaintiffs,

vs.                                                    Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,
 Defendants.

DECLARATION OF KENT HULL
IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Kent Hull, declare as follows:

1.	My name is Kent Hull. I serve as counsel for Susan Abulhawa.

2.	I am an attorney practicing as a solo practitioner at 238 S. Hawthorne Dr., South Bend, IN 46617. My phone number is 574-287-3806.

3.	I am admitted to practice and in good standing before the Supreme Courts of Indiana (active), Michigan (emeritus), and Illinois (retired). I was admitted to practice before the Supreme Court of Kentucky in 1973, but resigned after I moved to Indiana because I no longer practiced in Kentucky. I also have been admitted to practice and am in good standing before the Supreme Court of the United States, the United States Courts of Appeals for the Fifth, Seventh and Ninth Circuits and the United States District Courts for the Northern District of Indiana, Southern District of Indiana, Central District of Illinois and Eastern District of Kentucky. I have appeared *pro haec vice* before the United States District Courts for the District of Colorado and the Eastern District of Missouri.

1

4.  I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5.  I am not currently admitted to practice in the United States District Court for the District of Columbia.

6.  I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7.  I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8.  I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 5, 2022.

Kent Hull

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Samuel W. Jarjour*

Samuel W. Jarjour