# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE PELED, *et al.*, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>Defendant(s). ) | Civil Case No.: 1-17-CV-00260 |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Kent Hull, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff Susan Abulhawa.

Dated: _____, 2022

REGGIE B. WALTON

United States District Judge
