IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,
Plaintiffs,

vs.

BENJAMIN NETANYAHU, *et al.*,
Defendants.

Case No. 1:17-cv-260 (RBW)

ORDER FOR CONFERENCE CALL

The motion for a conference call with the Court is granted. A conference call is now scheduled on _____ at _____.

SO ORDERED _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE