UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et. al.*,

    *Plaintiffs*,

v.

BENJAMIN NETANYAHU, *et. al.*,

    *Defendants*

CIVIL ACTION NO.
1:17-cv-260 (RBW)

**DECLARATION IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Amith Gupta, hereby declare under penalty of perjury under the laws of the United States, pursuant to LCvR 83.2(d), that the following statements are true and correct:

1) My name is Amith Gupta;

2) My office address is:

American Trial Law Litigators, LLC
C/O Amith Gupta, Esq.
925B Peachtree St. NE #2151
Atlanta, GA 30309
TEL: (408) 355-5782

3) I have been admitted to the state bars of Georgia and New York.

4) I certify that I have not been disciplined by any bar.

5) I have not been admitted *pro hac vice* in this Court at all within the last two years, though I am contemporaneously requesting admission *pro hac vice* in this case and on behalf of plaintiffs in Tamimi v. Adelson, No. 1:16-00445 (TSC).

6) I am not engaged in the practice of law from an office in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

Dated: April 7, 2022

Respectfully submitted,

_____
Amith Gupta, Esq.
Georgia Bar No. 149222
American Trial Law Litigators, LLC
925B Peachtree St. NE #2151
(408) 355-5782
amithrgupta+legal@gmail.com