# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE PELED, *et al.*, )<br>)<br>Plaintiff(s), )<br>) <br>v. )<br>)<br>BENJAMIN NETANYAHU, *et al.*, )<br>)<br>Defendant(s). ) | Civil Case No.: 1-17-CV-00260 (RBW) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2 of the United States District Court for the District of Columbia, I, Samer Khalaf, hereby move for the *pro hac vice* admission of Jonathan George Kuttab to represent Plaintiff Linda Kateeb in the above referenced matter. Mr. Kuttab is admitted to practice in the State of New York. Attached as Exhibit One to the Motion is the Declaration of Jonathan Kuttab as is required by LCvR 83.2(d).

Dated: April 15, 2022

Respectfully submitted,

*/s/ Samer Khalaf*

Samer Khalaf (Bar No. 1004518)
1705 DeSales Street, NW
Suite 500
Washington, DC 20036
Telephone: (202) 244-2990
Email: skhalaf@adc.org
*Counsel for Plaintiff Linda Kateeb*