## Declaration under DC LCvR 83.2(d)

1. My name is Jonathan Kuttab
2. my current office address is 455 Thrush Drive, Manheim, Pennsylvania, 17545 which is also my home address, and my telephone number is 267 994 7651
3. I am admitted to practice in the following Bars: New York State; Israeli Bar; Palestine Bar.
4. I certify that I have not been disciplined by any bar.
5. I have not been admitted *pro hoc vice* in this Court within the last two years.
6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar nor do I have an application for membership pending
7. I attach hereto a certificate that I am a member in good standing of the bar of the state of New York issued within the past 30 days as prescribed by law.

*[Signed] Jonathan Kuttab*

March 27, 2022



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Jonathan George Kuttab

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 19, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 23, 2022.

*Susanna M. Rojas*
Clerk of the Court

CertID-00059047



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Susanna M Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020