# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE PELED, *et al.*, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | Civil Case No.: 1-17-CV-00260 (RBW) |
| v. ) | |
| ) | |
| BENJAMIN NETANYAHU, *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Jonathan Kuttab, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff Linda Kateeb.

Dated: _____, 2022

REGGIE B. WALTON

United States District Judge