## CERTIFICATE OF SERVICE

I HEREBY certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Samer Khalaf*

Samer Khalaf