UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,
 Plaintiffs,

vs.                                    Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, *et al.*,
Defendants.

ENTRY OF APPEARANCE

Attorney Kent Hull enters his Appearance on behalf of Susan Abulhawa, who was an original Plaintiff, but was apparently dismissed or dropped as a Plaintiff for some reason. Upon further investigation. Ms. Abulhawa will file a Motion for reinstatement as a Plaintiff.

Respectfully submitted,

Executed on April 18, 2022.

 /s/ *Kent Hull*
Kent  Hull
238 S. Hawthorne Dr.
South Bend, IN 46617
574-287-3806
lowell.k.hull.10@nd.edu
Atty. For Susan Abulhawa

CERTIFICATE OF SERVICE

I certify that on the 18th day of April, 2022, I served a copy of the foregoing Entry of Appearance on all counsel of record by electronic transmission through the Clerk of this Court.

 /s/ *Kent Hull*
.                                              Kent  Hull