IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.* ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-260 (RBW) |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN NETANYAHU, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF UNAVAILABILITY

The undersigned represents the Defendant American Friends of Bet El Institutions in the above-referenced case.

By Minute Order dated May 2, 2022, the Court set a telephonic status conference for May 17, 2022 at 10:00 a.m.[1] On May 4, 2022, due to a conflict in the Court's schedule, the Court entered another Minute Order changing the time for the May 17th status conference to 9:00 a.m.

The undersigned cannot be available at 9:00 a.m. on May 17, 2022. The undersigned has to be in New York all day on May 16, 2022 and is scheduled to fly out of New York on the first flight on May 17, 2022, in order to finish motion papers due to be filed in another case on May 17, 2022. The flight only arrives at 9:00 a.m. With the previously set 10:00 a.m. conference time, the undersigned could have

---

[1] A telephone status conference already has been and remains scheduled for approximately two weeks later on June 2, 2022 [See Minute Order of March 4, 2022].

participated from a car; but that is not possible at 9:00 a.m. The undersigned can be available later in the day on May 17th, on May 18th or any other day during that week, as well as for the currently scheduled June 2, 2022 status conference call.

Defendant American Friends of Bet El Institutions must therefore respectfully ask the Court to re-set the status conference from 9:00 a.m. on May 17th, to an alternative time or date or to use the presently set June 2, 2022 status conference for this purpose.

                      Respectfully Submitted,

                     /s/ David I. Schoen
                      David I. Schoen
                    (DC Bar No. 391408)
Counsel for Defendant American Friends of Bet El Institutions

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of May, 2022, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

/s/ David I. Schoen<br>
David I. Schoen<br>
(DC Bar No. 391408)

David I. Schoen  
Attorney at Law  
2800 Zelda Road, Suite 100-6  
Montgomery, Alabama 36106  
Phone: 334-395-6611  
E-Fax: 917-591-7586  
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com

Counsel for Defendant American Friends of Bet El Institutions