**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| MIKO PELED, <u>et al.</u>, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 17-260 (RBW) |
|  | ) | |
| BENJAMIN NETANYAHU, <u>et al.</u>, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on May 17, 2022, it is hereby

**ORDERED** that, on or before June 17, 2022, at 2:30 p.m., any attorney seeking to appear before the Court on behalf of any of the individuals named as plaintiffs that remain on record in this case must file a notice of appearance indicating which plaintiff or plaintiffs they are specifically representing.[1]  Should any named plaintiff on record fail to have an attorney enter an appearance on their behalf or otherwise indicate their intent to continue to pursue their claims in this case without the representation of an attorney, the Court shall dismiss the case as to any such plaintiffs without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23.  It is further

**ORDERED** that the status conference previously scheduled for June 2, 2022, is **VACATED**.  It is further

---

[1] Counsel may identify individuals as their clients only if they have communicated with those individuals and confirmed that those individuals desire to remain parties in this case.

 **ORDERED** that that parties shall appear before the Court for a status conference on June 17, 2022, at 2:30 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

 **ORDERED** that the Clerk of Court shall forthwith mail copies of this Order to the plaintiffs' addresses on record, to the extent mailable addresses have been provided.

 **SO ORDERED** this 17th day of May, 2022.

REGGIE B. WALTON
United States District Judge
