UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

MIKO PELED, et. al.,

    *Plaintiffs*

  v.                                CIVIL ACTION
                                        NO. 1:17-cv-00260 (RBW)

BENJAMIN NETANYAHU, et. al.,

    *Defendants*

---

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record: I, Amith Gupta, Esq., admitted to practice in this Court <u>pro hac vice</u> on April 25, 2022, hereby appear in this case as counsel for Plaintiff, Ms. Linda Kateeb.

## CERTIFICATE OF SERVICE

I certify that I have on this day served a copy of the foregoing Notice of Appearance upon all Judges, Clerks, Opposing Counsel, and interested parties via e-filing.

Dated: May 25, 2022

                                                    /s/ Amith Gupta
                                                    Amith Gupta
                                                    American Trial Law Litigators, LLC
                                                   925B Peachtree St. NE, Unit 2151
                                                    Atlanta, GA 30309
                                                    (408) 355-5782
                                                    amithrgupta+law@gmail.com