# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MIKO PELED, et al.**<br><br>        Plaintiffs,<br><br>    v.<br><br>**BENJAMIN NETANYAHU, et al.**<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:17-cv-260 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

To the clerk of court and all parties of record: I, Samuel W. Jarjour, admitted to practice in this Court, hereby appear in this case as counsel for the following Plaintiffs:

ASHRAF ABU-RAHMA

BASEM IBRAHIM AHMED ABU-RAHMEH

JAWAHER IBRAHIM ABU-RAHMEH

MOHAMMAD ALI SHAALAN

AHMED AL-ZEER

HIBA BARGHOUTHI

JAWAD ISSA IBRAHIM SLAMAN AL HAROOB

BASSEM AL-TAMIMI

MINA ISHAQ

Respectfully submitted,

/s/ Samuel W. Jarjour
Samuel W. Jarjour (Bar No. IN0012)
7824 Coldwater Road
Fort Wayne, IN 46825
Telephone: (260) 420-2333
Facsimile: (260) 420-2335
Email: sam@jarjourlaw.com
*Counsel for Plaintiffs Linda Kateeb, Susan Abulhawa, and those listed above.*

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 15, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Samuel W. Jarjour
Samuel W. Jarjour
