# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKO PELED, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**BENJAMIN NETANYAHU, et al.**<br><br>Defendants. | Case No. 1:17-cv-260 (RBW) |

## NOTICE OF APPEARANCE OF COUNSEL

To the clerk of court and all parties of record: I, Samuel W. Jarjour, admitted to practice in this Court, hereby appears in this case as counsel for Plaintiff, Emad Shujaia.

Respectfully submitted,

/s/ Samuel W. Jarjour
Samuel W. Jarjour (Bar No. IN0012)
7824 Coldwater Road
Fort Wayne, IN 46825
Telephone: (260) 420-2333
Facsimile: (260) 420-2335
Email: sam@jarjourlaw.com
*Counsel for Plaintiffs Linda Kateeb, Susan Abulhawa, those listed on Notice of Appearance filed 06/15/2022, and Emad Shujaia.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Samuel W. Jarjour
Samuel W. Jarjour