UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MIKO PELED, et. al.,

    *Plaintiffs*

v.                            CIVIL ACTION
                                NO. 1:17-cv-00260 (RBW)

BENJAMIN NETANYAHU, et. al.,

    *Defendants*

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record: I, Amith Gupta, Esq., admitted to practice in this Court pro hac vice on April 25, 2022, hereby appear in this case as counsel for the following Plaintiffs:

Ashraf Abu-Rahma

Basem Ibrahim Ahmed Abu-Rahmeh

Jawaher Ibrahim Abu-Rahmeh

Mahmoud Shaalan

Ahmed Al-Zeer

Hiba Barghouti

Jawad Issa Ibrahim Salaman Al Haroob

Emad Shujaia

Bassem Al-Tamimi

Mina Ishaq

Susan Abulhawa

## **CERTIFICATE OF SERVICE**

I certify that I have on this day served a copy of the foregoing Notice of Appearance upon all Judges, Clerks, Opposing Counsel, and interested parties via e-filing.

Dated: June 17, 2022

/s/ Amith Gupta
Amith Gupta
American Trial Law Litigators, LLC
925B Peachtree St. NE, Unit 2151
Atlanta, GA 30309
(408) 355-5782
amithrgupta+law@gmail.com