AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Peled, et al
*Plaintiff*
v.  Case No. 1:17-cv-260
Netanyahu et. al
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Linda Kateeb, Mina Ishaq, Tareq Aridi, Ahmed Al-Zeer .

Date: 06/17/2022

/s/ jonathan Kuttab
*Attorney's signature*

Jonathan Kuttab 1441575
*Printed name and bar number*
455 Thrush Drive
Manheim, PA 17545

*Address*

jonathankuttab@gmail.com
*E-mail address*

(267) 994-7651
*Telephone number*

*FAX number*