UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MIKO PELED, et al.,[1] ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 17-260 (RBW) |
| ) | |
| BENJAMIN NETANYAHU, et al.,[2] ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on June 17, 2022, it is hereby

**ORDERED** that, pursuant to the Court's May 17, 2022 Order, ECF No. 108, the claims of all individuals formerly listed as plaintiffs in this case that do not appear in footnote 1 of this Order are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b). It is further

---

[1] As a result of the rulings issued by the Court during the June 17, 2022 status conference and in this Order, the following individuals comprise the remaining plaintiffs in this case:
- Linda Kateeb
- Mohmoud Mohammid Ali Shaalan
- Mina Ishaq
- Ahmed Al-Zeer
- Ashraf Abu-Rahma
- Basem Ibrahim Ahmed Abu-Rahmeh
- Bassem Al-Tamimi
- Emad Shujaia
- Hiba Barghouthi
- Jawad Issa Ibrahim Salamah Al Horoob
- Jawaher Ibrahim Abu-Rahmeh
- Abdur-Rahim Dudar, proceeding pro se

[2] The following defendants remain in this case:
- American Friends of Bet El Institutions
- Kushner Family Foundation
- Billet, Feit & Price, P.C.

**ORDERED** that, on or before July 18, 2022, the remaining plaintiffs shall file a consolidated supplemental brief in support of the plaintiffs' previously-filed oppositions to the defendants' pending motions to dismiss.  The plaintiffs' consolidated supplemental brief shall be no longer than fifteen pages.  It is further

**ORDERED** that, on or before August 19, 2022, the defendants shall file a consolidated response to the plaintiffs' consolidated supplemental brief.  The defendants' consolidated response shall be no longer than fifteen pages.  It is further

**ORDERED** that terminated plaintiff Susan Abulhawa's Pro Se Application to be Reinstated in Case, ECF No. 90, is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that, on or before July 18, 2022, terminated plaintiff Susan Abulhawa shall file a renewed motion for reinstatement in the case as a plaintiff, taking into account the representations made during the June 17, 2022 hearing regarding why Ms. Abulhawa was voluntarily dismissed as a party in this case.  It is further

**ORDERED** that, on or before August 19, 2022, the defendants shall file a consolidated response to terminated plaintiff Susan Abulhawa's motion for reinstatement.  It is further

**ORDERED** that the pro se plaintiff Abdur-Rahim Dudar's Motion for Partial Summary Judgment Against All Defendants, ECF No. 91, is **DENIED WITHOUT PREJUDICE** as premature.  It is further

**ORDERED** that that parties shall appear before the Court for a status conference on September 2, 2022, at 10:00 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

**ORDERED** that the Clerk of Court shall forthwith mail copies of this Order to the pro se plaintiff Abdur-Rahim Dudar's address on record.

**SO ORDERED** this 17th day of June, 2022.

REGGIE B. WALTON  
United States District Judge