IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,            )<br>                                                )<br>    Plaintiffs,                          )<br>                                                )<br>          v.                                 )<br>                                                )<br>BENJAMIN NETANYAHU, *et al.*, )<br>                                                )<br>    Defendants.                       )<br>_____) | Docket No: 1:17-cv-00260<br>Hon. Reggie B. Walton |

NOTICE OF CHANGE OF ATTORNEY
<u>EMAIL INFORMATION</u>

    Kent Hull, attorneys for Plaintiff Susan Abulhawa, gives notice that his email address has changed to:

hkent507@gmail.com

The remainder of his attorney information remains unchanged.

                                                                Respectfully submitted,

                                                                    /s/ *Kent Hull*
                                                             Kent Hull
                                                             238 S. Hawthorne Dr.
                                                             South Bend, IN 46617
                                                             574-287-3806
                                                             hkent507@gmail.com

CERTIFICATE OF SERVICE

    I certify that on the 28th day of June, 2022, I served a copy of the foregoing Notice of Change of Attorney Email Information on all counsel of record via this Court's electronic case filing system.

/s/ *Kent Hull*
Kent Hull