IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*,           ) | |
|                                 ) | |
|    Plaintiffs,   ) | |
|                                 ) | |
|    v.            ) | Docket No: 1:17-cv-00260 |
|                                 ) | Hon. Reggie B. Walton |
| BENJAMIN NETANYAHU, *et al.*,   ) | |
|                                 ) | |
|    Defendants.   ) | |
| _____) | |

NOTICE OF CHANGE OF ATTORNEY
<u>EMAIL INFORMATION</u>

    Kent Hull, attorneys for Plaintiff Susan Abulhawa, gives notice that his email address has changed to:

hkent507@gmail.com

The remainder of his attorney information remains unchanged.

Respectfully submitted,

                                                     /s/ *Kent Hull*
                                              Kent Hull
                                              238 S. Hawthorne Dr.
                                              South Bend, IN 46617
                                              574-287-3806
                                              hkent507@gmail.com

CERTIFICATE OF SERVICE

    I certify that on the 28th day of June, 2022, I served a copy of the foregoing Notice of Change of Attorney Email Information on all counsel of record via this Court's electronic case filing system.

/s/ *Kent Hull*
Kent Hull