IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MIKO PELED, et al.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**BENJAMIN NETANYAHU, et al.** )<br>)<br>Defendants. )<br>) | Case No. 1:17-cv-260 (RBW) |

### NOTICE OF WITHDRAWAL OF PLAINTIFF SUSAN ABULHAWA'S PRO SE APPLICATION TO BE REINSTATED

On January 12, 2022, Plaintiff Susan Abulhawa filed a Pro Se Application for Reinstatement in the above case, ECF No. 90.  Plaintiff Abulhawa now files this Notice to inform the Court that she is withdrawing her previously filed Motion to be reinstated in this case.

On June 17, 2022, the Honorable Judge Walton Ordered that Plaintiff Susan Abulhawa's Application for Reinstatement was Denied without Prejudice, ECF No. 109.  Pursuant to that Order the Plaintiff was given until July 18, 2022 to file a Renewed Motion for Reinstatement in the case as a plaintiff.  Plaintiff respectfully informs the Court she no longer desires to be a party to the case.

Respectfully submitted,

/s/ Samuel W. Jarjour
Samuel W. Jarjour (Bar No. IN0012)
7824 Coldwater Road
Fort Wayne, IN 46825
Telephone: (260) 420-2333
Facsimile: (260) 420-2335
Email: sam@jarjourlaw.com
*Attorney for Susan Abulhawa*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Samuel W. Jarjour
Samuel W. Jarjour