# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

MIKO PELED, et. al.,

    *Plaintiffs*

  v.                            CIVIL ACTION
                                  NO. 1:17-cv-00260-RBW

BENJAMIN NETANYAHU, et. al.,

    *Defendants*

## NOTICE REGARDING AMENDED COMPLAINT

Counsel for Plaintiff hereby files this notice regarding the amendment of the complaint. Counsel's previous understanding was that this Court expected any amendment of the complaint to take place simultaneously with Plaintiffs' response to Defendants' pending supplementary notice of authority and motions to dismiss. Based on discussion among counsel and an analysis of the Court's order, we have concluded that this was in error, and that Plaintiffs' proposed motion to amend the complaint is not due immediately. Nonetheless, Plaintiffs file this notice to keep the Court and all parties apprised that Plaintiffs do plan to imminently file a motion to amend the complaint with a tendered complaint by the end of this month.

Dated: June 17, 2022

                                            /s/ Amith Gupta
                                            Amith Gupta, Counsel for Plaintiffs
                                            American Trial Law Litigators, LLC
                                            925B Peachtree St. NE, Unit 2151
                                            Atlanta, GA 30309
                                            (408) 355-5782
                                            amithrgupta+law@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that I have on this day served a copy of the foregoing Notice of Appearance upon all Judges, Clerks, Opposing Counsel, and interested parties via e-filing.

Dated: June 17, 2022

/s/ Amith Gupta
Amith Gupta, Counsel for Plaintiffs
American Trial Law Litigators, LLC
925B Peachtree St. NE, Unit 2151
Atlanta, GA 30309
(408) 355-5782
amithrgupta+law@gmail.com
