**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

MIKO PELED, et. al.,

      *Plaintiffs*

    v.                            **CIVIL ACTION**
                                    **NO. 1:17-cv-00260-RBW**

BENJAMIN NETANYAHU, et. al.,

      *Defendants*

---

**<u>NOTICE REGARDING AMENDED COMPLAINT</u>**

      Counsel for Plaintiff hereby files this notice regarding the amendment of the complaint as a courtesy to the Court and all parties. Counsel's previously filed a notice on all parties on July 17, 2022, indicating that Plaintiffs planned to file a motion to amend the complaint with a tendered complaint by the end of this month.

      Unfortunately, due to Counsel falling ill, the process has been delayed. Plaintiffs file this subsequent notice to keep the Court and all parties apprised of the ongoing progress in filing an amended complaint and anticipate that the motion to amend the complaint with a tendered complaint will be filed within one week, or by August 8, 2022.

Dated: July 31, 2022

                              /s/ Amith Gupta
                              Amith Gupta, Counsel for Plaintiffs
                              American Trial Law Litigators, LLC
                              925B Peachtree St. NE, Unit 2151
                              Atlanta, GA 30309
                              (408) 355-5782
                              amithrgupta+law@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have on this day served a copy of the foregoing Notice of Appearance upon all

Judges, Clerks, Opposing Counsel, and interested parties via e-filing.

Dated: July 31, 2022

<u>/s/ Amith Gupta</u>
Amith Gupta, Counsel for Plaintiffs
American Trial Law Litigators, LLC
925B Peachtree St. NE, Unit 2151
Atlanta, GA 30309
(408) 355-5782
amithrgupta+law@gmail.com