UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Washington, DC

MIKO PELED, et al.,

Plaintiffs,

v.                                                              Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

TO :   Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

## MOTION REQUESTING PLAINTIFF ABDUR-RAHIM DIB DUDAR BE A DEFINITION FOR A SET OF PRESENT AND FUTURE PLAINTIFFS WITH SIMILAR CIRCUMSTANCES FOR ANY JUDGMENT ON HIS BEHALF

The **Undisputed Facts submitted by Plaintiff, Abdur-Rahim Dib Dudar**, were the result of over fifty years interactions with Defendants in Newspapers, Court Pleadings, Google Groups, Yahoo News Posts, Google Posts, and many more personal and literal engagements. All of these, point exactly to these Undisputed Facts. **The Undisputed Facts are the rules for any Zionist and Prime Minister.** Failing to follow these rules could result in Death. Arafat and Rabin were killed by the same central Zionists.

The Zionist Ideology is deep rooted in every Zionist who is a member of the Race verified by Specific DNA carried over by only Females of the same Race. Females do not carry children from another race, and the male cannot have children of his



RECEIVED
Mail Room

1

JUL 28 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

race from a female of another race.  Other races are destined for slavery or death or both.

**WAR CRIMES ARE NATURAL MEANS TO GAIN POWER AND DOMINANCE TO EXTERMINATE, EXPROPRIATE, DENIGRATE, SUBJUGATE, EXPLOIT, STEAL, DESTROY, AND MORE.   WAR CRIMES ARE EVIL PERSONIFIED.**

(It is my belief that January 6, 2021, Insurrection was just one incident  to keep power in their hands.  My new Shelter is threatened by the War Criminals, their contemporaries and their descendants.   Our Honorable President Joe R. Biden took a major risk giving the Palestinians nominal recognition and nominal aid. ) Within the United States, Law is the rule.  In Israel, Palestinians are recognized as nuisance in existence as humans.  According to Evil (Menachem Begin) Palestinians are targeted for Extermination to open space for members of the Jewish Race.

Holding Palestinians in the West Bank and Gaza prisoners in their native country under lawless control by the Jews for 56 years is War Crimes.  These Palestinians have no rights under Jewish hegemony.  The President of the Palestinian People under Jewish Hegemony is merely a leader of the Prisoners controlled by the Prison Guards, the Judeo-Nazis.  The Judeo-Nazis are War Criminals.

For 74 years, Plaintiff, Abdur-Rahim Dib Dudar, suffered from Crimes, Fear, Indignities by virtue of being a Palestinian, born in Palestine, dispossessed from his native land and had no human rights.

US Court Judge told Plaintiff when he was Naturalized 1967 in Pennsylvania, "You know the value of this citizenship."  But Plaintiff did not know.  He even applied to the Lebanese Ambassador to include his American wife in his "Document for Travel."  Lebanese Ambassador refused and Plaintiff wife told him he can become an American citizen.  The American People took Plaintiff in and gave him tremendous power.  Look what Plaintiff is doing now: Suing the United States and its Political Ally and citizens associated with this ally.   That is much more power than being a Refugee from Savagery of Jews.

Plaintiff, Abdur-Rahim Dib Dudar, is a typical Palestinian who have endured War Crimes.  **PLAINTIFF HAS DEFINED THE SET OF VICTIMS OF JUDEO-NAZIS.**

## ALTHOUH PLAINTIFF IS NOT AN ATTORNEY TO REPRESENT A CLASS, HE IS A MEMBER OF A CLASS ENTITLED TO REMEDIES BY THE COURT.

## ONE WOULD BE TEMPTED TO THINK THAT COMING TO USA DETERMINED PLAINTIFF'S END OF SAVAGERY.

In 1967 Plaintiff's Mother wrote him, "Your brother could not get a job after two completed schoolings in his technical profession." Plaintiff applied to get him to a school in Maryland.  Soon his youngest brother came in to go to school.  When Israel attacked Lebanon and massacred Sabra and Shatteela Palestinian camps, his mother and her oldest son and his family ran to Homs in Syria to avoid the savagery.  It took the telephone operator three days to locate his Mother in Homs and be able to talk to her.  Plaintiff told her, "Come to the United States."  His Mother answered, "But Mohammed refuses to bring his family there."  Plaintiff told his Mother, "Force him to come with his family."  She did.

Plaintiff's youngest brother left four MD's and one Journalist from UCLA.  His oldest brother left, heart surgeon, super robotics engineer (received Congressional recognition for creating the Radiation-Sniffing robot at the Savannah Nuclear Plant), electrical engineer, adult school teacher and leader.

Plaintiff got a doctorate in Mathematics, Doctorate in Education.  His oldest son is supercomputer engineer, second son is a Doctor of Pharmacy, daughter is a Mathematician, youngest son is an attorney.

Plaintiff's second oldest living sister came with two children and husband.  Both parents were illiterate.  Their two children got two Ph.D.s, one in Personnel and second in Mechanical Engineering.

Plaintiff's older sister, totally illiterate, was left in Lebanon.  Her two oldest children were beaten almost to death to join the Civil-Israel War in Lebanon.  They hid here and there and everywhere to save their lives.  On call to Plaintiff's sister and knowing that US would not let her two oldest boys in, due to age, Honorable Senator Wyche Fowler was able to get her children Parole Visas.  My sister and her family got in the United States.  Within six months, her children created the conversion business: Take an old cheap van, change it to an Ice-cream, Sandwich truck, use it and even sell it.  They got each a home in Baltimore near the Airport.

Plaintiff's youngest sister became a nurse, married a doctor, and carried four children: the oldest is OBGYN (Harvard Graduate), Three Attorneys from the American University, and George Washington University in DC. Two, work for US Government.

Plaintiff and family never had any confrontation with the Judeo-Nazis. They were lucky for some unknown reason. Good Luck, perhaps.

Plaintiff's parents would tell Plaintiff, "Abdul-Nasser is in our heart. Keep away from demonstrations." For some reason, everyone kept Plaintiff away from internal fighting and demonstrations; some parents wished they had him instead of his father who sat in a corner in front of a store fixing shoes. Plaintiff would walk five kilometers one way to Beirut to buy leather for the shoes; one trip would cost about 5 pennies on the bus!

They could not have known Plaintiff would take the fight to the enemy right in a court of law to defend his and their rights.

Plaintiff's Grandfather bought the apartment in Akka, Palestine. He bought the Stable for the Donkey near the Port of Akka. Plaintiff's Father would feed the donkey barley. When Plaintiff came to USA he was surprised to see barley is used for human consumption. Between the Port's gate and the Donkey Stable Palestinian pastry makers, would hold Pumpkin skinning to make the delicious pumpkin pastry every year on America's Halloween (Halloween must be Arabic. Pastry from Pumpkins.) Men and boys peel pumpkin skins. You could see huge trucks packed with oranges going through the Gate to the Port passing by the Stable.

The Heart-Surgeon visited his father's home few years ago. It is still standing and used as a home for another Palestinian. Israel gave him a hard time to enter. They wanted him to become a Jordanian and then enter Israel. Of course, he is an American citizen. It did not matter. He negotiated in.

Plaintiff's mother had several shops and homes in Akka, Palestine. These are still there and used.

Akka, Palestine was a town of diverse ethnic groups intermingled within the Huge Wall. Mother is of English-Spanish Origin, Father could have been from the Mountains of Georgia, leaders of Egypt when they established the Kingdom

4

of the Mamlukes for 500 years, where slaves became the leaders and the natives became the governed. (Mamluke means slave; person owned)

Akka, Palestine have been annexed to Israel and Palestinians were used to build Jewish homes and shops and building for the Judeo-Nazis as slaves. Sabri Jeryes' "Israel: Colonial Settler" reflects how these new slaves for Jews endured. Plaintiff submitted a Writ of Certiorari 1974 to the Supreme Court of the United States characterizing the Judeo-Nazis. Court denied the Writ against a Federal Judge who was known to be Pro-Israel.

Israel needed these slaves. But Israel needs the West Bank and Gaza without the people living there. So the Judeo-Nazis would kill them at will, imprison them at will, butcher them at will just to scare off the millions of Palestinians to leave home. <u>War Crimes committed every day even on Sunday.</u>

Yes. Your Honor. We have been fortunate to get away from Evil in lands where Palestinians have no rights. But Evil is still harming us psychologically, socially, politically, legally, racially, economically. The shortest distance between Point A and Point B is never a straight line between them; it is a broken line between the points. Our friends and neighbors have had no chance. The Spirits of Palestinian men, women and children are standing over their graves crying, "What did we do? We were born in Palestine. Our lives have been savaged. We pray for Mercy."

Abdur-Rahim Dib Dudar, Ed.D., Pro Se    Date July 24, 2022

2498 Warwick circle, NE

Atlanta, Georgia 3034

Albattani@Yahoo.com

678-702-6455

## Certificate of Service

This pleading will be posted on PACER available to all Plaintiffs and Defendants.

Please take notice of the posting.

Abdur-Rahim Dib Dudar, Pro Se        *[signature]*   Date July 24, 2022