UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, *et al.*, <br><br> Plaintiffs, <br><br> -against- BENJA- <br><br> MIN NETANYAHU, *et al.*, <br><br> Defendants. | Case No: 1:17-cv-00260 (RBW) |

### REPLY IN FURTHER SUPPORT OF DEFENDANTS' NOTICE OF SUPPLE-MENTAL AUTHORITY

Defendant American Friends of Bet El Institutions ("AFBEI") previously submitted a Notice of Supplemental Authority to this Court calling attention to the then recent decision of the United States Supreme Court in *Nestle USA Inc. v. Doe 1*, -- U.S. --, 141 S. Ct. 1931, 210 L.ED 2d 207, 2021 LEXIS 3120 (June 17, 2021) [ECC#77]. Defendant Kushner Family Foundation (the "Foundation") joined in such submission adopting both the conclusion and the rationale that *Nestle* provided additional support for the Defendants' already pending motion to dismiss the First Amended Complaint – a motion that as of that submission had been pending for more than two years.

On June 17, 2022, this Court issued an Order directing "on or before July 18, 2022,[1] the remaining plaintiffs shall file a consolidated supplemental brief in support of plaintiffs' previously filed oppositions to the defendants' pending motions to dismiss."

---

[1] Thus, the motion to dismiss Plaintiffs' First Amended Complaint was pending for more than three years before they were required to submit their supplemental brief on the issue of *Nestle*.

Such Order then provide that "on or before August 19, 2922, the defendants shall file a consolidated response to the plaintiffs' consolidated supplemental brief."

This submission is made in support of the AFBEI consolidated response and, in particular, to emphasize and call the Court's attention to FN 2 therein. As reflected in that footnote, and undoubtedly remembered by the Court, the Court did not authorize Plaintiffs' to file a Second Amended Complaint in the June 17, 2022 status conference, nor did the Court authorize Plaintiffs to file a motion seeking permission to do so.

Rather, in direct response to Plaintiffs' request for such permission, the Court told Plaintiffs' counsel that, if they chose, they could submit a draft of any proposed Second Amended Complaint by July 18, 2022 with their consolidated supplemental brief and the Court would then consider whether it would permit such an application or simply proceed to decide the already pending motion to dismiss.

By following the course they have chosen to pursue, Plaintiffs' counsel have not only chosen to ignore the Court's direction, but have put Defendants' counsel in the position of having to determine whether it is necessary to respond to this unauthorized application – despite the Court's prior explicit direction. This is merely a further waste of judicial resources and time, all because Plaintiffs' counsel arrogated to themselves the right to make this application.

For this reason, the Foundation asks that the Court make it clear before any response from Defendants' may otherwise be due, that Defendants are not required to respond to Plaintiffs' application for permission to file a Second Amended Complaint at this time.

New York, New York
Dated: August 18, 2022

Respectfully submitted

*/s/ Donald N. David*
Donald N. David
Joshua D. Bernstein (*pro hac vice*)
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY, 10103
Tel.: (212) 880-3856
Fax: (212) 905-6410
Email: donald.david@akerman.com
D.C. Bar Number 514870

*Counsel for Defendant Kushner Family Foundation*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Donald N. David*
Donald N. David
