**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**MIKO PELED, et al.,**

**Plaintiffs,**

**v.**                                      **Case No. 1:17-cv-260 (RBW)**

**BENJAMIN NETANYAHU, et al.,**

**Defendants.**

**TO :  Clerk of Court**

**United States District Court For The District Of Columbia**

**333 Constitution Avenue NW**

**Washington, DC 20001**

 **202-354-3000**

## A PICURE TELLS A "THOUSAND WORDS": MORE EVIDENCE IN SUPPORT OF "DUDAR MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ALL DEFENDANTS"

- **Jew Watch Library at www.jewwatch.com.**

**ALTHOUGH GOOGLE AND MICROSOFT MUST HAVE DELETED HUNDREDS OF THOUSANDS OF POSTS AND ARTICLES, TODAY I WAS ABLE TO FIND ONE OF THE FILES IN MY "BOOKMARKS."**

**Name of the file is "GAZA CHILD MASSACRE PHOTOS: THE ISRAELI MASSACRE OF Gaza November 12,2006":**



RECEIVED
Mail Room

AUG 1 2 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

http://www.jewwatch.com/jew-genocide-palestinian-gaza-november122006.html

**This is an Updating of massacres committed by the Judeo-Nazis**

**On further clicking, you get 2006 Massacre-Photos, 2006 Massacre-News Archive, 1998 Massacre-News Archive.**

**These are documents archived by Jew Watch Library at www.jewwatch.com.**

**Of course the Honorable court may check the Massacre of Deir Yaseen under Menachem Begin, that is the racist monster.**

. Plaintiff DEFINED ZIONISM AS RACISM

 **In 1974 Plaintiff filed a Writ of Certiorari to the Supreme Court of the United States defining Zionism as Racism.  Plaintiff used Albert Einstein Letters, several books on Jew race, and Sabri Jeryis book on "Israel: a colonial settler" along with the United Nations report that "Zionism is Form of Racism" compared to South Africa.**

**Plaintiff has no means to retrieve the Writ of Certiorari.  As well Plaintiff cannot seem to be able to access the filings in this lawsuit on PACER.  Like the US Court of Appeals for the 11th Circuit, it used to send its notifications as an email viewable once, if the Court would consider doing the same.**

**. DUDAR V. DCA, Plaintiff defines the Terms "Untouchables" and "Evil" using Menachem Begin's declarations "We are the Gods…Other races are Excrement,..inferior races,.. rule by Iron Rods." It is a Writ of Certiorari to the Supreme Court of the United States.  The Petition is still in the Court.  Georgia Attorney General did not want to answer the Writ for good cause, assistant attorney general and judge are being prosecuted under 1983 and Ex Patriot remedies.**

## . USA is taken as a sucker

**Abdur-Rahim652** Tue 09 Aug 2022 02:02:21 AM

"Russia's telecom sector for instance, now hopes to lean on China, India, and Israel to supply 5G equipment." China is not our friend, Russia is not our friend, India bilateral. But Israel is USA closest ally. We shed billions of dollars every year for Israel. I am asking why we do that? Russia is a close friend of Israel. China is a close friend of Israel. Israel is riding the horse the right way--One leg on the right and One leg on the left. The one on the right is Russia and the one on the left is China. Americans are heaving the weight. It is a bargain.

## . FOX NEWS PLAYING FOR NETANYAHU:

FOX NEWS published an article August 8, 2022 in which it says "Netanyahu considers the complaints as Palestinian Propaganda." We are not allowed to comment. The article did not stay long. Evil is more comprehensive than we think.

## . FBI raided Mar-a-Lago for evidence against the Traitor of the United States

I wrote the RAT is considered the God of the Jews. (Post was faded for propriety.) The only thing that is not a fact is considering the Traitor of the United States as a "RAT." But he was considered as God of the Jews.

RUNNING AWAY FROM EVIL HAS BEEN THE PROPER STRATEGY TO FACE AND FIGHT THE MASTERS, THE EXECUTIONERS. FOR SOME UNTOLD REASON, HIS ILLITERATE PARENTS KEPT HIM AWAY FROM EVIL. DID THESE PARENTS HAVE ANY INSIGHT WHAT THEIR CHILD WOULD EVENTUALLY DO: ASK THE INTERNATIONAL COMMUNITY FOR JUSTICE FOR THE PALESTINIAN PEOPLE AND HIS immediate family?

The longer the time to get justice the more harm to the Palestinian People and the American People. Plaintiff remembers an article he wrote, "Palestinian People will never be FREE until the American People are FREE." ZIONISM has no barriers. January 6, 2021, and Palestine 1948 are rooted and supported by ZIONISM, SOURCE OF Evil.

Respectfully, and urgently Praying for Justice

**Abdur-Rahim Dib Dudar, Pro Se      Date August 9, 2022**

**CERTIFICATE OF SERVICE**

**This motion, a memorandum, will be filed on PACER for All to read.  Although PACER is not accessible to Plaintiff, it is accessible to all others.**

**Abdur-Rahim Dib Dudar, Pro Se   Date August 9, 20200**

4

A. D. Dudar
2498 Warwick Circle, NE
Atlanta, GA 30345

ATLANTA METRO 301
9 AUG 2022 PM 6 L

200001-289999

Clerk of Court
US District Court for the District of Columbia
333 Constitution Ave, NW
Washington, DC 20001

forever usa
TITLE
IX