## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs,

v.                                             Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

RECEIVED
Mail Room

AUG 2 2 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TO :   Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

## MOTION TO DESIGNATE ISRAEL AS AN APARTHEID STATE TO ANNIHILATE INDIGENOUS POPULATION OF PALESTINE

**DEIR YASSIN MASSACRE-YAHOO IMAGE (www.jewwatch.com)**

https://images.search.yahoo.com/search/images?p=deir+yassin+massacre&fr=mcafee&type=C211US105D20151121&imgurl=https%3A%2F%2Fwww.sott.net%2Fimage%2Fs20%2F409639%2Ffull%2Fyeir_696x366.jpg#id=1&iurl=https%3A%2F%2Fwww.mintpressnews.com%2Fwp-content%2Fuploads%2F2018%2F04%2F2016-63595813777 9300724-930.jpg&action=click

**I NEVER SAW IT BEFORE.  I AM 84 YEARS OLD.  I ONLY HEARD ABOUT IT.  WHEN I FILED AS PRO SE PLAINTIFF, I STILL DID NOT SEE IT.  NOW I CAN SAY I SAW SOME OF IT.   I CAN SEE WHY MY MOTHER SAID, "I**

WILL HOLD AN AXE AND STAND BY THE DOOR." AKKA IS FEW KILOMETERS FROM DEIR YASSIN. WE RAN TO LEBANON AND NEVER BEEN TO PALESTINE. EVIL IS STILL GOING ON.

A week ago Evil killed 40 men, women and children in Gaza with a lame excuse. To engage USA, they engaged a Zionist to attack a bus killing few Americans. They do not care how USA will perceive them because they control Congress and President of USA as systems and in Media.

EVIL IS STILL GOING ON.


 PARTIAL SUMMARY JUDGMENT IS RIPE FOR THE COURT.

Abdur-Rahim Dib Dudar, Pro Se                    August 19, 2022


## CERTIFICATE OF SERVICE

This motion will be filed on PACER for All to read. Although PACER is not accessible to Plaintiff, it is accessible to all others.

Abdur-Rahim Dib Dudar, Pro Se   Date August 19, 2022

A.D. Dudar
2498 Warwick Circle, NE
Atlanta, GA 30345

ATLANTA METRO 301
19 AUG 2022 PM 6 L

Clerk of Court
U.S. District Court for the District of Colombia
333 Constitution Ave, NW
Washington, DC 20001

20001-289599