UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

MIKO PELED, et. al.,

    *Plaintiffs*

    v.                                  CIVIL ACTION
                                            NO. 1:17-cv-00260 (RBW)

BENJAMIN NETANYAHU, et. al.,

    *Defendants*

---

## NOTICE RE: DEFENDANTS' REPLY FILINGS

Plaintiffs file this notice with the Court to call attention to several matters pertaining to Defendants' flurry of redundant filings and to prevent any confusion they may cause the Court regarding Plaintiffs' position prior to the scheduled conference call.[1]

1) Plaintiffs note that this Court's order following the last conference call indicated no decision, restrictions, time limits, or any other comment whatever about Plaintiff's proposed motion to amend. See Order, 6/21/2022.

2) Plaintiffs reject Defendants' insinuation that the Court in any way, during the conference call or in its order, issued any restrictions on Plaintiffs' right to amend the complaint under Fed. R. Civ. P. 15(a), and argue that, in any case, such a restriction would constitute an abuse of discretion. Plaintiffs prior motion to amend (ECF Dkt. No. 120) includes a summary of relevant

---

[1] The Court should separately be aware that Plaintiffs' counsel are currently weighing a motion for sanctions against Attorney David Schoen under Fed. R. Civ. P. 11 for the salacious and ridiculous comments he has made about counsel in his prior filing, consistent with a pattern of unprofessional and unwarranted personal attacks with no legal relevance that Mr. Schoen has made both via filings and during conference calls.

case law indicating so; neither Defendant AFBE or KFF's reply filings indicate any case law suggesting otherwise.

3) Plaintiffs consent to a reasonable extension of time to respond to the motion to amend if Defendants seek one.

Respectfully submitted this 1st Day of September, 2022,

/s/ Amith Gupta
Amith Gupta, Counsel for Plaintiffs
American Trial Law Litigators, LLC
925B Peachtree St. NE, Unit 2151
Atlanta, GA 30309
Tel: (408) 355-5782
amithrgupta+law@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically filed the foregoing NOTICE with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Amith Gupta
Amith Gupta, Counsel for Plaintiffs
American Trial Law Litigators, LLC
925B Peachtree St. NE, Unit 2151
Atlanta, GA 30309
Tel: (408) 355-5782
amithrgupta+law@gmail.com
