UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*,
 Plaintiffs,

vs.                                             Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, *et al.*,
 Defendants.

## AMENDED ENTRY OF APPEARANCE

Attorney Kent Hull enters his Appearance on behalf of Plaintiff Linda Kateeb.

Respectfully submitted,

    /s/ *Kent Hull*

Executed on September 9, 2022.    Kent Hull
238 S. Hawthorne Dr.
South Bend, IN 46617
574-287-3806
hkent507@gmail.com
Atty. For Linda Kateeb

CERTIFICATE OF SERVICE

I certify that on the 9th day of September, 2022, I served a copy of the foregoing Entry of Appearance on all counsel of record by electronic transmission through the Clerk of this Court.

    /s/ *Kent Hull*
.    Kent Hull