UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKO PELED, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-260 (RBW) |
| | ) | |
| BENJAMIN NETANYAHU, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on

September 2, 2022, via teleconference, it is hereby

**ORDERED** that the plaintiffs' Motion to Amend the Complaint, ECF No. 120, is

**DENIED WITHOUT PREJUDICE**, pending the Court's resolution of the defendants' motions

to dismiss.[1]  It is further

**ORDERED** that plaintiff Abdur-Rahim Dudar's Motion Requesting Plaintiff Abdur-

Rahim Dib Dudar be a Definition for a Set of Present and Future Plaintiffs with Similar

Circumstances for Any Judgment on His Behalf, ECF No. 119; A Picture Tells A "Thousand

Words": More Evidence in Support of "Dudar Motion for Partial Summary Judgment Against

All Defendants[,]" ECF No. 123; and Motion to Designate Israel as Apartheid State to Annihilate

Indigenous Populations of Palestine, ECF No. 126; are **DENIED WITHOUT PREJUDICE**

because (1) the motions are premature in light of the defendants' pending motions to dismiss,

and (2) the motions lack clarity and fail to comply with Local Civil Rule 7(a), which requires

---

[1] In the event that the Court denies the defendants' pending motions to dismiss, the Court will hold a status conference at which the plaintiffs may advise the Court as to whether their motion to amend their complaint should be reinstated.

that a motion "include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts." LCvR 7(a).  It is further

**ORDERED** that, on December 2, 2022, at 10:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  This status conference will serve as a target date for the resolution of the defendants' pending motions to dismiss.  In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.  It is further

**ORDERED** that the Clerk of Court shall forthwith mail a copy of this Order to the pro se plaintiff Abdur-Rahim Dudar's address on record.

**SO ORDERED** this 12th day of September, 2022.

REGGIE B. WALTON
United States District Judge