UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs,

v.                                           Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

TO : Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

## MOTION FOR DEFAULT JUDGEMENT AGAINST ALL DEFENDANTS

Pursuant to Rule 21, Plaintiff, Abdur-Rahim Dib Dudar, has not received any answer to his Motion of Partial Summary Judgment filed (mailed) February 7, 2022.

PLAINTIFF, ABDUR-RAHIM DIB DUDAR, MOVES FOR A DEFAULT JUDGMENT AGAINST ALL DEFENDANTS FOR NOT ANSWERING PLAINTIFF'S "MOTION FOR PARTIAL SUMMARY JUDGMENT" AND OTHER ASSOCIATED MOTIONS.

Abdur-Rahim Dib Dudar, Ed.D., Pro Se            Date 12/12/2022



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIRO FELED, et al.,

Plaintiffs,

v. Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

To: Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

Pursuant to Rule 55, Plaintiff, Abdur-Rahim Dib Dudar, has not received any answer to his Motion of Partial Summary Judgment filed (mailed) February 7, 2022.

Plaintiff, ABDUR-RAHIM DIB DUDAR, MOVES FOR A DEFAULT JUDGMENT AGAINST ALL DEFENDANTS FOR NOT ANSWERING PLAINTIFF'S "MOTION FOR PARTIAL SUMMARY JUDGMENT" AND OTHER ASSOCIATED MOTIONS.

Abdur-Rahim Dib Dudar, Ed.D., Pro Se Date 12/12/2022

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs,

v.                                                    Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

TO :  Clerk of Court

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

RECEIVED Mail Room DEC 19 2022 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

**ADDITIONAL INFORMATION IN SUPPORT OF "MOTION FOR PARTIAL SUMMARY JUDGMENT": RULE 25(d) SUBSTITUTION**

PLAINTIFF, ABDUR-RAHIM DIB DUDAR, documented the "MASSACRE OF CIVILIANS IN DEIR YASEEN." IT WAS INTENDED TO TERRORIZE ALL THE CIVILIAN POPULATION IN PALESTINE.  (EXHIBIT A)

The "Monster" who organized the carnage is Menachem Begin.  He became PRIME MINISTER OF ISRAEL.

THIS "PRIME MINISTER" ORGANIZED THE "LIKUD PARTY" WHICH PLANS AND EXECUTES ALL KINDS OF KILLINGS OF PALESTINIANS.  <u>THE PRIME MINISTER IS THE INSTRUMENT OF WAR CRIMES.</u>

PLAINTIFF documented all PRIME MINISTERS, before and after, advocating Annihilation of the Palestinian Population.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MIKO PELED, et al.,

Plaintiffs

v. Case No. 1:17-cv-260 (RBW)

BENJAMIN NETANYAHU, et al.,

Defendants.

United States District Court For The District Of Columbia

333 Constitution Avenue NW

Washington, DC 20001

202-354-3000

DEC - 9 2022

ADDITIONAL INFORMATION IN SUPPORT OF "MOTION FOR PARTIAL SUMMARY JUDGMENT": RULE 25(a) SUBSTITUTION

PLAINTIFF, ABDUR-RAHIM DIB DUDAR, documents the "MASSACRE OF CIVILIANS IN DEIR YASSIN". IT WAS INTENDED TO TERRORIZE ALL THE CIVILIAN POPULATION IN PALESTINE. (EXHIBIT A)

The "TERRORIST" who organized the carnage is Menachem Begin. He became PRIME MINISTER OF ISRAEL.

THIS "PRIME MINISTER" ORGANIZED THE "LIKUD PARTY" WHICH PLANS AND EXECUTES ALL KINDS OF KILLINGS OF PALESTINIANS. THE PRIME MINISTERS ARE THE INSTRUMENT OF WAR CRIMES.

PLAINTIFF documented all PRIME MINISTERS, before and after, advocating Annihilation of the Palestinian Population.

**RULE 25 (d)** could be applicable if we consider **ANNILATION OF THE PALESTINIAN POPULATION** is committed through a process of **SUBSTITUTION**.

Now Benjamin Netanyahu has the Mandate to trespass on Palestinian Shrines and dispossess the Palestinians from their shrines.   Special crimes.

IN addition to this SUBSTITUTION, citizens of the Jewish Race are indoctrinated to kill Palestinians and dispossess them of their homes.   A Palestinian is **ALWAYS WRONG**.  A Palestinian is <u>wrong</u> because the Palestinian is living in his homeland.  They are good as **SLAVES**.  But they are **Disposable**.

Respectfully, *[signature]*

**Abdur-Rahim Dib Dudar, Pro Se**   Date 12/12/2022


\* Proof of Service Complete on PACER

*[signature]*

RULE 25(d) could be applicable if we consider ANNIHILATION OF THE PALESTINIAN POPULATION is committed through a process of SUBSTITUTION. Now Benjamin Netanyahu has the Mandate to trespass on Palestinian Shrines and dispossess the Palestinians from their shrines. Special crimes. IN addition to this SUBSTITUTION, attacks of the Jewish Born are indoctrinated to kill Palestinians and dispossess them of their homes. A Palestinian is ALWAYS WRONG. A Palestinian is wrong; because the Palestinian is living on the [illegible]

Nadia-Ahren DiB Judge, Pro Se   Date 12/21/2022

EXHIBIT A

# Israelis Denounce Netflix Over Film About 1948 Ethnic Cleansing of Palestine

Story by Julia Glassman • Yesterday 4:13 PM

React115 Comments| 61

When Palestinian director Darin Sallam set out to make *Farha*, a film about a teenage girl who witnesses the murder of a neighboring family during the 1948 creation of the state of Israel, she wanted to immortalize a story that haunted her.



Two Palestinian girls sit in swings with trees behind them in Farha.© Provided by The Mary Sue

"I'm not a politician, but I decided to stay loyal to this story, as if I'm responsible for the voice of this young girl," Sallam told *Time*.

# Israelis Denounce Netflix Over Film About 1948 Ethnic Cleansing of Palestine

for the voice of this young girl, Farha, told

In *Farha*, the titular character is locked in a cellar for her own safety as Israeli soldiers take over her village. Farha watches as a family, including a baby, is murdered outside the cellar door. After the movie's release, Israeli officials denounced it while Israeli citizens protested the theater and canceled their subscriptions to Netflix, where the film is streaming.

Israeli Finance Minister Avigdor Lieberman condemned the film in a statement, and withdrew state funding from the Jaffa theater that screened the film. "To me, it is ridiculous that Netflix chose to release a film whose entire purpose is an inciting mockery against IDF soldiers," Lieberman said, "but the choice of a cultural institution funded by the State of Israel to screen the above-mentioned film is already unacceptable."

In the *Time* interview, Sallam explained the true story behind *Farha*.

There was a girl named Radieh who lived in Palestine in 1948, and she was locked in a room by her father to protect her from Israel's invasion at that time. Radieh survived and walked to Syria where she shared her story with another girl. That other girl grew up, had a daughter of her own, and shared Radieh's story with her own daughter—who happened to be me.

Lieberman's claim that the film's "entire purpose" is to mock IDF soldiers is a stretch. In the *Time* interview, Sallam says that her intent as a filmmaker was to tell a "universal and timeless story that could happen anywhere, anytime." Furthermore, the events of the Nakba, or the ethnic cleansing of Palestine, are well-documented. According to Sallam, her own grandparents were forced to flee their home in 1948, when they heard about a massacre that happened nearby.

As a Jew, I recognized my own family's story in Sallam's account. In 1921, my own great-grandparents fled pogroms in their Polish village, hiding in forests and making their way across Europe to emigrate to the U.S. Jews across the world have been able to express our collective grief, trauma, and anger through a multitude of different art forms—a necessary process that the Israeli government has sought to deny to Palestinians again and again.

Rising global antisemitism makes it all the more important for supporters of Israel to acknowledge the commonality between Jews and Palestinians. Attempting to shut down Palestinian art that speaks Palestinian truths only serves to perpetuate the injustice of the Nakba.

(featured image: Netflix)

—*The Mary Sue has a strict comment policy* *that forbids, but is not limited to, personal insults toward **anyone**, hate speech, and trolling.*—