UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
MIKO PELED, et al.

                    Plaintiffs,

      v.

BENJAMIN NETANYAHU, et al.

                    Defendants.
---------------------------------------------------------------X

Civil Action No. 17-260 (RBW)

## NOTICE OF SUBSTITUTION OF COUNSEL

Please ENTER the appearance of Thomas Ingalls and Cozen O'Connor as counsel for defendant Kushner Family Foundation in the above-captioned matter.

Please WITHDRAW the appearance of Donald David, Esquire, Joshua D. Bernstein, Esquire, Phillip Spinella, Esquire, and Akerman LLP as counsel for defendant Kushner Family Foundation in the above-captioned matter.

Dated: March 15, 2023

AKERMAN LLP

By: Donald N. David
666 Fifth Avenue
New York, NY 10103
Telephone: 212-880-3800
Email: Donald.david@akerman.com
Outgoing Attorneys for Defendant
Kushner Family Foundation

COZEN O'CONNOR

By: Thomas J. Ingalls (D.C. #1030149)
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411
Facsimile: (866) 640-5993
Email: tingalls@cozen.com
Incoming Attorney for Defendant
Kushner Family Foundation

Consented To:

KUSHNER FAMILY FOUNDATION

By: _____

Date: __8/14/23__