IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al.<br><br>                         Plaintiffs,<br><br>         v.<br><br>BENJAMIN NETANYAHU, et al.<br><br>                         Defendants. | Case No.: 1:17-cv-00260-RBW |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), counsel hereby moves for the admission *pro hac vice* of Tamar S. Wise of Cozen O'Connor PC, 3 WTC, 175 Greenwich Street, 55th Floor, New York, New York, 10007 to represent Defendant Kushner Family foundation in the above-captioned action.

This Motion is supported by the Declaration of Tamar Wise. As set forth in Ms. Wise's Declaration and further established with her Certificates of Good Standing, she is admitted and an active member in good standing of the bars and courts:

> New York Bar No. 4590279
> Pennsylvania Bar No. 307851
>
> U.S. District Court – Eastern District of New York
> U.S. District Court – Southern District of New York
> U.S. District Court – Northern District of New York
> U.S. District Court –  Eastern District of Pennsylvania

This Motion is supported and signed by Thomas Ingalls, an active and sponsoring member of the Bar of this Court.

Dated:  July 14, 2023                                          Respectfully submitted,


                                                                          By:   */s/ Thomas Ingalls*
                                                                                    Thomas Ingalls, Esq.

D.C. Bar No. 1030149  
Cozen O'Connor PC  
1200 19th St. NW, Suite 300  
Washington, DC 20036  
TIngalls@cozen.com  
Tel. (202) 471-3411  
Fax (202) 861-1905  

*Attorney for Defendant,*  
Kushner Family Foundation