IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al.<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>BENJAMIN NETANYAHU, et al.<br><br>　　　　　　　　　Defendants. | Case No.: 1:17-cv-00260-RBW |

### DECLARATION OF TAMAR S. WISE IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I, Tamar S. Wise, hereby declare as follows:

I am an attorney with the law firm of Cozen O'Connor, P.C.

1. My office address and telephone number are as follows:
   Cozen O'Connor PC
   3 WTC
   175 Greenwich Street, 55th Floor
   New York, New York 10007
   P: (212) 883-4924

2. I represent Defendant Kushner Family Foundation.

3. I am admitted to, and a member of good standing with, the following bars and courts:
   New York Bar No. 4590279
   Pennsylvania Bar No. 307851
   U.S. District Court – Eastern District of New York
   U.S. District Court – Southern District of New York
   U.S. District Court – Northern District of New York
   U.S. District Court –  Eastern District of Pennsylvania

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6. I do not practice law from an office located in the District of Columbia. However, Cozen O'Connor has an office located within the District of Columbia.

7. I have reviewed and am familiar with the Local Rules of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 14, 2023                                    Respectfully submitted,

By: _/s/ Tamar J. Wise_

Tamar S. Wise, Esq.
Cozen O'Connor PC
 3 WTC
175 Greenwich Street, 55th Floor
New York, New York 10007
twise@cozen.com
Tel. (212) 883-4924
Fax (646) 461-2054