

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Tamar Schwartz Wise, Esq.

DATE OF ADMISSION

**October 28, 2009**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 22, 2023

Nicole Traini
Chief Clerk