IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>　　　*v.*<br><br>BENJAMIN NETANYAHU, et al.<br><br>　　　　　　　　Defendants. | Case No.: 1:17-cv-00260-RBW |

**RULE 7(m) CERTIFICATION**

I HEREBY CERTIFY that Plaintiffs' Counsel and Defendant's counsel have conferred. Counsel for Plaintiffs do not oppose this Motion for Admission of Attorney *Pro Hac Vice* for Tamar S. Wise.

Dated:  July 14, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/ Thomas Ingalls*
　　　　　　　　　　　　　　　　　　Thomas Ingalls, Esq.
　　　　　　　　　　　　　　　　　　D.C. Bar No. 1030149
　　　　　　　　　　　　　　　　　　Cozen O'Connor PC
　　　　　　　　　　　　　　　　　　1200 19th St. NW, Suite 300
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　TIngalls@cozen.com
　　　　　　　　　　　　　　　　　　Tel. (202) 471-3411
　　　　　　　　　　　　　　　　　　Fax (202) 861-1905

　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　Kushner Family Foundation