IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al.<br><br>      Plaintiffs,<br>  v.<br><br>BENJAMIN NETANYAHU, et al.<br><br>      Defendants. | Case No.: 1:17-cv-00260-RBW |

**[PROPOSED] ORDER**

  Upon consideration of the Motion for Admission *Pro Hac* Vice of Tamar S. Wise, IT IS HEREBY ORDERED that such motion is granted, and that Tamar S. Wise is hereby admitted to appear before this Court *pro hac vice*, on behalf of Defendant Kushner Family Foundation, in this matter.


Dated: _____          By: _____
                         United States District Judge