**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 14, 2023, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Tamar S. Wise, Declaration, Rule 7(m) Certification, Certificates of Good Standing, and proposed Order with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                By:    */s/ Thomas Ingalls*
                           Thomas Ingalls