## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKO PELED, et al. | |
|                    Plaintiffs, | |
| *v.* | Case No.: 1:17-cv-00260-RBW |
| BENJAMIN NETANYAHU, et al. | |
|                  Defendants. | |

### <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that Tamar S. Wise, of the law firm of Cozen O'Connor, is hereby entering an appearance as counsel of record for Defendant Kushner Family Foundation in the above-captioned action.

Dated:  July 25, 2023                   Respectfully submitted,

By:     */s/ Tamar S. Wise*
            Tamar S. Wise (admitted *pro hac vice*)
            3 WTC, 175 Greenwich St., 55th Fl.
            New York, New York 10007
            Phone: 212-883-4924
            Fax: 646-461-2054
            Email: twise@cozen.com

            *Attorney for Defendant,*
            Kushner Family Foundation

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

By:   */s/ Tamar S. Wise*
Tamar S. Wise