IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKO PELED, *et al.*           )
                                 )
      Plaintiff,         )     Case No.: 1:17-cv-260 (RBW)
                                 )
v.                         )
                                 )
BENJAMIN NETANYAHU, et al.   )
                                 )
      Defendants.      )

**DEFENDANT AMERICAN FRIENDS OF BET EL INSTITUTIONS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

As the Court is aware, Defendant American Friends of Bet El Institutions has pending before the Court a Motion to Dismiss pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure [See, e.g. ECF## 34, 34-1, 60, 71, 77].

As the Court also is aware, there has been pending in this District another case, *Al-Tamimi, et al. v. Adelson, et al.*, 1:16-cv-445-TSC, filed by the same attorney as in this case, including some of the same plaintiffs as in this case, now represented by attorneys who also have joined the instant case, and that is based on allegations similar in nature and substance to the allegations in the instant case. Motions to Dismiss under Rules 12(b)(1), 12(b)(2), and 12(b)(6) were filed in both cases, based on similar defense arguments. Defendant American Friends of Bet El Institutions is a defendant in both cases. The commonality between the two cases in all relevant

regards has been duly noted, and, indeed, the common procedural posture has been discussed at some length. [See ECF# 130].

Defendant American Friends of Bet El Institutions writes today to advise the Court that on February 23, 2024, Judge Chutkan granted the Defendants' Motions to Dismiss in *Al-Tamimi*, based on the arguments similar to those raised in the instant case under Rules 12(b)(1) and 12(b)(6). [See ECF## 268 & 269 in *Al-Tamimi*].[1]  A copy of Judge Chutkan's Memorandum Opinion is attached.[2]

Respectfully Submitted,

 /s/ David I. Schoen
David I. Schoen
(DC Bar No. 391408)

---

[1]  Judge Chutkan found that, based on her granting the Motions to Dismiss under Rules 12(b)(1) and 12(b)(6), Motions to Dismiss under Rules 12(b)(2) and 12(b)(5) were rendered moot. [ECF# 268 at 14 in *Al-Tamimi*].

[2]  Defendant provides no argument with this submission as the Court has not called for or authorized argument; rather it writes simply to bring the decision to the Court's attention.  Defendant will be prepared to provide the Court with any additional information the Court might direct and certainly reserves the right to provide argument on the matter if Plaintiffs attempt to submit argument.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 26th day of February, 2024, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

<u> /s/ David I. Schoen</u>
David I. Schoen
(DC Bar No. 391408)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com

Counsel for American Friends of Bet El Institutions